IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF VETERANS AFFAIRS, OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, CENTRAL INTELLIGENCE AGENCY, ENVIRONMENTAL PROTECTION AGENCY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF ENERGY, DEPARTMENT OF THE TREASURY, DEPARTMENT OF LABOR, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SMALL BUSINESS ADMINISTRATION, OFFICE OF THE U.S. TRADE REPRESENTATIVE, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF TRANSPORTATION, SECURITIES AND EXCHANGE COMMISSION, FEDERAL TRADE COMMISSION, U.S. PATENT AND TRADEMARK OFFICE, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, THE UNITED STATES OF AMERICA, *and, in their official capacities*, PAMELA J. BONDI, PETE HEGSETH, ROBERT F. KENNEDY, JR., LINDA M. MCMAHON, DOUGLAS A. COLLINS, RUSSELL T. VOUGHT, TULSI GABBARD, JOHN L. RATCLIFFE, LEE M. ZELDIN, KRISTI NOEM, MARCO RUBIO, CHRIS WRIGHT, SCOTT BESSENT, LORI CHAVEZ-DEREMER, BROOKE L. ROLLINS, HOWARD LUTNICK, SCOTT TURNER, KELLY LOEFFLER, JAMIESON GREER, DOUG BURGUM, SEAN DUFFY, MARK T. UYEDA, ANDREW N. FERGUSON, COKE MORGAN STEWART, ANDREA R. LUCAS,<br><br>*Defendants*. | Case No. 1:25-cv-917 |

**CERTIFICATE OF COUNSEL IN COMPLIANCE WITH LOCAL CIVIL RULE 65.1**

Pursuant to Local Civil Rule 65.1(a), undersigned counsel hereby certifies that at approximately 8:47am ET on March 28, 2025, counsel for Plaintiff Wilmer Cutler Pickering Hale and Dorr LLP emailed the Chief of the Civil Division for the U.S. Attorney's Office for the District of Columbia and the three Directors of the Federal Programs Branch of the Department of Justice to provide them with notice that Plaintiff would be filing the accompanying Motion for a Temporary Restraining Order and Preliminary Injunction. Each of these individuals has received electronic copies of the Complaint and the Motion and its accompanying Memorandum, Declarations, Exhibits, and Proposed Order via email.

To provide further notice of the filing of Plaintiff's Complaint, the Motion, and the documents accompanying the Motion, Plaintiff's counsel also (1) spoke with Diane Kelleher, Director of the Department of Justice Federal Programs Branch at 8:35am ET on March 28, 2025; and (2) left a voicemail for Brian Hudak, Chief of the Civil Division of the U.S. Attorney's Office for the District of Columbia, at 9:16am ET on March 28, 2025.

Plaintiff's counsel will send physical copies of the relevant papers by certified mail to Defendants, the United States Attorney's Office for the District of Columbia, and the Office of the United States Attorney General.

March 28, 2025

Respectfully submitted,

*/s/ Paul D. Clement*
Paul D. Clement (D.C. Bar. No. 433215)
Erin E. Murphy (D.C. Bar No. 995953)
Joseph J. DeMott (Virginia Bar No. 93981,
   D.D.C. Bar ID #D00561)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Attorneys for Plaintiff Wilmer Cutler Pickering Hale and Dorr LLP*