AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-917 |
| Executive Office of the President, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilmer Cutler Pickering Hale and Dorr LLP                                                                                                                      .

Date:     03/28/2025

s/Erin E. Murphy
*Attorney's signature*

Erin E. Murphy (Bar ID:  995953)
*Printed name and bar number*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314

*Address*

erin.murphy@clementmurphy.com
*E-mail address*

(202) 742-8900
*Telephone number*

*FAX number*