# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF VETERANS AFFAIRS, OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, CENTRAL INTELLIGENCE AGENCY, ENVIRONMENTAL PROTECTION AGENCY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF STATE, DEPARTMENT OF ENERGY, DEPARTMENT OF THE TREASURY, DEPARTMENT OF LABOR, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SMALL BUSINESS ADMINISTRATION, OFFICE OF THE U.S. TRADE REPRESENTATIVE, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF TRANSPORTATION, SECURITIES AND EXCHANGE COMMISSION, FEDERAL TRADE COMMISSION, U.S. PATENT AND TRADEMARK OFFICE, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, THE UNITED STATES OF AMERICA, *and, in their official capacities*, PAMELA J. BONDI, PETE HEGSETH, ROBERT F. KENNEDY, JR., LINDA M. MCMAHON, DOUGLAS A. COLLINS, RUSSELL T. VOUGHT, TULSI GABBARD, JOHN L. RATCLIFFE, LEE M. ZELDIN, KRISTI NOEM, MARCO RUBIO, CHRIS WRIGHT, SCOTT BESSENT, LORI CHAVEZ-DEREMER, BROOKE L. ROLLINS, HOWARD LUTNICK, SCOTT TURNER, KELLY LOEFFLER, JAMIESON GREER, DOUG BURGUM, SEAN DUFFY, MARK T. UYEDA, ANDREW N. FERGUSON, COKE MORGAN STEWART, ANDREA R. LUCAS,<br><br>*Defendants*. | Case No. 1:25-cv-917 |

## **NOTICE OF ERRATA**

Plaintiff Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale" or the "Firm") respectfully submits the following errata and attachment:

The Complaint, ECF No. 1, omitted the Firm's address in the caption. The attachment complies with Local Civil Rule 5.1(c) and makes no changes to the Complaint's text.

March 28, 2025                                   Respectfully submitted,

                                                                   */s/ Paul D. Clement*
                                                                   PAUL D. CLEMENT (D.C. Bar. No. 433215)
                                                                   ERIN E. MURPHY (D.C. Bar No. 995953)
                                                                   JOSEPH J. DEMOTT (Virginia Bar No. 93981,
                                                                       D.D.C. Bar ID #D00561)
                                                                   CLEMENT & MURPHY, PLLC
                                                                   706 Duke Street
                                                                   Alexandria, VA 22314
                                                                   (202) 742-8900
                                                                   paul.clement@clementmurphy.com

                                                                   *Attorneys for Plaintiff Wilmer Cutler*
                                                                   *Pickering Hale and Dorr LLP*