IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
WILMER CUTLER LLP,                    )
                                      )
           Plaintiff,                 )
                                      )    CA No. 25-917
                                      )    Washington, D.C.
      vs.                             )    March 28, 2025
                                      )    4:30 p.m.
EXECUTIVE OFFICE                      )
OF THE PRESIDENT, ET AL.,             )
                                      )
           Defendants.                )
_____)
```

TRANSCRIPT OF MOTION HEARING ON TRO PROCEEDINGS
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:            Paul Clement
                              Erin Murphy
                              CLEMENT & MURPHY, PLLC
                              706 Duke Street
                              Alexandria, VA 20004
                              (202) 742-8900
                              Email:
                              paul.clement@clementmurphy.com


For the Defendants:           Richard Lawson
                              DOJ-USAO
                              950 Pennsylvania Avenue, NW
                              Washington, D.C. 20530-0001
                              202-445-8042
                              Email:
                              richard.lawson3@usdoj.gov

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY:  All rise.  The United States
District Court for the District of Columbia is now in
session, the Honorable Richard J. Leon presiding.  God save
the United States and this Honorable Court.  Please be
seated and come to order.

We're on the record in Civil Action 25-917,
Wilmer Cutler, Pickering, Hall and Dorr, LLP, versus
Executive Office of the President, et al.

Starting with plaintiff's counsel, please approach
the podium and state your appearance for the record.

MR. CLEMENT:  Good afternoon, Your Honor.

Paul Clement from Clement & Murphy.

THE COURT:  Welcome.

MR. CLEMENT:  Thank you.

Would you like to me introduce my co-counsel or
have her --

THE COURT:  Sure.  She's well-known.

MR. CLEMENT:  Okay.

Well, I'll introduce my co-counsel, Erin Murphy,
of Clement & Murphy as well.

THE COURT:  Okay.  Welcome.

MR. LAWSON:  Good afternoon, Your Honor.

Richard Lawson with the Department of Justice.

1          THE COURT:  Whereabouts in the Department of

2    Justice?

3          MR. LAWSON:  Deputy Associate Attorney General.

4          Deputy Associate Attorney General's Office.

5          THE COURT:  Okay.

6          Well, Mr. Clement, TRO world, moving party goes

7    first.  You have 15 minutes, five minutes for rebuttal,

8    all right?

9          You have a baby in the room?

10          AUDIENCE MEMBER:  Yes, I can move her out.

11          THE COURT:  We're not going to have interference

12    from a baby.

13          Go ahead, sir.

14          MR. CLEMENT:  Thank you, Your Honor, and may it

15    please the Court.

16          As I mentioned, accompanied with my co-counsel,

17    Erin Murphy, and a number of the members of my client firm.

18          As Your Honor stated, we're here on a TRO, and

19    because of that, I want to sort of get to the various TRO

20    factors.

21          I'll just start with the idea, though, that

22    I think this case and the case that'll be argued in front of

23    Judge Bates in a few minutes and the case that was argued

24    earlier in front of Judge Howell are some of the most

25    important cases for the First Amendment and the rule of law.

1          And this is a TRO.

2          We'll eventually get to the stage of a PI or some

3  other point where I will look forward to arguing all of the

4  various issues in depth.

5          But at this stage, the questions are obviously,

6  is there a likelihood of success, is there irreparable

7  injury, and then the balance of the equities.

8          THE COURT:  Well, let's start with irreparable

9  harm.

10          MR. CLEMENT:  Sure.

11          THE COURT:  It's too speculative at this point

12  because of all the clauses that are stuck in this Executive

13  Order of, consistent with the law, consistent with national

14  interest, that shall do this, thus-and-thus, as long as it's

15  consistent with the law, consistent with the national

16  interest, all of those qualifiers, which, of course, the

17  hurdles haven't been jumped yet, this has just been issued,

18  right?

19          MR. CLEMENT:  It's just been issued, but it was

20  issued by the President with the intention that it would

21  have immediate effect.

22          Security clearances are being suspended, and

23  there'll be a process later to see if we've suspended the

24  right security clearances.  So this was decidedly by the

25  President intended to have immediate effect.

1          And, of course, in the First Amendment context,

2    the chilling effect has been immediate.

3          And the effect on my clients, the effects on them

4    in dealing with their own clients, the effects in dealing

5    with the government.

6          For example, my clients have already had two

7    meetings with agencies that were supposed to take place

8    today; were canceled at the last minute.  So there's no --

9    well, we'll cancel it if it's consistent with law, because

10   if they had done that check, they wouldn't have canceled the

11   meeting, because it's not consistent with the law.

12         THE COURT:  Right.

13         MR. CLEMENT:  I think in thinking about the

14   irreparable injury and this issue in particular, I think you

15   obviously have to approach it with an ounce of common sense.

16         And, you know, if, in fact -- because if it's

17   consistent with law clauses, this Executive Order had no

18   actual effect because it's all inconsistent with the First

19   Amendment and it's all inconsistent with the separation of

20   powers, et cetera, et cetera, there would be nobody more

21   disappointed to learn that than the President of the

22   United States.

23         When the President of the United States signed

24   that Executive Order, he thought it was having immediate

25   effect and he wanted it to have immediate effect and it has

1    had an immediate effect.

2              Then you can look at -- I mean, obviously,

3    Judge Howell considered irreparable injury and found

4    irreparable injury.

5              Since she's issued her orders, we've seen the

6    effects that it's had on our firm.

7              But, frankly, we've also seen the effects that it

8    had on Paul, Weiss.  And I think we can take notice of the

9    fact that Paul, Weiss did not, essentially, comply and make

10   a deal with the President because they wanted to or they

11   thought it was consistent with the First Amendment.  They

12   did it, as they told their own partnership, we had to do

13   this to save the business.

14             This has such a dramatic -- even with those

15   clauses, these orders have had such a dramatic effect on

16   these law firms that some of them are standing tall and some

17   of them are making deals, but it's not because it's not

18   having an immediate effect on their businesses.

19             So if I could return then just for a minute to the

20   separation of -- to the merits questions, rather, and the

21   likelihood of success on the merits.

22             As I said, there will be plenty of time to talk

23   about that in depth, but I would just like to talk about a

24   couple of the constitutional issues that I think are the

25   most straightforward.

1          And I'll start -- it's always a good place to

2     start:  The First Amendment.

3          And, of course, it prohibits retaliation, and it

4     prohibits government action, including Executive Branch

5     action, in retaliation for protected speech, protected

6     activity, protected petitioning activity.

7          Now, in most cases, at least that I'm aware of and

8     I've been involved in, you know, the question is, boy, we're

9     going to need discovery or something to see if there's

10    actually a retaliatory intent.

11         Here, the President has given us that in Section 1

12    of this Executive Order.  It is avowedly retaliatory.  And

13    I think that's important in the sense that this entire

14    Executive Order flows from Section 1.

15         So before I sit down, I want to talk about the

16    security clearance issues, which is probably the hardest

17    issue under Circuit law.

18         But it's not like in the way this Executive Order

19    is constructed, that you can really say, oh, well, you know,

20    we're going to look at each of these clauses completely

21    independently because they all flow from those findings in

22    that first section and they are avowedly -- all of the

23    consequences that follow are avowedly based on retaliation

24    for core protected activity.  And so I think that's a clear

25    violation of the First Amendment Free Speech Clause.

1        I think it is an equally clear violation of the

2   petition clause.  It's a little bit of the weak sibling in

3   the First Amendment; we don't think about it as much.

4   That's because you don't have Presidential action like this

5   much.

6        THE COURT:  No.

7        MR. CLEMENT:  But if there's one thing that seems

8   to me to be within the core of the constitutional right to

9   petition for the redress of grievances, it is the ability of

10  lawyers to come into court on behalf of their client and

11  plead for relief in front of the courts, and that's exactly

12  what the retaliation is targeted at.

13        And that brings me to the separation of powers,

14  because, if you think about what's happening here, it is a

15  clear violation of the separation of powers, in two

16  respects.

17        One is, there is no legislative authority for what

18  the President has done here.

19        But, second, and I think, frankly, more important,

20  the retaliation here is for representations that have taken

21  place largely in the Article III courts.  And every one of

22  those representations was overseen by an Article III Judge,

23  who's in a position to evaluate the quality of the lawyering

24  before them.  If there are any misrepresentations, if there

25  was any weaponization of the judiciary or the judicial

1    system, the judges were there to witness it firsthand.

2              Now, they didn't say, Wilmer and Cutler,

3    WilmerHale has behaved in some sort of awful way.

4              In many of these cases, the clients that

5    WilmerHale was representing won.

6              In many of the cases, the judges lauded the

7    performance of the WilmerHale attorneys, particularly when

8    they took some of these cases on on a pro bono basis, but

9    yet all of that activity that's taking place in front of the

10   Article III courts is being sanctioned by the Article I

11   branch.

12             And we simply can't go forward like that.  I mean,

13   that is as palpable a threat to the separation of powers as

14   I've seen, because you can't essentially let the Article III

15   branch to its job if lawyers appearing before you are

16   looking over their shoulder to see what is the consequence

17   of me taking on this case in the first instance; or, worse

18   yet, okay, I took it on, now how am I going to argue it?

19   Am I going to argue it on eggshells because I'm afraid that

20   I might offend somebody in the Executive Branch, or am I

21   going to give zealous representation to my client?

22             And the clients require that zealous

23   representation, but so too do the Article III courts.

24   So the threat here is absolutely palpable.

25             To paraphrase Justice Scalia, this wolf comes as a

1    wolf.  There's nothing subtle about the separation of powers

2    violation here.  There's nothing subtle about the

3    retaliatory intent here.  It's right there on full display

4    in Article I.

5             That brings me to the security clearances.

6             And we're certainly aware of *Lee against Garland*

7    and other cases in this Circuit that say, generally

8    speaking, most challenges to security clearance revocations

9    are non-justiciable.

10            THE COURT:  Yeah, the primacy of the President in

11   that arena is pretty darn clear.

12            MR. CLEMENT:  Pretty darn, but not absolute.

13            And I'm here to tell you that, unless it is

14   absolute like the pardon, then you cannot withdraw security

15   clearances or, even more precisely, because I think it's the

16   issue, you can't deny people the usual procedures for the

17   revocation of security clearances based on a purely

18   retaliatory intent.

19            And there's no other case like this on the books.

20   Certainly *Lee against Garland* was not this kind of case.

21            And I think what many courts have done in looking

22   at these issues, including the Third Circuit in the

23   *El-Ganayni* case that we cite.  But I think this is

24   consistent with footnote 7 of *Webster against Doe*.  And

25   I think it's, frankly, consistent with the *Ralls* case,

```
1   is you distinguish between the substantive decision to

2   withdraw or revoke the security clearance and the procedures

3   that are available for that.

4           And if your claim is not, like, look, I want to

5   second-guess, I want to -- they've denied me my security

6   clearance, I have gone through my appeals, my agency

7   appeals, I want to second-guess it.

8           THE COURT:  Have any been withdrawn yet?

9           MR. CLEMENT:  Well, on the basis of the order,

10  they are basically suspended.

11          And if you want to just give -- if I can, for a

12  second, tie this to -- because if you look at the relevant

13  provision, it basically says the security clearances are

14  gone and then subject to restoration through the agency

15  processes.

16          THE COURT:  It says, "take steps immediately" --

17  excuse me.

18          "Immediately, take steps consistent with

19  applicable law to suspend" -- to suspend -- "any active

20  security clearances held by individuals at WilmerHale

21  pending a review whether such clearances are consistent with

22  a national interest."

23          MR. CLEMENT:  Right.

24          THE COURT:  So that's future.

25
```

1          MR. CLEMENT:  No, no, it's the process afterwards.

2          The way I read that, in all events, is that,

3    take action to suspend those security clearances, and then

4    you have the agency review to make sure we actually got the

5    right people.

6          And just to put this in concrete terms, there are

7    WilmerHale attorneys who are reservists.  They have security

8    clearances not because of any legal work they're doing at

9    WilmerHale, they have security clearances because they are

10   serving their country in the reserves.

11         Two of those lawyers have to report for their

12   reserve duty next week.  Now, I can't tell you for sure that

13   they're going to show up and they're not going to be able to

14   do their job because their security clearance has been

15   suspended.

16         I can also tell you, though, that they have no

17   idea whether they can, you know --

18         THE COURT:  They haven't been notified?

19         MR. CLEMENT:  Nobody's been notified of anything.

20         I mean, you know, I went through what I thought

21   was the top three hits.

22         But due process, I mean, you know, whatever

23   happened to due process?

24         In every other situation -- I mean, absolutely,

25   the President has got the final say on security clearances.

```
1    But it's a big deal.  There's a process for it.  If you look

2    at the Lee against Garland case, it talks about how that

3    went through the agency's administrative appeals process.

4    None of that's been given here.

5             And I don't think for a minute the government

6    lawyer is going to come up here and tell you that they

7    actually intended to suspend the reservists' security

8    clearances.  But they're painting with such a broad brush

9    with this thing, they aren't distinguishing sheep from goats

10   at all.  If you're affiliated with WilmerHale, your security

11   clearance is gone.

12            We know from the way this has been interpreted,

13   with respect to canceling meetings and the like, this is not

14   something where this might take effect next week.  This is

15   something that's going into immediate effect.  It's having

16   an immediate effect on our clients.  It's having an

17   immediate effect on WilmerHale's ability to provide legal

18   services for its clients.

19            THE COURT:  You say there's only one way to read

20   this section.

21            MR. CLEMENT:  I think there's only -- I do.

22            And I think there's only one way to read it

23   consistent with the President's intent.

24            Again, you know -- and we have the same principle

25   in the congressional context, right.
```

1          Look at *Plaut v. Spendthrift Farm* or *FAIR against*

2    *Rumsfeld* [sic].  You have somebody come into court and they

3    say, oh, this is constitutional, because, actually, if you

4    read the words the right way, it does nothing.

5          And the Supreme Court gives that the back of the

6    hand; say, no, we're not going to interpret this to be a

7    blank -- you know, blank piece of paper in order to avoid a

8    constitutional question.

9          And as I say, nobody would be more disappointed to

10    learn that this Executive Order had zero effect than

11    President Trump.

12          That is not why he signed it.  He signed it

13    because he wanted to have immediate consequences on lawyers

14    and a law firm that he thought were weaponizing the judicial

15    system.  And whatever might be true in some other area of

16    the law, the chilling effect of this is immediate and

17    enormous and fully intended.

18          I mean, again, this is not some case where we're

19    going to do this for some other purpose and it might have

20    some incidental chilling effect.  This is designed to chill

21    law firms from representing certain kinds of clients, and

22    that is chilling in every meaning of the word.

23          I'll just say a minute, before I sit down, about

24    the balance of equities.

25          The balance of equities here are not close;

1   the public-interest factors are not close.

2         We've been doing it in this republic for

3   230 years, whatever exactly it's been; we've never had

4   Executive Orders like this.

5         This is not the tradition of our country.

6   Our country is based on the tradition that you can represent

7   clients, you can represent unpopular clients, you can

8   represent clients that are adverse to the interests of the

9   people in the White House right now, and, if you do a good

10  job for your client, you're applauded for doing it and

11  you're certainly not sanctioned by the government power,

12  the highest official in the land, you're not sanctioned for

13  your choices and who you represented, especially when you're

14  successfully representing them in courts that respect the

15  way you've represented them.

16         Last thing I'll just say, as I said before, we're

17  here on a TRO, and so we think the issues at this stage are

18  pretty straightforward.

19         We look forward to briefing the PI issues, but

20  I would respectfully ask that, from our standpoint, we'd

21  like this whole litigation to move promptly, because one of

22  the things we've seen with Perkins Coie is even getting a

23  TRO doesn't seem to deter the President from issuing

24  additional Executive Orders, and it doesn't fully stop the

25  bleeding in terms of the intended effects on the law firm

1    and its relationships with its clients and its ability to

2    bring in additional business.

3              THE COURT:  Well, what would you think for your PI

4    pleadings, three weeks?

5              MR. CLEMENT:  Well, what we've suggested is --

6    my understanding is that in the Perkins Coie's case,

7    briefing on the PI is supposed to be completed by

8    April 18th.

9              We are perfectly happy to brief it on that

10   schedule or on a more expeditious schedule if Your Honor

11   would prefer.  But we would really like -- because we've

12   seen that a TRO just isn't good enough in this particular

13   context.

14             THE COURT:  I certainly agree with you on the

15   expeditious part, absolutely, no question about that.

16             And we've had a little experience in this

17   courtroom with expeditious proceedings, so we know how to

18   deal with that.

19             MR. CLEMENT:  I thank you, Your Honor, and I would

20   look forward to that.

21             But as we are expeditedly briefing this, we very

22   much would want the TRO in place, we think that's absolutely

23   vital to the rule of law and absolutely vital to protecting

24   my clients from irreparable injury.

25

1              THE COURT:  You can get five minutes in rebuttal

2    when the government is done.

3              MR. CLEMENT:  Thank you, Your Honor.

4              THE COURT:  I'll hear from the government.

5              MR. LAWSON:  Good afternoon.  Richard Lawson again

6    for the Department of Justice.

7              THE COURT:  Welcome, sir.

8              MR. LAWSON:  Your Honor, perhaps the best way to

9    approach this, if we could, is to take the matter section by

10   section of the order.

11             I would submit that Section 1 has no operative

12   effect.  There's no command.  It simply is laying out --

13             THE COURT:  It's background.

14             MR. LAWSON:  Correct, yes.

15             So --

16             THE COURT:  Although it is insightful with regard

17   to the President's thinking.

18             MR. LAWSON:  Well --

19             THE COURT:  What the President was seeking to

20   accomplish.

21             MR. LAWSON:  I won't deny that it's providing

22   background as to the purpose of the order, absolutely.

23             I would say that it falls, perhaps, within the

24   realm of government speech as far as, you know, this is what

25   he is -- the President thinks on this issue and why he's

1   wishing to carry it out.

2           But I don't think it has any specific commandments

3   to any of the Executive Branches to do X or Y.  I think

4   you'll find those in the remaining 2, 3, 4, and 5 sections.

5           THE COURT:  Would you say it informs the agency

6   heads and the other people of what the objective is, what

7   the objectives are the President is seeking to achieve?

8           So, in a sense, by virtue of being first and

9   setting the stage, so to speak, for what comes later, it's

10  informing the thinking that the President is seeking to

11  accomplish?

12          MR. LAWSON:  I don't think there's any denial that

13  that is laying some groundwork for the agencies; that the

14  agencies would understand, okay, we have Section 2 on the

15  clearances, okay, what should guide decisions on there.

16          You, the Court, caught the "pending review" if

17  this is appropriate.  We would read that together, that the

18  "pending" is part of the process.  And so to determine what

19  is relevant, I think there would be some reference to

20  Section 1 for sure.

21          And so, for example, the reservist, who had

22  nothing to do with anything that was -- Section 1 was

23  addressing, might very well likely fall outside

24  Section 1's -- or Section 2's ambit, if that makes sense.

25          So if we -- but, again, going from section to

1   section, Section 1 clearly giving the background.

2           Section 2, I think the Court probably is far more

3   well-versed than I am as to the deference on national

4   security issues.

5           One point I would urge is that, to the degree

6   counsel, Mr. Clement, has brought up points regarding the

7   issues of where there may be some gray area on the

8   deference, I would submit that right now at a TRO level,

9   that that would be inappropriate at this point, given the

10  sensitivities going on in this case and other cases, where

11  there could be national security issues, caution should be

12  exerted, particularly at the TRO stage, allow at least

13  fuller briefing.  As the Court knows, we've not had a chance

14  to submit written responses.

15          THE COURT:  Not yet.

16          MR. LAWSON:  We understand it's a TRO, not

17  complaining on that.  But I would just urge --

18          THE COURT:  It's not appealable either.

19          MR. LAWSON:  Well, I would just urge that

20  Section 2 -- that no TRO be granted as to Section 2,

21  because it just -- given the particularities at this

22  temporary emergency stage, that the deference that the

23  Executive needs to have on security issues would be impaired

24  on that point.

25

1          THE COURT:  What about the chilling effect?

2          It's hard to argue that would have a chilling

3  effect.

4          You wouldn't take that position, would you?

5          Common sense.

6          MR. LAWSON:  Well, let me actually go to --

7  if you'll indulge that if I could address that as it relates

8  to Section 3, if I could move on to that.

9          THE COURT:  Okay.

10          MR. LAWSON:  So Section 3 deals with the

11  contracting issues.

12          There is -- I've read a number of pleadings from

13  various counsel today, so apologies if I'm mixing up cases.

14          THE COURT:  Of course.

15          MR. LAWSON:  But there have been some citations on

16  some of the pleadings on these issues relating to cases like

17  the recent Supreme Court *Vullo* case and the very old *Bantam*

18  *Books* case.

19          There is something very remarkably and importantly

20  and vitally different in this matter than in *Vullo* or in

21  *Bantam Books*.

22          In *Bantam Books* and in *Vullo*, the government was

23  acting as a sovereign.

24          As it relates to Section 3, the government is

25  acting as a patron.

1    And when it comes to issuing contracts, the

2    deference due to executive action is much stronger.

3    For example, although it was recently rescinded by

4    President Trump, President Johnson issued an Executive Order

5    urging affirmative action in government contracts.  There

6    was substantial litigation on this point over the decades,

7    and it was constantly affirmed that the use of soc -- of the

8    procurement power on social policy is a valid use of the

9    procurement power.

10    And I would cite *Contractors Association of*

11    *Eastern Pennsylvania*, 442 F.2d 159.  This is a Third Circuit

12    case from 1971, very early dealing with this, and there's a

13    quote in there:  "No less than in the case of defense

14    procurement, it is in the interest of the United States and

15    all procurement to see that its suppliers are not over the

16    long run increasing its costs and delaying its programs by

17    excluding from the labor pool available minority workmen."

18    And here's the key part:  In the area of

19    government procurement, executive authority to impose

20    non-discrimination contract provisions, falls within Justice

21    Jackson's, in *Youngstown Shee*t, first category:  Actions

22    pursuant to the expressed or implied authorization of

23    Congress.

24    What I would urge, the reason I wanted to flag the

25    chilling effect is to -- where it comes in in this order.

1      Section 3 is a contract provision.

2      The next operative provision in the order is

3  Section 5:  Contact with agencies.

4      There's a lot of talk in these pleadings regarding

5  penalties, a lot of talk regarding punishment.

6      This is nothing like *Vullo*.  This is nothing like

7  *Bantam*.  This is interactions within the government.

8      And so we -- as far as the chilling effect, what

9  is at stake?  What is the punishment?

10      This is a contract provision.

11      And I would urge that as it relates to the

12  foundation in Section 1 and as it relates into Section 3,

13  one of the points that's being discussed is racial

14  discrimination, which is a reference to diversity programs

15  within the law.

16      There is a program called the Mansfield

17  Certification Program.  WilmerHale is a participant in that

18  program.  We -- I think it's a valid social policy of

19  combating diversity, which, after the *Harvard* decision in

20  December of 2023, I think I have the right -- or '24 -- that

21  diversity is suspect at the very least and to use the

22  procurement power in furtherance of addressing that issue,

23  I think, is firmly supported and within the strongest realm,

24  as noted in that contractor's case, using the executive

25  power to advance social policy is very strongly supported.

1          So as to the chilling effect, who's not being able

2     to do what?  There's no penalty, there's no punishment.

3          THE COURT:  Well, Section 5 then, being prohibited

4     from having access to government buildings?

5          MR. LAWSON:  So let me address Section 5.

6          THE COURT:  I mean --

7          MR. LAWSON:  Exactly.

8          THE COURT:  -- what possible threat do they pose

9     to having access to government buildings?

10          This is a government building we're in.

11     Supreme Court's a government building.

12          MR. LAWSON:  All right.

13          So as it relates to Section 5, I think this is

14     critical as to all the sections of Section 5.  It's calling

15     for guidance to be issued addressing how government

16     buildings, government personnel will interact with the firm.

17          And one point that I would urge regarding the

18     framing of any TRO that the Court -- we would urge the Court

19     to deny -- if the Court were to grant a TRO, some care

20     should be given as to what in Section 5 is being prohibited.

21          If Section 5 is, as I'm reading the proposed

22     order, a blanket order quashing any implementation of

23     Section 5, that kills the ability to develop the guidance.

24          Now, the reason we think this is important is

25     because, without that guidance, we don't think this issue is

1    ripe.  We don't know exactly what limitations there will be

2    on interaction with staff.

3              The counsel has raised issues about

4    Sixth Amendment and Fifth Amendment right-to-counsel issues.

5              We will not deny that the Sixth Amendment talks

6    about right-to-counsel issues, and the Fifth and Sixth both

7    address it.  We won't deny that at all.

8              We don't see -- we don't know what the guidance is

9    and how it will interact with that.

10             And obviously we've heard these concerns, we'll be

11   mindful of those as they're being drafted.

12             But if the order bans even the creation of the

13   guidance, I don't know how this issue ever becomes ripe.

14   We need to see what the guidance says.

15             So there is an endless parade of horribles that

16   could come from implementation of Section 5, but we don't

17   know what that is.

18             So, again, I would go back to the issue of,

19   when the Court talks about the chilling effect, what is at

20   jeopardy here?

21             Contracts where there's very firm discretion for

22   the executive and to-be-determined access to staff and

23   government buildings not qualified, not defined, and

24   security clearances upon which there's extraordinary

25   deference, particularly in this type of set.

1          THE COURT:  What about litigation?

2          How are they going to -- how can a law firm of the

3     magnitude of WilmerHale, who does litigation all over the

4     nation, not be able to have access to federal buildings that

5     are courthouses?

6          MR. LAWSON:  I will submit the order as drafted

7     does not block that.  Right now, it doesn't block it.  The

8     guidance has not been issued that would address access to

9     those buildings.

10          The Court has raised a legitimate concern about a

11    law firm having access to a courtroom.  As drafted, this has

12    not defined what that access is.

13          Once drafted, and if the order prohibits the

14    drafting of it -- you see, there's an interesting Catch-22

15    here as to the ripeness of bringing this case forward.

16          If we can get the guidance, then there can be a

17    full challenge as to whether or not it is blocking access to

18    points that the Court would have concerns about, as far as

19    the regular duties of an attorney on that point.

20          But it's that ripeness issue that I think is --

21    it's just premature at this point to -- we would submit that

22    there isn't a basis to bring the claim, it's too premature

23    at this point, certainly to issue a TRO that prohibits the

24    guidance being driven, which would form the very basis of a

25    real claim, to the degree the guidance impinges on something

1    that WilmerHale finds objectionable.

2          THE COURT:  Wouldn't that uncertainty or doubt

3    have a chilling effect on a client retaining the firm to do

4    litigation for it, not knowing whether, after expending

5    resources to hire the firm and meet with the firm and make

6    available its time, it learns that the rules, so to speak,

7    or the guidelines are, indeed, prohibitive of their being

8    available to go into the courthouse and all that money is

9    lost and wasted?

10          Why would a firm that's a possible client take

11    that risk?

12          MR. LAWSON:  Well, I would -- I can't speak to the

13    prospective client's perspective.

14          THE COURT:  Are you in the practice of law?

15          MR. LAWSON:  Yes, Your Honor.

16          THE COURT:  Do you have clients?

17          MR. LAWSON:  I've had clients.

18          I understand the Court's question.

19          THE COURT:  Use your common sense.

20          You know how clients are worried about downside

21    risk, and they don't want to expend money needlessly or

22    wastefully.

23          They are going to go to a different firm.  They'll

24    go down the street to a different firm that doesn't have a

25    Presidential Executive Order hanging over -- like a Sword of

1    Damocles hanging over its head.

2         MR. LAWSON:  So to the degree the Court thinks

3    this is a concern that should be addressed on the TRO in an

4    order the Court enters, I would urge that the order be

5    allowed for the process to go forward on the drafting of the

6    guidance at least so that we can have a concrete issue here.

7         I can understand the Court's concern.  I'm not

8    going to discount --

9         THE COURT:  Well, the President could have done it

10   a different way, couldn't he?

11        I mean, the President could have given a directive

12   to his agency heads, start coming up with some guidance on

13   this, before he issued the Executive Order.

14        He did it the other way around.  He did the

15   Executive Order first before he came up with the guidance.

16        MR. LAWSON:  I think that might invite a question

17   as to the difference between mentioning it to his team in a

18   cabinet meeting versus issuing an Executive Order.  They're

19   practically, I would think, somewhat the same.

20        There is an order, there has been instruction from

21   the White House, whether it came in the form of an Executive

22   Order, whether it came in the form of a memo passed at a

23   cabinet meeting, draft some guidance about interaction and

24   access to buildings.

25        Once the guidance is issued, we have a ripe issue,

1    we have a ripe matter at that point, presuming that they

2    find it objectionable.

3            But I just urge great care in not curtailing the

4    creation of the thing that would actually bring this into

5    matter.  Hopefully, the Court understands the concern I have

6    about the breadth of the order as proposed by counsel.

7            I think that --

8            THE COURT:  You have a couple more minutes.

9            MR. LAWSON:  I think I've addressed the key

10   points.

11           As to Section 4, Section 4 is -- I believe it

12   simply engrafts the language that was in the Perkins Coie

13   order.

14           This is guidance to industry writ large to the

15   EEOC.

16           This is -- we would urge great care with that,

17   that this is typical type of instruction.

18           I think what the Court was referring to as far as,

19   I would like my Executive Branch agencies to be doing X, Y,

20   and Z.  It is moving the ball forward once they have

21   produced a result.  Then there would be something concrete

22   that is challengeable.

23           One of the last points -- and I beg the Court's

24   indulgence on this --

25           THE COURT:  Sure, go ahead.

1          MR. LAWSON:  I have not had as much chance to

2    study this as I would care for.

3          I see that one of the defendants is listed as the

4    Executive Office of the President.

5          I would urge great caution about issuing a TRO as

6    it relates to the Executive Office of the President.

7    I think they have been very comprehensive in the various

8    agencies that they would like this order to retain.

9          THE COURT:  Where is that one located?

10         MR. LAWSON:  I'm looking -- hopefully I've

11   got -- yes, I'm looking at the complaint.

12         The first defendant listed is the Executive Office

13   of the President.

14         I think there is some grave concerns about the

15   judiciary issuing things to the President itself.  The

16   concerns are less severe, of course, when it comes to the

17   executive agencies.

18         But I think the Court understands, hopefully, the

19   government's position.  I think there would be great help if

20   the Court approaches as suggested, we go section by section

21   and look at exactly what is being challenged and what,

22   if anything, is concrete in each section.

23         THE COURT:  Will you be able to handle an

24   accelerated briefing schedule for the PI?

25

1        MR. LAWSON:  Yes, I think we can probably --

2  that's probably a matter we can work out very easily with

3  counsel.  We are moving very quickly.

4        I will point out its dispositive motions on the

5  Perkins Coie case are due Wednesday.  There's some motions

6  for summary judgment, motions to dismiss dispute, but

7  they're due Wednesday, briefing should be completed by the

8  18th, with a hearing set for the 21st.

9        I think the arguments here very closely track to

10  there.  I don't think it would be hard to meet that

11  schedule, assuming I haven't missed some other very

12  complicated issue, but I think we can hit that schedule.

13        It might be good if we could have briefs due late

14  next week, rather than Wednesday, give me a few days to get

15  Perkins dealt with.  Okay.

16        THE COURT:  Well, I would suggest that by Monday,

17  we have a joint proposed accelerated briefing schedule --

18        MR. LAWSON:  That should not be a problem.

19        THE COURT:  -- that you file with the Court so

20  I can take a look at that on Monday.

21        MR. LAWSON:  Thank you, Your Honor.

22        THE COURT:  Thank you.

23        Do you have anything that jumped out at you?

24        MR. CLEMENT:  A couple of things, Your Honor,

25  so I have a couple of quick points in rebuttal.

1          I mean, first of all, if somebody's shooting

2    randomly and you come in and say, you gotta stop that guy

3    shooting randomly, and then their best response is, well,

4    no, no, if you do that, then I won't have time to aim.

5    I mean, come on, there was plenty of opportunity for the

6    President, as you suggested, to make the guidance first.

7    He didn't do that, and he didn't do it for a reason.

8          And there's also a reason that he didn't do it in

9    a cabinet meeting.  If he'd done this in a cabinet meeting,

10   our clients wouldn't be concerned about this, Perkins Coie's

11   clients wouldn't be concerned about this, and Paul, Weiss

12   wouldn't have come in and offered to do $40 million in pro

13   bono work.

14         He needed to make this public, he needed to make a

15   point, he needed to have the chilling effect.  And it's all

16   done on the basis of a retaliatory motive that is plain as

17   day for all to see and a retaliation against litigation in

18   the Article III courts.

19         So let me also talk about the security clearance.

20         I think the TRO aspect of this cuts both ways.

21   I mean, there is immediate injury on the security

22   clearance's clause.

23         And in order to ultimately rule for the government

24   on this, given how clear paragraph 1 of the Executive Order

25   is, you are going to have to hold effectively that security

1    clearances are like pardons; that even if the President

2    swears on a bible that I'm giving this pardon for a purely

3    retaliatory motive for what somebody did in an Article III

4    court that the Article III court thought was great, maybe

5    you can do that with a pardon power.

6            I do not think you can do that with security

7    clearances.  That would be a grave abuse of all the residual

8    authority of the President.  All the reasons why we give

9    deference to those judgments when the procedures are

10   followed, all that goes out the window if you can say, I'm

11   going to revoke your security clearance just to get even,

12   and that's essentially what this case looks like.

13           Happy to brief it.  But in the interim, the TRO

14   should be complete, especially because, as we said in the

15   briefing, there's nothing severable about this Executive

16   Order.

17           This is not like, oh, well, the security

18   clearances stand alone.  It all fits together and it's all

19   driven by those statements in Section 1 that Your Honor

20   yourself pointed to.

21           Let me then go to this idea that somehow because

22   this is government procurement or government contracting or

23   government spending, somehow it's different.  Not when it

24   comes to retaliation, not when it comes to viewpoint

25   distribution.  That's true as a matter of constitutional

1    law, and it's also true as a matter of statutory law.

2            If you look at footnote 25 in our TRO papers,

3    we cite a congressional statute where Congress says that,

4    we don't want any contracting decisions to be done on a

5    discriminatory basis, partisan basis, and all the rest.  So

6    the Constitution itself doesn't say you have free rein when

7    it comes to spending your contracting, and Congress has made

8    the same point, which is just one of the many

9    separation-of-powers problems here.

10            Last thing I'll say is just on the chilling

11   effect, I mean, Your Honor, I think, captured this point

12   well.  But, in terms of telling your clients, hey, you know,

13   in a couple of weeks, we might know whether we can get into

14   that government building.  That is not something any client

15   wants to hear from their lawyer.  They expect their lawyers

16   to get into government buildings on a regular basis.

17            And it's not just the courts.  I mean, WilmerHale

18   has a thriving state-of-the-art intellectual property

19   practice.  They have to go in front of the PTAB, which is

20   part of the Executive Branch, looks a lot like a court in

21   some of its proceedings, but they have to go into the PTAB

22   virtually every single day.  If they can't get into the

23   PTAB, or, frankly, if there's any doubt whether they can get

24   into the PTAB on behalf of their clients, that is a complete

25   chilling effect, a complete irreparable injury.

1          And then if the reason they can't get into the

2     PTAB is because of the way that some of their lawyers, their

3     partners at the firm, have litigated cases in court,

4     succeeded for their clients in many cases, sometimes they've

5     lost as well.  But we have an adversarial system of justice.

6     We need both sides in there making the best arguments for

7     the Court.

8          They've done that in the highest tradition of the

9     law, and what do they get?  They get barred from federal

10    buildings, they lose their security clearances, some of

11    their lawyers are told that they might not be able to get a

12    job into the Executive branch, including an AUSA job that

13    has traditionally been completely nonpartisan and is a plum

14    job that somebody, whether they're at the firm now or

15    they're in law school thinking about which firm to go to,

16    if going it WilmerHale means you can't go to the U.S.

17    Attorney's Office and be an AUSA, all of that has chilling

18    effects that are happening right now.

19         And we have a declaration that supports all of

20    that.  But you also have common sense and you can look at

21    what's happened at Perkins Coie, you can look at what Paul,

22    Weiss has done.

23         I think the irreparable injury here is as clear as

24    the constitutional violations, and they are clear as day,

25    and all we have to show is a likelihood of success at this

1    stage.

2           So we'd ask you to have a TRO that applies across

3    the board to the whole Executive Order.

4           Thank you, Your Honor.

5           THE COURT:  Well, thank you, Counsel.

6           I promised my dear colleague, Judge Bates, that

7    I'd get done so that he could start his hearing for his case

8    in the next five minutes, ten minutes.

9           I'm going to digest a little bit more the

10   arguments that I've heard today, which were insightful,

11   helpful.

12          Kind of historically coincidental that it was in

13   this very courtroom that WilmerHale represented *Boumediene*

14   and represented the *Boumediene* five right in this courtroom

15   years ago.  So the Court's quite familiar with that firm's

16   litigation practice and the service that it provided to the

17   community, to the Bar, and to the nation.

18          So I will tell the government counsel that I'm

19   inclined to grant the TRO.  The only question is,

20   how broadly.

21          So I'll issue an order probably within the next

22   few hours, and, like I say, I'm inclined to grant it.

23          So that's where we stand at the moment.  We'll see

24   where this goes.  It will be an interesting ride for the

25   next few months.

1          MR. LAWSON:  Your Honor, if I could talk about one

2    point regarding a proposed grant?

3          THE COURT:  You don't have any experience in this

4    courtroom.

5          Once I've finished my remarks, I'm done.

6          Stand adjourned.

7          COURTROOM DEPUTY:  All rise.

8          This Honorable Court stands adjourned.

9          (Proceedings concluded at 5:32 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__March 28, 2025_____     _____

William P. Zaremba, RMR, CRR

**AUDIENCE MEMBER: [1]**
4/10
**COURTROOM DEPUTY:**
**[2]**   3/2 37/7
**MR. CLEMENT: [18]**
3/12 3/15 3/19 4/14
5/10 5/19 6/13 9/7
11/12 12/9 12/23
12/25 13/19 14/21
17/5 17/19 18/3
31/24
**MR. LAWSON: [29]**
3/23 4/3 18/5 18/8
18/14 18/18 18/21
19/12 20/16 20/19
21/6 21/10 21/15
24/5 24/7 24/12 26/6
27/12 27/15 27/17
28/2 28/16 29/9 30/1
30/10 30/25 31/18
31/21 37/1
**THE COURT: [48]**

**$**

**$40 [1]**   32/12

**'**

**'24 [1]**   23/20

**0**

**0001 [1]**   1/19

**1**

**1's [1]**   19/24
**15 [1]**   4/7
**159 [1]**   22/11
**18th [2]**   17/8 31/8
**1971 [1]**   22/12

**2**

**2's [1]**   19/24
**20001 [1]**   2/5
**20004 [1]**   1/15
**202 [2]**   1/15 2/5
**202-445-8042 [1]**
1/20
**2023 [1]**   23/20
**2025 [2]**   1/5 38/7
**20530-0001 [1]**   1/19
**21st [1]**   31/8
**22 [1]**   26/14
**230 years [1]**   16/3
**25 [1]**   34/2
**25-917 [2]**   1/4 3/7
**28 [2]**   1/5 38/7

**3**

**3249 [1]**   2/5
**333 [1]**   2/4
**354-3249 [1]**   2/5

**4**

**442 [1]**   22/11
**4:30 [1]**   1/6

**5**

**5:32 [1]**   37/9

**7**

**706 [1]**   1/14
**742-8900 [1]**   1/15

**8**

**8042 [1]**   1/20
**8900 [1]**   1/15

**9**

**917 [2]**   1/4 3/7
**950 [1]**   1/19

**A**

**ability [4]**   9/9
14/17 17/1 24/23
**able [5]**   13/13 24/1
26/4 30/23 35/11
**about [29]**   6/13 7/23
7/23 8/15 9/3 9/14
11/1 11/2 14/2 15/23
17/15 21/1 25/3 25/6
25/19 26/1 26/10
26/18 27/20 28/23
29/6 30/5 30/14
32/10 32/11 32/19
33/15 35/15 37/1
**above [1]**   38/4
**above-titled [1]**
38/4
**absolute [2]**   11/12
11/14
**absolutely [6]**   10/24
13/24 17/15 17/22
17/23 18/22
**abuse [1]**   33/7
**accelerated [2]**
30/24 31/17
**access [9]**   24/4 24/9
25/22 26/4 26/8
26/11 26/12 26/17
28/24
**accompanied [1]**   4/16
**accomplish [2]**   18/20
19/11
**achieve [1]**   19/7
**across [1]**   36/2
**acting [2]**   21/23
21/25
**action [7]**   3/7 8/4
8/5 9/4 13/3 22/2
22/5
**Actions [1]**   22/21
**active [1]**   12/19
**activity [4]**   8/6 8/6
8/24 10/9
**actual [1]**   6/18
**actually [6]**   8/10
13/4 14/7 15/3 21/6
29/4
**additional [2]**   16/24
17/2
**address [4]**   21/7

**addressed [2]**   28/3
29/9
**addressing [3]**   19/23
23/22 24/15
**adjourned [2]**   37/6
37/8
**administrative [1]**
14/3
**advance [1]**   23/25
**adversarial [1]**   35/5
**adverse [1]**   16/8
**affiliated [1]**   14/10
**affirmative [1]**   22/5
**affirmed [1]**   22/7
**afraid [1]**   10/19
**after [2]**   23/19 27/4
**afternoon [3]**   3/12
3/23 18/5
**afterwards [1]**   13/1
**again [5]**   14/24
15/18 18/5 19/25
25/18
**against [6]**   11/6
11/20 11/24 14/2
15/1 32/17
**agencies [7]**   6/7
19/13 19/14 23/3
29/19 30/8 30/17
**agency [5]**   12/6
12/14 13/4 19/5
28/12
**agency's [1]**   14/3
**ago [1]**   36/15
**agree [1]**   17/14
**ahead [2]**   4/13 29/25
**aided [1]**   2/7
**aim [1]**   32/4
**al [2]**   1/7 3/9
**Alexandria [1]**   1/15
**all [31]**   3/2 4/8 5/3
5/12 5/16 6/18 6/19
8/21 8/22 10/9 13/2
14/10 22/15 24/12
24/14 25/7 26/3 27/8
32/1 32/15 32/17
33/7 33/8 33/10
33/18 33/18 34/5
35/17 35/19 35/25
37/7
**all right [1]**   4/8
**allow [1]**   20/12
**allowed [1]**   28/5
**alone [1]**   33/18
**already [1]**   6/6
**also [6]**   7/7 13/16
32/8 32/19 34/1
35/20
**although [2]**   18/16
22/3
**always [1]**   8/1
**am [4]**   10/18 10/19
10/20 20/3
**Am I [1]**   10/19
**ambit [1]**   19/24

**Amendment [10]**   4/25
6/1 6/19 7/11 8/2
8/25 9/3 25/4 25/4
25/5
**any [14]**   9/24 9/25
12/8 12/19 13/8 19/2
19/3 19/12 24/18
24/22 34/4 34/14
34/23 37/3
**anything [4]**   13/13
19/22 30/22 31/23
**apologies [1]**   21/13
**appealable [1]**   20/18
**appeals [3]**   12/6
12/7 14/3
**appearance [1]**   3/11
**APPEARANCES [2]**   1/12
1/21
**appearing [1]**   10/15
**applauded [1]**   16/10
**applicable [1]**   12/12
**applies [1]**   36/2
**approach [3]**   3/10
6/15 18/9
**approaches [1]**   30/20
**appropriate [1]**
19/17
**April [1]**   17/8
**April 18th [1]**   17/8
**are [42]**
**area [3]**   15/15 20/7
22/18
**aren't [1]**   14/9
**arena [1]**   11/11
**argue [3]**   10/18
10/19 21/2
**argued [2]**   4/22 4/23
**arguing [1]**   5/3
**arguments [3]**   31/9
35/6 36/10
**around [1]**   28/14
**art [1]**   34/18
**Article [10]**   9/21
9/22 10/10 10/10
10/14 10/23 11/4
32/18 33/3 33/4
**Article I [2]**   10/10
11/4
**Article III [7]**   9/21
10/10 10/14 10/23
32/18 33/3 33/4
**as [60]**
**ask [2]**   16/20 36/2
**aspect [1]**   32/20
**Associate [2]**   4/3
4/4
**Association [1]**
22/10
**assuming [1]**   31/11
**attorney [3]**   4/3 4/4
26/19
**Attorney General [1]**
4/3
**Attorney's [1]**   35/17
**attorneys [2]**   10/7

**A**

attorneys... [1] 13/7
AUSA [2] 35/12 35/17
authority [3] 9/17 22/19 33/8
authorization [1] 22/22
available [4] 12/3 22/17 27/6 27/8
Avenue [2] 1/19 2/4
avoid [1] 15/7
avowedly [3] 8/12 8/22 8/23
aware [2] 8/7 11/6
awful [1] 10/3

**B**

baby [2] 4/9 4/12
back [2] 15/5 25/18
background [3] 18/13 18/22 20/1
balance [3] 5/7 15/24 15/25
ball [1] 29/20
bans [1] 25/12
Bantam [4] 21/17 21/21 21/22 23/7
Bar [1] 36/17
barred [1] 35/9
Barrett [1] 2/4
based [3] 8/23 11/17 16/6
basically [2] 12/10 12/13
basis [8] 10/8 12/9 26/22 26/24 32/16 34/5 34/5 34/16
Bates [2] 4/23 36/6
be [43]
because [27] 4/19 5/12 6/9 6/11 6/16 6/18 7/10 7/17 8/21 9/4 9/14 10/14 10/19 11/15 12/12 13/8 13/9 13/14 15/3 15/13 16/21 17/11 20/21 24/25 33/14 33/21 35/2
because it [1] 20/21
becomes [1] 25/13
been [18] 5/17 5/17 5/19 6/2 8/8 12/8 13/14 13/18 13/19 14/4 14/12 16/2 16/3 21/15 26/8 28/20 30/7 35/13
before [8] 1/10 8/15 9/24 10/15 15/23 16/16 28/13 28/15
beg [1] 29/23
behalf [2] 9/10 34/24
behaved [1] 10/3
being [11] 5/22

10/10 19/6 33/13 24/1 24/3 24/20 25/11 26/24 27/7 30/21
believe [1] 29/11
best [3] 18/8 32/3 35/6
between [2] 12/1 28/17
bible [1] 33/2
big [1] 14/1
bit [2] 9/2 36/9
blank [2] 15/7 15/7
blanket [1] 24/22
bleeding [1] 16/25
block [2] 26/7 26/7
blocking [1] 26/17
board [1] 36/3
bono [2] 10/8 32/13
books [4] 11/19 21/18 21/21 21/22
both [3] 25/6 32/20 35/6
Boumediene [2] 36/13 36/14
boy [1] 8/8
branch [7] 8/4 10/11 10/15 10/20 29/19 34/20 35/12
Branches [1] 19/3
breadth [1] 29/6
brief [2] 17/9 33/13
briefing [8] 16/19 17/7 17/21 20/13 30/24 31/7 31/17 33/15
briefs [1] 31/13
bring [3] 17/2 26/22 29/4
bringing [1] 26/15
brings [2] 9/13 11/5
broad [1] 14/8
broadly [1] 36/20
brought [1] 20/6
brush [1] 14/8
building [3] 24/10 24/11 34/14
buildings [9] 24/4 24/9 24/16 25/23 26/4 26/9 28/24 34/16 35/10
business [2] 7/13 17/2
businesses [1] 7/18

**C**

CA [1] 1/4
cabinet [4] 28/18 28/23 32/9 32/9
called [1] 23/16
calling [1] 24/14
came [3] 28/15 28/21 28/22
can [27] 4/10 7/2 7/8 8/19 12/11 13/16

10/1 16/4 25/6/7 26/7
18/1 26/2 26/16 26/16 28/6 28/7 31/1 31/2 32/12 31/20 33/5 33/6 33/10 34/13 34/23 35/20 35/21
can't [8] 10/12 10/14 11/16 13/12 27/12 34/22 35/1 35/16
cancel [1] 6/9
canceled [2] 6/8 6/10
canceling [1] 14/13
cannot [1] 11/14
captured [1] 34/11
care [4] 24/19 29/3 29/16 30/2
carry [1] 19/1
case [21] 4/22 4/22 4/23 10/17 11/19 11/20 11/23 11/25 14/2 15/18 17/6 20/10 21/17 21/18 22/12 22/13 23/24 26/15 31/5 33/12 36/7
cases [11] 4/25 8/7 10/4 10/6 10/8 11/7 20/10 21/13 21/16 35/3 35/4
Catch [1] 26/14
Catch-22 [1] 26/14
category [1] 22/21
caught [1] 19/16
caution [2] 20/11 30/5
certain [1] 15/21
certainly [5] 11/6 11/20 16/11 17/14 26/23
Certification [1] 23/17
Certified [1] 2/3
certify [1] 38/2
cetera [2] 6/20 6/20
CH [1] 2/4
challenge [1] 26/17
challengeable [1] 29/22
challenged [1] 30/21
challenges [1] 11/8
chance [2] 20/13 30/1
check [1] 6/10
chill [1] 15/20
chilling [15] 6/2 15/16 15/20 15/22 21/1 21/2 22/25 23/8 24/1 25/19 27/3 32/15 34/10 34/25 35/17
choices [1] 16/13
Circuit [4] 8/17

11/22 22/11
citations [1] 21/15
cite [3] 11/23 22/10 34/3
Civil [1] 3/7
claim [3] 12/4 26/22 26/25
clause [3] 8/25 9/2 32/22
clauses [4] 5/12 6/17 7/15 8/20
clear [7] 8/24 9/1 9/15 11/11 32/24 35/23 35/24
clearance [8] 8/16 11/8 12/2 12/6 13/14 14/11 32/19 33/11
clearance's [1] 32/22
clearances [19] 5/22 5/24 11/5 11/15 11/17 12/13 12/20 12/21 13/3 13/8 13/9 13/25 14/8 19/15 25/24 33/1 33/7 33/18 35/10
clearly [1] 20/1
Clement [7] 1/13 1/14 3/13 3/13 3/21 4/6 20/6
clementmurphy.com [1] 1/16
client [7] 4/17 9/10 10/21 16/10 27/3 27/10 34/14
client's [1] 27/13
clients [21] 6/3 6/4 6/6 10/4 10/22 14/16 14/18 15/21 16/7 16/7 16/8 17/1 17/24 27/16 27/17 27/20 32/10 32/11 34/12 34/24 35/4
close [2] 15/25 16/1
closely [1] 31/9
co [3] 3/16 3/20 4/16
co-counsel [3] 3/16 3/20 4/16
Coie [4] 16/22 29/12 31/5 35/21
Coie's [2] 17/6 32/10
coincidental [1] 36/12
colleague [1] 36/6
COLUMBIA [2] 1/1 3/3
combating [1] 23/19
come [8] 3/6 9/10 14/6 15/2 25/16 32/2 32/5 32/12
comes [8] 10/25 19/9 22/1 22/25 30/16 33/24 33/24 34/7
coming [1] 28/12

**C**

**command [1]**  18/12
**commandments [1]**
  19/2
**common [4]**  6/15 21/5
  27/19 35/20
**community [1]**  36/17
**complaining [1]**
  20/17
**complaint [1]**  30/11
**complete [3]**  33/14
  34/24 34/25
**completed [2]**  17/7
  31/7
**completely [2]**  8/20
  35/13
**complicated [1]**
  31/12
**comply [1]**  7/9
**comprehensive [1]**
  30/7
**computer [1]**  2/7
**computer-aided [1]**
  2/7
**concern [4]**  26/10
  28/3 28/7 29/5
**concerned [2]**  32/10
  32/11
**concerns [4]**  25/10
  26/18 30/14 30/16
**concluded [1]**  37/9
**concrete [4]**  13/6
  28/6 29/21 30/22
**Congress [3]**  22/23
  34/3 34/7
**congressional [2]**
  14/25 34/3
**consequence [1]**
  10/16
**consequences [2]**
  8/23 15/13
**considered [1]**  7/3
**consistent [13]**  5/13
  5/13 5/15 5/15 6/9
  6/11 6/17 7/11 11/24
  11/25 12/18 12/21
  14/23
**constantly [1]**  22/7
**Constitution [2]**  2/4
  34/6
**constitutional [6]**
  7/24 9/8 15/3 15/8
  33/25 35/24
**constructed [1]**  8/19
**Contact [1]**  23/3
**context [3]**  6/1
  14/25 17/13
**CONTINUED [1]**  2/1
**contract [3]**  22/20
  23/1 23/10
**contracting [4]**
  21/11 33/22 34/4
  34/7
**contractor's [1]**
  23/24

**contractors [1]**
  22/10
**contracts [3]**  22/1
  22/5 25/21
**core [2]**  8/24 9/8
**correct [2]**  18/14
  38/3
**costs [1]**  22/16
**could [11]**  7/19 18/9
  20/11 21/7 21/8
  25/16 28/9 28/11
  31/13 36/7 37/1
**couldn't [1]**  28/10
**counsel [13]**  3/10
  3/16 3/20 4/16 20/6
  21/13 25/3 25/4 25/6
  29/6 31/3 36/5 36/18
**country [3]**  13/10
  16/5 16/6
**couple [5]**  7/24 29/8
  31/24 31/25 34/13
**course [5]**  5/16 6/1
  8/3 21/14 30/16
**court [32]**  1/1 2/2
  2/3 3/3 3/3 3/5 4/15
  9/10 15/2 15/5 19/16
  20/2 20/13 21/17
  24/18 24/18 24/19
  25/19 26/10 26/18
  28/2 28/4 29/5 29/18
  30/18 30/20 31/19
  33/4 33/4 34/20 35/3
  35/7 37/8
**Court's [5]**  24/11
  27/18 28/7 29/23
  36/15
**courthouse [1]**  27/8
**courthouses [1]**  26/5
**courtroom [5]**  17/17
  26/11 36/13 36/14
  37/4
**courts [8]**  9/11 9/21
  10/10 10/23 11/21
  16/14 32/18 34/17
**creation [2]**  25/12
  29/4
**critical [1]**  24/14
**CRR [2]**  38/2 38/8
**curtailing [1]**  29/3
**CUTLER [3]**  1/3 3/8
  10/2
**cuts [1]**  32/20

**D**

**D.C [3]**  1/5 1/19 2/5
**Damocles [1]**  28/1
**darn [2]**  11/11 11/12
**Date [1]**  38/7
**day [3]**  32/17 34/22
  35/24
**days [1]**  31/14
**deal [3]**  7/10 14/1
  17/18
**dealing [3]**  6/4 6/4
  22/12

**deals [2]**  21/7 21/16
**dealt [1]**  31/15
**dear [1]**  36/6
**decades [1]**  22/6
**December [1]**  23/20
**decidedly [1]**  5/24
**decision [2]**  12/1
  23/19
**decisions [2]**  19/15
  34/4
**declaration [1]**
  35/19
**defendant [1]**  30/12
**defendants [3]**  1/8
  1/18 30/3
**defense [1]**  22/13
**deference [6]**  20/3
  20/8 20/22 22/2
  25/25 33/9
**defined [2]**  25/23
  26/12
**degree [3]**  20/5
  26/25 28/2
**delaying [1]**  22/16
**denial [1]**  19/12
**denied [1]**  12/5
**deny [5]**  11/16 18/21
  24/19 25/5 25/7
**Department [3]**  3/24
  4/1 18/6
**depth [2]**  5/4 7/23
**Deputy [2]**  4/3 4/4
**designed [1]**  15/20
**deter [1]**  16/23
**determine [1]**  19/18
**determined [1]**  35/22
**develop [1]**  24/23
**did [5]**  7/9 7/12
  28/14 28/14 33/3
**didn't [4]**  10/2 32/7
  32/7 32/8
**difference [1]**  28/17
**different [5]**  21/20
  27/23 27/24 28/10
  33/23
**digest [1]**  36/9
**directive [1]**  28/11
**disappointed [2]**
  6/21 15/9
**discount [1]**  28/8
**discovery [1]**  8/9
**discretion [1]**  25/21
**discrimination [2]**
  22/20 23/14
**discriminatory [1]**
  34/5
**discussed [1]**  23/13
**dismiss [1]**  31/6
**display [1]**  11/3
**dispositive [1]**  31/4
**dispute [1]**  31/6
**distinguish [1]**  12/1
**distinguishing [1]**
  14/9
**distribution [1]**

**dealt [2]**  21/7 21/16
**DISTRICT [5]**  1/1 1/1
  1/11 3/3 3/3
**diversity [3]**  23/14
  23/19 23/21
**do [23]**  5/14 7/12
  10/23 13/14 14/21
  15/19 16/9 19/3
  19/22 24/2 24/8 27/3
  27/16 31/23 32/4
  32/7 32/7 32/8 32/12
  33/5 33/6 33/6 35/9
**Do you have [1]**
  27/16
**Doe [1]**  11/24
**does [3]**  15/4 26/3
  26/7
**doesn't [5]**  16/23
  16/24 26/7 27/24
  34/6
**doing [4]**  13/8 16/2
  16/10 29/19
**DOJ [1]**  1/18
**DOJ-USAO [1]**  1/18
**don't [15]**  9/3 9/4
  14/5 19/2 19/12
  24/25 25/1 25/8 25/8
  25/13 25/16 27/21
  31/10 34/4 37/3
**done [12]**  6/10 9/18
  11/21 18/2 28/9 32/9
  32/16 34/4 35/8
  35/22 36/7 37/5
**Dorr [1]**  3/8
**doubt [2]**  27/2 34/23
**down [3]**  8/15 15/23
  27/24
**downside [1]**  27/20
**draft [1]**  28/23
**drafted [4]**  25/11
  26/6 26/11 26/13
**drafting [2]**  26/14
  28/5
**dramatic [2]**  7/14
  7/15
**driven [2]**  26/24
  33/19
**due [6]**  13/22 13/23
  22/2 31/5 31/7 31/13
**Duke [1]**  1/14
**duties [1]**  26/19
**duty [1]**  13/12

**E**

**each [2]**  8/20 30/22
**earlier [1]**  4/24
**early [1]**  22/12
**easily [1]**  31/2
**Eastern [1]**  22/11
**EEOC [1]**  29/15
**effect [28]**  5/21
  5/25 6/2 6/3 6/18
  6/25 6/25 7/1 7/15
  7/18 14/14 14/15
  14/16 14/17 15/10

**E**

effect... [13]   15/16 15/20 18/12 21/1 21/3 22/25 23/8 24/1 25/19 27/3 32/15 34/11 34/25
effectively [1]   32/25
effects [6]   6/3 6/4 7/6 7/7 16/25 35/18
eggshells [1]   10/19
either [1]   20/18
El [1]   11/23
El-Ganayni [1]   11/23
Email [2]   1/16 1/20
emergency [1]   20/22
endless [1]   25/15
engrafts [1]   29/12
enormous [1]   15/17
enough [1]   17/12
enters [1]   28/4
entire [1]   8/13
equally [1]   9/1
equities [3]   5/7 15/24 15/25
Erin [3]   1/13 3/20 4/17
especially [2]   16/13 33/14
essentially [3]   7/9 10/14 33/12
et [4]   1/7 3/9 6/20 6/20
et cetera [1]   6/20
evaluate [1]   9/23
even [6]   7/14 11/15 16/22 25/12 33/1 33/11
events [1]   13/2
eventually [1]   5/2
ever [1]   25/13
every [4]   9/21 13/24 15/22 34/22
exactly [5]   9/11 16/3 24/7 25/1 30/21
example [3]   6/6 19/21 22/3
excluding [1]   22/17
excuse [1]   12/17
executive [35]   1/6 3/9 5/12 6/17 6/24 8/4 8/12 8/14 8/18 10/20 15/10 16/4 16/24 19/3 20/23 22/2 22/4 22/19 23/24 25/22 27/25 28/13 28/15 28/18 28/21 29/19 30/4 30/6 30/12 30/17 32/24 33/15 34/20 35/12 36/3
exerted [1]   20/12
expect [1]   34/15
expeditedly [1]   17/21

expeditious [3]   17/10 17/15 17/17
expend [1]   27/21
expending [1]   27/4
experience [2]   17/16 37/3
expressed [1]   22/22
extraordinary [1]   25/24

**F**

F.2d [1]   22/11
fact [2]   6/16 7/9
factors [2]   4/20 16/1
FAIR [1]   15/1
fall [1]   19/23
falls [2]   18/23 22/20
familiar [1]   36/15
far [5]   18/24 20/2 23/8 26/18 29/18
Farm [1]   15/1
federal [2]   26/4 35/9
few [4]   4/23 31/14 36/22 36/25
Fifth [2]   25/4 25/6
file [1]   31/19
final [1]   13/25
find [2]   19/4 29/2
findings [1]   8/21
finds [1]   27/1
finished [1]   37/5
firm [17]   4/17 7/6 15/14 16/25 24/16 25/21 26/2 26/11 27/3 27/5 27/5 27/10 27/23 27/24 35/3 35/14 35/15
firm's [1]   36/15
firmly [1]   23/23
firms [2]   7/16 15/21
first [16]   4/7 4/25 6/1 6/18 7/11 8/2 8/22 8/25 9/3 10/17 19/8 22/21 28/15 30/12 32/1 32/6
First Amendment [6]   4/25 6/1 7/11 8/2 8/25 9/3
firsthand [1]   10/1
fits [1]   33/18
five [4]   4/7 18/1 36/8 36/14
flag [1]   22/24
flow [1]   8/21
flows [1]   8/14
follow [1]   8/23
followed [1]   33/10
footnote [2]   11/24 34/2
foregoing [1]   38/3
form [3]   26/24 28/21 28/22

forward [1]   8/3
10/12 16/19 17/20 26/15 28/5 29/20
found [1]   7/3
foundation [1]   23/12
framing [1]   24/18
frankly [4]   7/7 9/19 11/25 34/23
free [2]   8/25 34/6
front [5]   4/22 4/24 9/11 10/9 34/19
full [2]   11/3 26/17
fuller [1]   20/13
fully [2]   15/17 16/24
furtherance [1]   23/22
future [1]   12/24

**G**

Ganayni [1]   11/23
Garland [3]   11/6 11/20 14/2
General [1]   4/3
General's [1]   4/4
generally [1]   11/7
get [15]   4/19 5/2 18/1 26/16 31/14 33/11 34/13 34/16 34/22 34/23 35/1 35/9 35/9 35/11 36/7
getting [1]   16/22
give [4]   10/21 12/11 31/14 33/8
given [7]   8/11 14/4 20/9 20/21 24/20 28/11 32/24
gives [1]   15/5
giving [2]   20/1 33/2
go [15]   4/13 10/12 21/6 25/18 27/8 27/23 27/24 28/5 29/25 30/20 33/21 34/19 34/21 35/15 35/16
go ahead [2]   4/13 29/25
goats [1]   14/9
God [1]   3/4
goes [3]   4/6 33/10 36/24
going [21]   4/11 8/9 8/20 10/18 10/19 10/21 13/13 13/13 14/6 14/15 15/6 15/19 19/25 20/10 26/2 27/23 28/8 32/25 33/11 35/16 36/9
gone [3]   12/6 12/14 14/11
good [7]   3/12 3/23 8/1 16/9 17/12 18/5 31/13
got [3]   13/4 13/25

got -- yes [1]   30/11
gotta [1]   32/2
government [26]   6/5 8/4 14/5 16/11 18/2 18/4 18/24 21/22 21/24 22/5 22/19 23/7 24/4 24/9 24/10 24/11 24/15 24/16 25/23 32/23 33/22 33/22 33/23 34/14 34/16 36/18
government's [1]   30/19
grant [4]   24/19 36/19 36/22 37/2
granted [1]   20/20
grave [2]   30/14 33/7
gray [1]   20/7
great [5]   29/3 29/16 30/5 30/19 33/4
grievances [1]   9/9
groundwork [1]   19/13
guess [2]   12/5 12/7
guidance [17]   24/15 24/23 24/25 25/8 25/13 25/14 26/8 26/16 26/24 26/25 28/6 28/12 28/15 28/23 28/25 29/14 32/6
guide [1]   19/15
guidelines [1]   27/7
guy [1]   32/2

**H**

had [15]   6/6 6/10 6/17 7/1 7/6 7/8 7/12 7/15 15/10 16/3 17/16 19/21 20/13 27/17 30/1
Hall [1]   3/8
hand [1]   15/6
handle [1]   30/23
hanging [2]   27/25 28/1
happened [2]   13/23 35/21
happening [2]   9/14 35/18
happy [2]   17/9 33/13
hard [2]   21/2 31/10
hardest [1]   8/16
harm [1]   5/9
Harvard [1]   23/19
has [23]   5/17 6/2 6/25 7/14 8/11 9/18 10/3 13/14 13/25 14/12 18/11 19/2 20/6 25/3 26/8 26/10 26/11 28/20 34/7 34/18 35/13 35/17 35/22
have [63]
haven't [3]   5/17

**H**

**haven't... [2]**   13/18
31/11
**having [7]**   6/24 7/18
14/15 14/16 24/4
24/9 26/11
**he [19]**   6/24 6/25
15/12 15/12 15/13
15/14 18/25 28/10
28/13 28/14 28/14
28/15 32/7 32/7 32/8
32/14 32/14 32/15
36/7
**he didn't [2]**   32/7
32/7
**he'd [1]**   32/9
**he's [1]**   18/25
**head [1]**   28/1
**heads [2]**   19/6 28/12
**hear [2]**   18/4 34/15
**heard [2]**   25/10
36/10
**hearing [3]**   1/10
31/8 36/7
**held [1]**   12/20
**help [1]**   30/19
**helpful [1]**   36/11
**her [3]**   3/17 4/10
7/5
**here [19]**   4/18 8/11
9/14 9/18 9/20 10/24
11/2 11/3 11/13 14/4
14/6 15/25 16/17
25/20 26/15 28/6
31/9 34/9 35/23
**here's [1]**   22/18
**hey [1]**   34/12
**highest [2]**   16/12
35/8
**hire [1]**   27/5
**his [4]**   28/12 28/17
36/7 36/7
**historically [1]**
36/12
**hit [1]**   31/12
**hits [1]**   13/21
**hold [1]**   32/25
**Honor [15]**   3/12 3/23
4/14 4/18 17/10
17/19 18/3 18/8
27/15 31/21 31/24
33/19 34/11 36/4
37/1
**HONORABLE [4]**   1/10
3/4 3/5 37/8
**hopefully [3]**   29/5
30/10 30/18
**horribles [1]**   25/15
**hours [1]**   36/22
**House [2]**   16/9 28/21
**how [11]**   10/18 14/2
17/17 24/15 25/9
25/13 26/2 26/2
27/20 32/24 36/20
**how broadly [1]**

**Howell [2]**   4/24 7/3
**hurdles [1]**   5/17

**I**

**I am [1]**   20/3
**I believe [1]**   29/11
**I can [2]**   13/16
31/20
**I can't [2]**   13/12
27/12
**I don't [4]**   19/2
19/12 25/13 31/10
**I have [3]**   23/20
29/5 30/1
**I haven't [1]**   31/11
**I just [1]**   29/3
**I mean [11]**   7/2
10/12 13/22 15/18
24/6 28/11 32/1 32/5
32/21 34/11 34/17
**I might [1]**   10/20
**I say [2]**   15/9 36/22
**I think [35]**   4/22
6/13 6/14 7/8 7/24
8/13 9/1 9/19 11/15
11/21 11/23 11/25
14/21 14/22 19/3
19/19 20/2 23/18
23/20 23/23 24/13
26/20 28/16 29/7
29/9 29/18 30/7
30/14 30/18 30/19
31/1 31/9 31/12
32/20 34/11
**I thought [1]**   13/20
**I understand [1]**
27/18
**I want [2]**   4/19 12/4
**I wanted [1]**   22/24
**I went [1]**   13/20
**I will [3]**   26/6 31/4
36/18
**I would [18]**   7/23
16/20 17/19 18/11
20/5 20/8 20/17
20/19 22/10 22/24
23/11 24/17 27/12
28/4 28/19 29/19
30/5 31/16
**I'd [1]**   36/7
**I'll [8]**   3/20 4/21
8/1 15/23 16/16 18/4
34/10 36/21
**I'm [14]**   8/7 10/19
11/13 21/13 24/21
28/7 30/10 30/11
33/2 33/10 36/9
36/18 36/22 37/5
**I'm not [1]**   28/7
**I've [8]**   8/8 10/14
21/12 27/17 29/9
30/10 36/10 37/5
**idea [3]**   4/21 13/17
33/21

**III [8]**   4/7 5/25 9/22
10/10 10/14 10/23
32/18 33/3 33/4
**immediate [13]**   5/21
5/25 6/2 6/24 6/25
7/1 7/18 14/15 14/16
14/17 15/13 15/16
32/21
**immediately [2]**
12/16 12/18
**impaired [1]**   20/23
**impinges [1]**   26/25
**implementation [2]**
24/22 25/16
**implied [1]**   22/22
**important [4]**   4/25
8/13 9/19 24/24
**importantly [1]**
21/19
**impose [1]**   22/19
**inappropriate [1]**
20/9
**incidental [1]**   15/20
**inclined [2]**   36/19
36/22
**including [3]**   8/4
11/22 35/12
**inconsistent [2]**
6/18 6/19
**increasing [1]**   22/16
**indeed [1]**   27/7
**independently [1]**
8/21
**individuals [1]**
12/20
**indulge [1]**   21/7
**indulgence [1]**   29/24
**industry [1]**   29/14
**informing [1]**   19/10
**informs [1]**   19/5
**injury [8]**   5/7 6/14
7/3 7/4 17/24 32/21
34/25 35/23
**insightful [2]**   18/16
36/10
**instance [1]**   10/17
**instruction [2]**
28/20 29/17
**intellectual [1]**
34/18
**intended [4]**   5/25
14/7 15/17 16/25
**intent [4]**   8/10 11/3
11/18 14/23
**intention [1]**   15/20
**interact [2]**   24/16
25/9
**interaction [2]**   25/2
28/23
**interactions [1]**
23/7
**interest [5]**   5/14
5/16 12/22 16/1
22/14
**interesting [2]**

**interests [1]**   16/8
**interference [1]**
4/11
**interim [1]**   33/13
**interpret [1]**   15/6
**interpreted [1]**
14/12
**introduce [2]**   3/16
3/20
**invite [1]**   28/16
**involved [1]**   8/8
**irreparable [8]**   5/6
5/8 6/14 7/3 7/4
17/24 34/25 35/23
**is [126]**
**is there [2]**   5/6 5/6
**is you [1]**   12/1
**isn't [2]**   17/12
26/22
**issue [14]**   6/14 8/17
11/16 18/25 23/22
24/25 25/13 25/18
26/20 26/23 28/6
28/25 31/12 36/21
**issued [9]**   5/17 5/19
5/20 7/5 22/4 24/15
26/8 28/13 28/25
**issues [15]**   5/4 7/24
8/16 11/22 16/17
16/19 20/4 20/7
20/11 20/23 21/11
21/16 25/3 25/4 25/6
**issuing [5]**   16/23
22/1 28/18 30/5
30/15
**it [86]**
**it would be [1]**
31/10
**it's [38]**   5/11 5/14
5/19 6/9 6/11 6/16
6/18 6/19 7/6 7/17
7/17 8/1 8/18 9/2
11/3 11/15 11/25
13/1 14/1 14/15
14/16 16/3 18/13
18/21 19/9 20/16
20/18 21/2 23/18
24/14 26/20 26/21
26/22 32/15 33/18
33/23 34/1 34/17
**its [12]**   10/15 14/18
17/1 17/1 17/1 22/15
22/16 22/16 27/6
28/1 31/4 34/21
**itself [2]**   30/15
34/6

**J**

**Jackson's [1]**   22/21
**jeopardy [1]**   25/20
**job [6]**   10/15 13/14
16/10 35/12 35/12
35/14
**Johnson [1]**   22/4

**J**

**joint [1]**  31/17
**JUDGE [6]**  1/11 4/23
4/24 7/3 9/22 36/6
**Judge Bates [2]**  4/23
36/6
**Judge Howell [2]**
4/24 7/3
**judges [2]**  10/1 10/6
**judgment [1]**  31/6
**judgments [1]**  33/9
**judicial [2]**  9/25
15/14
**judiciary [2]**  9/25
30/15
**jumped [2]**  5/17
31/23
**just [19]**  4/21 5/17
5/19 7/19 7/23 12/11
13/6 15/23 16/16
17/12 20/17 20/19
20/21 26/21 29/3
33/11 34/8 34/10
34/17
**justice [6]**  3/24 4/2
10/25 18/6 22/20
35/5
**justiciable [1]**  11/9

**K**

**key [2]**  22/18 29/9
**kills [1]**  24/23
**kind [2]**  11/20 36/12
**kinds [1]**  15/21
**know [18]**  6/16 8/8
8/19 13/17 13/20
13/22 14/12 14/24
15/7 17/17 18/24
25/1 25/8 25/13
25/17 27/20 34/12
34/13
**knowing [1]**  27/4
**known [1]**  3/18
**knows [1]**  20/13

**L**

**labor [1]**  22/17
**land [1]**  16/12
**language [1]**  29/12
**large [1]**  29/14
**largely [1]**  9/21
**last [4]**  6/8 16/16
29/23 34/10
**late [1]**  31/13
**later [2]**  5/23 19/9
**lauded [1]**  10/6
**law [22]**  4/25 5/13
5/15 6/9 6/11 6/17
7/16 8/17 12/19
15/14 15/16 15/21
16/25 17/23 23/15
26/2 26/11 27/14
34/1 34/1 35/9 35/15
**Lawson [3]**  1/18 3/24
18/5

**lawyer [2]**  14/15
34/15
**lawyering [1]**  9/23
**lawyers [7]**  9/10
10/15 13/11 15/13
34/15 35/2 35/11
**laying [2]**  18/12
19/13
**learn [2]**  6/21 15/10
**learns [1]**  27/6
**least [4]**  8/7 20/12
23/21 28/6
**Lee [3]**  11/6 11/20
14/2
**legal [2]**  13/8 14/17
**legislative [1]**  9/17
**legitimate [1]**  26/10
**LEON [2]**  1/10 3/4
**less [2]**  22/13 30/16
**let [5]**  10/14 21/6
24/5 32/19 33/21
**let's [1]**  5/8
**level [1]**  20/8
**like [23]**  3/16 7/23
8/18 9/4 10/12 11/14
11/19 12/4 14/13
16/4 16/21 17/11
21/16 23/6 23/6
27/25 29/19 30/8
33/1 33/12 33/17
34/20 36/22
**likelihood [3]**  5/6
7/21 35/25
**likely [1]**  19/23
**limitations [1]**  25/1
**listed [2]**  30/3
30/12
**litigated [1]**  35/3
**litigation [7]**  16/21
22/6 26/1 26/3 27/4
32/17 36/16
**little [3]**  9/2 17/16
36/9
**LLP [2]**  1/3 3/8
**located [1]**  30/9
**long [2]**  5/14 22/16
**look [14]**  5/3 7/2
8/20 12/4 12/12 14/1
15/1 16/19 17/20
30/21 31/20 34/2
35/20 35/21
**looking [4]**  10/16
11/21 30/10 30/11
**looks [2]**  33/12
34/20
**lose [1]**  35/10
**lost [2]**  27/9 35/5
**lot [3]**  23/4 23/5
34/20

**M**

**made [1]**  34/7
**magnitude [1]**  26/3
**make [6]**  7/9 13/4
27/5 32/6 32/14

**makes [1]**  19/24
**making [2]**  7/17 35/6
**Mansfield [1]**  23/16
**many [5]**  10/4 10/6
11/21 34/8 35/4
**March [2]**  1/5 38/7
**matter [8]**  18/9
21/20 29/1 29/5 31/2
33/25 34/1 38/4
**may [2]**  4/14 20/7
**maybe [1]**  33/4
**me [12]**  3/16 9/8
9/13 10/17 11/5 12/5
12/17 21/6 24/5
31/14 32/19 33/21
**mean [13]**  7/2 10/12
13/20 13/22 13/24
15/18 24/6 28/11
32/1 32/5 32/21
34/11 34/17
**meaning [1]**  15/22
**means [1]**  35/16
**mechanical [1]**  2/7
**meet [2]**  27/5 31/10
**meeting [5]**  6/11
28/18 28/23 32/9
32/9
**meetings [2]**  6/7
14/13
**members [1]**  4/17
**memo [1]**  28/22
**mentioned [1]**  4/16
**mentioning [1]**  28/17
**Merit [1]**  2/2
**merits [2]**  7/20 7/21
**might [9]**  10/20
14/14 15/15 15/19
19/23 28/16 31/13
34/13 35/11
**million [1]**  32/12
**mindful [1]**  25/11
**minority [1]**  22/17
**minute [4]**  6/8 7/19
14/5 15/23
**minutes [7]**  4/7 4/7
4/23 18/1 29/8 36/8
36/8
**misrepresentations
[1]**  9/24
**missed [1]**  31/11
**mixing [1]**  21/13
**moment [1]**  36/23
**Monday [2]**  31/16
31/20
**money [2]**  27/8 27/21
**months [1]**  36/25
**more [8]**  6/20 9/19
11/15 15/9 17/10
20/2 29/8 36/9
**most [4]**  4/24 7/25
8/7 11/8
**MOTION [1]**  1/10
**motions [3]**  31/4
31/5 31/6

**motive [2]**  32/16
33/3
**move [3]**  4/10 16/21
21/8
**moving [3]**  4/6 29/20
31/3
**Mr. [2]**  4/6 20/6
**Mr. Clement [2]**  4/6
20/6
**much [5]**  9/3 9/5
17/22 22/2 30/1
**Murphy [6]**  1/13 1/14
3/13 3/20 3/21 4/17
**my [15]**  3/16 3/20
4/16 4/17 6/3 6/6
10/21 12/5 12/6 12/6
17/6 17/24 29/19
36/6 37/5
**my understanding [1]**
17/6

**N**

**nation [2]**  26/4
36/17
**national [5]**  5/13
5/15 12/22 20/3
20/11
**need [3]**  8/9 25/14
35/6
**needed [3]**  32/14
32/14 32/15
**needlessly [1]**  27/21
**needs [1]**  20/23
**never [1]**  16/3
**next [7]**  13/12 14/14
23/2 31/14 36/8
36/21 36/25
**no [19]**  1/4 6/8 6/17
9/6 9/17 11/9 12/25
13/1 13/16 15/6
17/15 18/11 18/12
20/20 22/13 24/2
24/2 32/4 32/4
**nobody [2]**  6/20 15/9
**Nobody's [1]**  13/19
**non [2]**  11/9 22/20
**non-discrimination
[1]**  22/20
**non-justiciable [1]**
11/9
**None [1]**  14/4
**nonpartisan [1]**
35/13
**not [46]**
**noted [1]**  23/24
**nothing [7]**  11/1
11/2 15/4 19/22 23/6
23/6 33/15
**notice [1]**  7/8
**notified [2]**  13/18
13/19
**now [11]**  3/3 8/7
10/2 10/18 13/12
16/9 20/8 24/24 26/7
35/14 35/18

**N**

number [2]  4/17
  21/12
NW [2]  1/19 2/4

**O**

objectionable [2]
  27/1 29/2
objective [1]  19/6
objectives [1]  19/7
obviously [4]  5/5
  6/15 7/2 25/10
offend [1]  10/20
offered [1]  32/12
OFFICE [7]  1/6 3/9
  4/4 30/4 30/6 30/12
  35/17
official [2]  2/3
  16/12
oh [3]  8/19 15/3
  33/17
okay [8]  3/19 3/22
  4/5 10/18 19/14
  19/15 21/9 31/15
old [1]  21/17
once [4]  26/13 28/25
  29/20 37/5
one [14]  9/7 9/17
  9/21 14/19 14/22
  16/21 20/5 23/13
  24/17 29/23 30/3
  30/9 34/8 37/1
only [4]  14/19 14/21
  14/22 36/19
operative [2]  18/11
  23/2
opportunity [1]  32/5
order [36]  3/6 5/13
  6/17 6/24 8/12 8/14
  8/18 12/9 15/7 15/10
  18/10 18/22 22/4
  22/25 23/2 24/22
  24/22 25/12 26/6
  26/13 27/25 28/4
  28/4 28/13 28/15
  28/18 28/20 28/22
  29/6 29/13 30/8
  32/23 32/24 33/16
  36/3 36/21
orders [4]  7/5 7/15
  16/4 16/24
other [10]  5/3 11/7
  11/19 13/24 15/15
  15/19 19/6 20/10
  28/14 31/11
ounce [1]  6/15
our [7]  7/6 14/16
  16/5 16/6 16/20
  32/10 34/2
Our country [1]  16/6
out [7]  4/10 18/12
  19/1 31/2 31/4 31/23
  33/10
outside [1]  19/23
over [6]  10/16 22/6

22/15  29/3 47/25
  28/1
overseen [1]  9/22
own [2]  6/4 7/12

**P**

p.m [2]  1/6 37/9
painting [1]  14/8
palpable [2]  10/13
  10/24
paper [1]  15/7
papers [1]  34/2
parade [1]  25/15
paragraph [1]  32/24
paraphrase [1]  10/25
pardon [3]  11/14
  33/2 33/5
pardons [1]  33/1
part [4]  17/15 19/18
  22/18 34/20
participant [1]
  23/17
particular [2]  6/14
  17/12
particularities [1]
  20/21
particularly [3]
  10/7 20/12 25/25
partisan [1]  34/5
partners [1]  35/3
partnership [1]  7/12
party [1]  4/6
passed [1]  28/22
patron [1]  21/25
Paul [6]  1/13 3/13
  7/8 7/9 32/11 35/21
paul.clement [1]
  1/16
penalties [1]  23/5
penalty [1]  24/2
pending [3]  12/21
  19/16 19/18
Pennsylvania [2]
  1/19 22/11
people [4]  11/16
  13/5 16/9 19/6
perfectly [1]  17/9
performance [1]  10/7
perhaps [2]  18/8
  18/23
Perkins [7]  16/22
  17/6 29/12 31/5
  31/15 32/10 35/21
personnel [1]  24/16
perspective [1]
  27/13
petition [2]  9/2 9/9
petitioning [1]  8/6
PI [5]  5/2 16/19
  17/3 17/7 30/24
Pickering [1]  3/8
piece [1]  15/7
place [5]  6/7 8/1
  9/21 10/9 17/22
plain [1]  32/16

Plaintiff [2]  1/4
  1/13
plaintiff's [1]  3/10
Plaut [1]  15/1
plead [1]  9/11
pleadings [4]  17/4
  21/12 21/16 23/4
please [3]  3/5 3/10
  4/15
plenty [2]  7/22 32/5
PLLC [1]  1/14
plum [1]  35/13
podium [1]  3/11
point [16]  5/3 5/11
  20/5 20/9 20/24 22/6
  24/17 26/19 26/21
  26/23 29/1 31/4
  32/15 34/8 34/11
  37/2
pointed [1]  33/20
points [6]  20/6
  23/13 26/18 29/10
  29/23 31/25
policy [3]  22/8
  23/18 23/25
pool [1]  22/17
pose [1]  24/8
position [3]  9/23
  21/4 30/19
possible [2]  24/8
  27/10
power [6]  16/11 22/8
  22/9 23/22 23/25
  33/5
powers [6]  6/20 9/13
  9/15 10/13 11/1 34/9
practically [1]
  28/19
practice [3]  27/14
  34/19 36/16
precisely [1]  11/15
prefer [1]  17/11
premature [2]  26/21
  26/22
PRESIDENT [28]  1/7
  3/9 5/20 5/25 6/21
  6/23 7/10 8/11 9/18
  11/10 13/25 15/11
  16/23 18/19 18/25
  19/7 19/10 22/4 22/4
  28/9 28/11 30/4 30/6
  30/13 30/15 32/6
  33/1 33/8
President has [1]
  9/18
President Trump [2]
  15/11 22/4
President's [2]
  14/23 18/17
Presidential [2]  9/4
  27/25
presiding [1]  3/4
presuming [1]  29/1
pretty [3]  11/11
  11/12 16/18

Prettyman [1]  2/4
primacy [1]  11/10
principle [1]  14/24
pro [2]  10/8 32/12
probably [5]  8/16
  20/2 31/1 31/2 36/21
problem [1]  31/18
problems [1]  34/9
procedures [3]  11/16
  12/2 33/9
proceedings [6]  1/10
  2/7 17/17 34/21 37/9
  38/4
process [8]  5/23
  13/1 13/22 13/23
  14/1 14/3 19/18 28/5
processes [1]  12/15
procurement [7]  22/8
  22/9 22/14 22/15
  22/19 23/22 33/22
produced [2]  2/7
  29/21
program [3]  23/16
  23/17 23/18
programs [2]  22/16
  23/14
prohibited [2]  24/3
  24/20
prohibitive [1]  27/7
prohibits [4]  8/3
  8/4 26/13 26/23
promised [1]  36/6
promptly [1]  16/21
property [1]  34/18
proposed [4]  24/21
  29/6 31/17 37/2
prospective [1]
  27/13
protected [4]  8/5
  8/5 8/6 8/24
protecting [1]  17/23
provide [1]  14/17
provided [1]  36/16
providing [1]  18/21
provision [4]  12/13
  23/1 23/2 23/10
provisions [1]  22/20
PTAB [5]  34/19 34/21
  34/23 34/24 35/2
public [2]  16/1
  32/14
punishment [3]  23/5
  23/9 24/2
purely [2]  11/17
  33/2
purpose [2]  15/19
  18/22
pursuant [1]  22/22
put [1]  13/6

**Q**

qualified [1]  25/23
qualifiers [1]  5/16
quality [1]  9/23
quashing [1]  24/22

## Q

question [6]   8/8
15/8 17/15 27/18
28/16 36/19
questions [2]   5/5
7/20
quick [1]   31/25
quickly [1]   31/3
quite [1]   36/15
quote [1]   22/13

## R

racial [1]   23/13
raised [2]   25/3
26/10
Ralls [1]   11/25
randomly [2]   32/2
32/3
rather [2]   7/20
31/14
read [6]   13/2 14/19
14/22 15/4 19/17
21/12
reading [1]   24/21
real [1]   26/25
really [2]   8/19
17/11
realm [2]   18/24
23/23
Realtime [1]   2/3
reason [5]   22/24
24/24 32/7 32/8 35/1
reasons [1]   33/8
rebuttal [3]   4/7
18/1 31/25
recent [1]   21/17
recently [1]   22/3
record [3]   3/7 3/11
38/3
recorded [1]   2/7
redress [1]   9/9
reference [2]   19/19
23/14
referring [1]   29/18
regard [1]   18/16
regarding [5]   20/6
23/4 23/5 24/17 37/2
Registered [1]   2/2
regular [2]   26/19
34/16
rein [1]   34/6
relates [6]   21/7
21/24 23/11 23/12
24/13 30/6
relating [1]   21/16
relationships [1]
17/1
relevant [2]   12/12
19/19
relief [1]   9/11
remaining [1]   19/4
remarkably [1]   21/19
remarks [1]   37/5
report [1]   13/11
Reporter [4]   2/2 2/2

represent [3]   16/6
16/7 16/8
representation [2]
10/21 10/23
representations [2]
9/20 9/22
represented [4]
16/13 16/15 36/13
36/14
representing [3]
10/5 15/21 16/14
republic [1]   16/2
require [1]   10/22
rescinded [1]   22/3
reserve [1]   13/12
reserves [1]   13/10
reservist [1]   19/21
reservists [1]   13/7
reservists' [1]   14/7
residual [1]   33/7
resources [1]   27/5
respect [2]   14/13
16/14
respectfully [1]
16/20
respects [1]   9/16
response [1]   32/3
responses [1]   20/14
rest [1]   34/5
restoration [1]
12/14
result [1]   29/21
retain [1]   30/8
retaining [1]   27/3
retaliation [7]   8/3
8/5 8/23 9/12 9/20
32/17 33/24
retaliatory [6]   8/10
8/12 11/3 11/18
32/16 33/3
return [1]   7/19
review [3]   12/21
13/4 19/16
revocation [1]   11/17
revocations [1]   11/8
revoke [2]   12/2
33/11
RICHARD [5]   1/10
1/18 3/4 3/24 18/5
richard.lawson3 [1]
1/21
ride [1]   36/24
right [19]   4/8 5/18
5/24 6/12 9/8 11/3
12/23 13/5 14/25
15/4 16/9 20/8 23/20
24/12 25/4 25/6 26/7
35/18 36/14
ripe [4]   25/1 25/13
28/25 29/1
ripeness [2]   26/15
26/20
rise [2]   3/2 37/7
risk [2]   27/11 27/21

RMR [2]   38/22 38/8
room [1]   4/9
rule [3]   4/25 17/23
32/23
rules [1]   27/6
Rumsfeld [1]   15/2
run [1]   22/16

## S

said [3]   7/22 16/16
33/14
same [3]   14/24 28/19
34/8
sanctioned [3]   10/10
16/11 16/12
save [2]   3/4 7/13
say [17]   8/19 10/2
11/7 13/25 14/19
15/3 15/6 15/9 15/23
16/16 18/23 19/5
32/2 33/10 34/6
34/10 36/22
says [4]   12/13 12/16
25/14 34/3
Scalia [1]   10/25
schedule [6]   17/10
17/10 30/24 31/11
31/12 31/17
school [1]   35/15
seated [1]   3/6
second [4]   9/19 12/5
12/7 12/12
second-guess [2]
12/5 12/7
section [39]
Section 1 [6]   8/11
8/14 19/20 20/1
23/12 33/19
Section 1's [1]
19/24
Section 2 [2]   20/20
Section 3 [5]   21/8
21/10 21/24 23/1
23/12
Section 4 [2]   29/11
29/11
sections [2]   19/4
24/14
security [29]   5/22
5/24 8/16 11/5 11/8
11/14 11/17 12/2
12/5 12/13 12/20
13/3 13/7 13/9 13/14
13/25 14/7 14/10
20/4 20/11 20/23
25/24 32/19 32/21
32/25 33/6 33/11
33/17 35/10
see [10]   5/23 8/9
10/16 22/15 25/8
25/14 26/14 30/3
32/17 36/23
seeking [3]   18/19
19/7 19/10
seem [1]   16/23

seems [1]   9/7
seen [5]   7/5 7/7
10/14 16/22 17/12
SENIOR [1]   1/11
sense [7]   6/15 8/13
19/8 19/24 21/5
27/19 35/20
sensitivities [1]
20/10
separation [7]   6/19
7/20 9/13 9/15 10/13
11/1 34/9
service [1]   36/16
services [1]   14/18
serving [1]   13/10
session [1]   3/4
set [2]   25/25 31/8
setting [1]   19/9
severable [1]   33/15
severe [1]   30/16
shall [1]   5/14
she's [2]   3/18 7/5
sheep [1]   14/9
Sheet [1]   22/21
shooting [2]   32/1
32/3
should [7]   19/15
20/11 24/20 28/3
31/7 31/18 33/14
shoulder [1]   10/16
show [2]   13/13 35/25
sibling [1]   9/2
sic [1]   15/2
sides [1]   35/6
signed [3]   6/23
15/12 15/12
simply [3]   10/12
18/12 29/12
Since [1]   7/5
single [1]   34/22
sir [2]   4/13 18/7
sit [2]   8/15 15/23
situation [1]   13/24
Sixth [3]   25/4 25/5
25/6
Sixth Amendment [1]
25/4
so [37]   5/24 6/8
7/19 8/15 8/24 10/23
10/24 12/24 16/17
17/17 18/15 19/8
19/9 19/18 19/21
19/25 21/10 21/13
23/8 24/1 24/5 24/13
25/15 25/18 27/6
28/2 28/6 31/9
31/25 32/19 34/5
36/2 36/7 36/15
36/18 36/21 36/23
so I have [1]   31/25
so I think [1]   8/24
So the [1]   10/24
soc [1]   22/7
social [3]   22/8
23/18 23/25

**S**

**some [24]**  4/24 5/2 7/16 7/16 10/3 10/8 15/15 15/18 15/19 15/20 19/13 19/19 20/7 21/15 21/16 24/19 28/12 28/23 30/14 31/5 31/11 34/21 35/2 35/10
**somebody [4]**  10/20 15/2 33/3 35/14
**somebody's [1]**  32/1
**somehow [2]**  33/21 33/23
**something [7]**  8/9 14/14 14/15 21/19 26/25 29/21 34/14
**sometimes [1]**  35/4
**somewhat [1]**  28/19
**sort [2]**  4/19 10/3
**sovereign [1]**  21/23
**speak [3]**  19/9 27/6 27/12
**speaking [1]**  11/8
**specific [1]**  19/2
**speculative [1]**  5/11
**speech [3]**  8/5 8/25 18/24
**spending [2]**  33/23 34/7
**Spendthrift [1]**  15/1
**staff [2]**  25/2 25/22
**stage [7]**  5/2 5/5 16/17 19/9 20/12 20/22 36/1
**stake [1]**  23/9
**stand [3]**  33/18 36/23 37/6
**standing [1]**  7/16
**standpoint [1]**  16/20
**stands [1]**  37/8
**start [6]**  4/21 5/8 8/1 8/2 28/12 36/7
**Starting [1]**  3/10
**state [2]**  3/11 34/18
**stated [1]**  4/18
**statements [1]**  33/19
**STATES [7]**  1/1 1/11 3/2 3/5 6/22 6/23 22/14
**statute [1]**  34/3
**statutory [1]**  34/1
**stenography [1]**  2/7
**steps [2]**  12/16 12/18
**stop [2]**  16/24 32/2
**straightforward [2]**  7/25 16/18
**street [2]**  1/14 27/24
**stronger [1]**  22/2
**strongest [1]**  23/23
**strongly [1]**  23/25
**stuck [1]**  5/12
**study [1]**  30/2

**subject [1]**  22/14
**submit [5]**  18/11 20/8 20/14 26/6 26/21
**substantial [1]**  22/6
**substantive [1]**  12/1
**subtle [2]**  11/1 11/2
**succeeded [1]**  35/4
**success [3]**  5/6 7/21 35/25
**successfully [1]**  16/14
**such [4]**  7/14 7/15 12/21 14/8
**suggest [1]**  31/16
**suggested [3]**  17/5 30/20 32/6
**summary [1]**  31/6
**suppliers [1]**  22/15
**supported [2]**  23/23 23/25
**supports [1]**  35/19
**supposed [2]**  6/7 17/7
**Supreme [3]**  15/5 21/17 24/11
**Supreme Court [1]**  21/17
**Supreme Court's [1]**  24/11
**sure [6]**  3/18 5/10 13/4 13/12 19/20 29/25
**suspect [1]**  23/21
**suspend [4]**  12/19 12/19 13/3 14/7
**suspended [4]**  5/22 5/23 12/10 13/15
**swears [1]**  33/2
**Sword [1]**  27/25
**system [3]**  10/1 15/15 35/5

**T**

**take [10]**  6/7 7/8 12/16 12/18 13/3 14/14 18/9 21/4 27/10 31/20
**take action [1]**  13/3
**taken [1]**  9/20
**taking [2]**  10/9 10/17
**talk [7]**  7/22 7/23 8/15 23/4 23/5 32/19 37/1
**talks [3]**  14/2 25/5 25/19
**tall [1]**  7/16
**targeted [1]**  9/12
**team [1]**  28/17
**tell [5]**  11/13 13/12 13/16 14/6 36/18
**telling [1]**  34/12
**temporary [1]**  20/22
**ten [1]**  36/8

**terms [3]**  25/6 16/25 34/12
**than [6]**  6/21 15/10 20/3 21/20 22/13 31/14
**thank [8]**  3/15 4/14 17/19 18/3 31/21 31/22 36/4 36/5
**thank you [6]**  3/15 4/14 17/19 31/21 31/22 36/4
**that [177]**
**that'll [1]**  4/22
**that's [15]**  8/13 8/24 9/4 9/11 10/9 12/24 14/4 14/15 17/22 23/13 27/10 31/2 33/12 33/25 36/23
**their [19]**  6/4 7/12 7/18 9/10 10/16 13/10 13/11 13/14 13/14 27/7 32/3 34/15 34/15 34/24 35/2 35/2 35/4 35/10 35/11
**them [6]**  6/3 7/16 7/17 9/24 16/14 16/15
**then [13]**  5/7 7/2 7/19 11/14 12/14 13/3 24/3 26/16 29/21 32/3 32/4 33/21 35/1
**there [33]**  5/6 5/6 6/20 7/22 9/17 9/24 9/24 10/1 11/3 13/6 19/15 19/19 20/7 20/11 21/12 21/15 21/19 22/5 22/13 23/16 25/1 25/15 26/16 26/22 28/20 28/20 29/21 30/14 30/19 31/10 32/5 32/21 35/6
**there'll [1]**  5/23
**there's [23]**  6/8 8/9 9/7 11/1 11/2 11/9 14/1 14/19 14/21 14/22 18/12 19/12 22/12 23/4 24/2 24/2 25/21 25/24 26/14 31/5 32/8 33/15 34/23
**these [9]**  7/15 7/16 8/20 10/4 10/8 11/22 21/16 23/4 25/10
**they [39]**
**They'll [1]**  27/23
**they're [9]**  13/8 13/13 13/13 14/8 25/11 28/18 31/7 35/14 35/15
**they've [2]**  12/5 35/4 35/8

**thing [5]**  9/7 14/9 16/16 29/4 34/10
**things [3]**  16/22 30/15 31/24
**think [50]**
**thinking [4]**  6/13 18/17 19/10 35/15
**thinks [2]**  18/25 28/2
**Third [2]**  11/22 22/11
**Third Circuit [1]**  22/11
**this [100]**
**those [11]**  5/16 7/14 8/21 9/22 13/3 13/11 19/4 25/11 26/9 33/9 33/19
**though [2]**  4/21 13/16
**thought [5]**  6/24 7/11 13/20 15/14 33/4
**threat [3]**  10/13 10/24 24/8
**three [2]**  13/21 17/4
**thriving [1]**  34/18
**through [4]**  12/6 12/14 13/20 14/3
**thus [2]**  5/14 5/14
**tie [1]**  12/12
**time [3]**  7/22 27/6 32/4
**titled [1]**  38/4
**today [3]**  6/8 21/13 36/10
**together [2]**  19/17 33/18
**told [2]**  7/12 35/11
**too [3]**  5/11 10/23 26/22
**took [2]**  10/8 10/18
**top [1]**  13/21
**track [1]**  31/9
**tradition [3]**  16/5 16/6 35/8
**traditionally [1]**  35/13
**transcript [3]**  1/10 2/7 38/3
**transcription [1]**  2/7
**TRO [23]**  1/10 4/6 4/18 4/19 5/1 16/17 16/23 17/12 17/22 20/8 20/12 20/16 20/20 24/18 24/19 26/23 28/3 30/5 32/20 33/13 34/2 36/2 36/19
**true [3]**  15/15 33/25 34/1
**Trump [2]**  15/11 22/4
**two [3]**  6/6 9/15 13/11

**T**

**type [2]**   25/25 29/17
**typical [1]**   29/17

**U**

**U.S [1]**   35/16
**ultimately [1]**   32/23
**uncertainty [1]**   27/2
**under [1]**   8/17
**understand [4]**   19/14
20/16 27/18 28/7
**understanding [1]**
17/6
**understands [2]**   29/5
30/18
**UNITED [7]**   1/1 1/11
3/2 3/5 6/22 6/23
22/14
**United States [2]**
6/22 6/23
**unless [1]**   11/13
**unpopular [1]**   16/7
**up [6]**   13/13 14/6
20/6 21/13 28/12
28/15
**upon [1]**   25/24
**urge [11]**   20/5 20/17
20/19 22/24 23/11
24/17 24/18 28/4
29/3 29/16 30/5
**urging [1]**   22/5
**us [1]**   8/11
**USAO [1]**   1/18
**usdoj.gov [1]**   1/21
**use [4]**   22/7 22/8
23/21 27/19
**using [1]**   23/24
**usual [1]**   11/16

**V**

**VA [1]**   1/15
**valid [2]**   22/8 23/18
**various [4]**   4/19 5/4
21/13 30/7
**versed [1]**   20/3
**versus [2]**   3/8 28/18
**very [15]**   17/21
19/23 21/17 21/19
22/12 23/21 23/25
25/21 26/24 30/7
31/2 31/3 31/9 31/11
36/13
**viewpoint [1]**   33/24
**violation [4]**   8/25
9/1 9/15 11/2
**violations [1]**   35/24
**virtually [1]**   34/22
**virtue [1]**   19/8
**vital [2]**   17/23
17/23
**vitally [1]**   21/20
**vs [1]**   1/5
**Vullo [4]**   21/17
21/20 21/22 23/6

**W**

**want [9]**   4/19 8/15
12/4 12/5 12/7 12/11
17/22 27/21 34/4
**wanted [4]**   6/25 7/10
15/13 22/24
**wants [1]**   34/15
**was [22]**   4/23 5/19
5/24 6/24 7/11 9/22
9/25 10/5 11/20
13/21 18/19 19/22
19/22 21/22 22/3
22/6 22/7 29/12
29/18 32/5 33/4
36/12
**Washington [3]**   1/5
1/19 2/5
**wasted [1]**   27/9
**wastefully [1]**   27/22
**way [12]**   8/18 10/3
13/2 14/12 14/19
14/22 15/4 16/15
18/8 28/10 28/14
35/2
**ways [1]**   32/20
**we [57]**
**we cite [1]**   34/3
**we don't [1]**   34/4
**We need [1]**   25/14
**we'd [2]**   16/20 36/2
**we'll [4]**   5/2 6/9
25/10 36/23
**we're [10]**   3/7 4/11
4/18 8/8 8/20 11/6
15/6 15/18 16/16
24/10
**we've [11]**   5/23 7/5
7/7 16/2 16/3 16/22
17/5 17/11 17/16
20/13 25/10
**weak [1]**   9/2
**weaponization [1]**
9/25
**weaponizing [1]**
15/14
**Webster [1]**   11/24
**Wednesday [3]**   31/5
31/7 31/14
**week [3]**   13/12 14/14
31/14
**weeks [2]**   17/4 34/13
**Weiss [4]**   7/8 7/9
32/11 35/22
**Welcome [3]**   3/14
3/22 18/7
**well [24]**   3/18 3/20
3/21 4/6 5/8 6/9
8/19 12/9 17/3 17/5
18/18 19/23 20/3
20/19 21/6 24/3
27/12 28/9 31/16
32/3 33/17 34/12
35/5 36/5
**well-known [1]**   3/18
**well-versed [1]**   20/3

**went [2]**   31/20 34/6
**were [6]**   6/7 6/8
10/1 15/14 24/19
36/10
**what [35]**   9/12 9/17
10/16 11/21 13/20
17/3 17/5 18/19
18/24 19/6 19/6 19/9
19/15 19/18 20/25
22/24 23/8 23/9 24/2
24/8 24/20 25/1 25/8
25/14 25/17 25/19
26/1 26/12 29/18
30/21 30/21 33/3
33/12 35/9 35/21
**what's [2]**   9/14
35/21
**whatever [3]**   13/22
15/15 16/3
**when [11]**   6/23 10/7
16/13 18/2 22/1
25/19 30/16 33/9
33/23 33/24 34/6
**when the [1]**   25/19
**where [11]**   5/3 14/14
15/18 20/7 20/10
22/25 25/21 30/9
34/3 36/23 36/24
**Whereabouts [1]**   3/25
**whether [9]**   12/21
13/17 26/17 27/4
28/21 28/22 34/13
34/23 35/14
**which [10]**   5/16 8/16
23/14 23/19 25/24
26/24 34/8 34/19
35/15 36/10
**White [2]**   16/9 28/21
**White House [2]**   16/9
28/21
**who [4]**   13/7 16/13
19/21 26/3
**who's [2]**   9/23 24/1
**whole [2]**   16/21 36/3
**why [4]**   15/12 18/25
27/10 33/8
**will [11]**   5/3 7/22
24/16 25/1 25/5 25/9
26/6 30/23 31/4
36/18 36/24
**William [3]**   2/2 38/2
38/8
**WILMER [3]**   1/3 3/8
10/2
**Wilmer Cutler [1]**
3/8
**WilmerHale [13]**   10/3
10/5 10/7 12/20 13/7
13/9 14/10 23/17
26/3 27/1 34/17
35/16 36/13
**WilmerHale's [1]**
14/17
**window [1]**   33/10
**wishing [1]**   19/1

**withdraw [2]**   11/14
12/2
**withdrawn [1]**   12/8
**within [7]**   9/8 18/23
22/20 23/7 23/15
23/23 36/21
**without [1]**   24/25
**witness [1]**   10/1
**wolf [2]**   10/25 11/1
**won [1]**   10/5
**won't [3]**   18/21 25/7
32/4
**word [1]**   15/22
**words [1]**   15/4
**work [3]**   13/8 31/2
32/13
**workmen [1]**   22/17
**world [1]**   4/6
**worried [1]**   27/20
**worse [1]**   10/17
**would [50]**
**wouldn't [6]**   6/10
21/4 27/2 32/10
32/11 32/12
**writ [1]**   29/14
**written [1]**   20/14

**Y**

**Yeah [1]**   11/10
**years [2]**   16/3 36/15
**yes [5]**   4/10 18/14
27/15 30/11 30/25
**yet [5]**   5/17 10/9
10/18 12/8 20/15
**you [79]**
**you know [10]**   6/16
8/19 13/17 13/20
13/22 14/24 15/7
18/24 27/20 34/12
**you'll [2]**   19/4 21/7
**you're [5]**   14/10
16/10 16/11 16/12
16/13
**you've [1]**   16/15
**Youngstown [1]**   22/21
**your [25]**   3/11 3/12
3/23 4/14 4/18 12/4
14/10 16/10 16/13
17/3 17/10 17/19
18/3 18/8 27/15
27/19 31/21 31/24
33/11 33/19 34/7
34/11 34/12 36/4
37/1
**Your Honor [13]**   3/12
3/23 4/14 4/18 17/10
17/19 18/8 27/15
31/21 33/19 34/11
36/4 37/1
**yourself [1]**   33/20

**Z**

**Zaremba [3]**   2/2 38/2
38/8
**zealous [2]**   10/21

**Z**

**zealous... [1]**  10/22
**zero [1]**  15/10