IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILMER CUTLER PICKERING HALE
AND DORR LLP,

               *Plaintiff*,

v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al.*,

               *Defendants*.

Case No. 1:25-cv-917

Judge Richard J. Leon

**JOINT STATUS REPORT**

Pursuant to this Court's Memorandum Order of March 28, 2025, the parties respectfully submit the following Joint Status Report:

1. The parties have met and conferred and jointly propose that this Court proceed to expedited dispositive motions briefing. Plaintiff intends to move for summary judgment. Defendants also intend to file a dispositive motion.

2. The parties respectfully propose the following briefing schedule:

| | |
|---|---|
| Dispositive Motions and Opening Briefs | April 8, 2025 |
| Amicus Briefs (in support of either side) | April 11, 2025 |
| Opposition Briefs | April 17, 2025 |
| Oral Argument (if helpful to the Court) | April 21, 2025 (or as soon thereafter as counsel may be heard) |

3. The parties have agreed that they do not anticipate needing discovery in this case and that no party will request discovery in connection with the above-referenced dispositive motions.

4. All parties have also agreed to extend the injunctive relief issued by this Court on March 28, 2025, until final judgment. *See* Fed. R. Civ. P. 65(b)(2).

5. Based on these agreements, the parties have attached a proposed order governing further proceedings.

| | |
|---|---|
| */s/ Paul D. Clement*_____<br>PAUL D. CLEMENT (D.C. Bar. No. 433215)<br>ERIN E. MURPHY (D.C. Bar No. 995953)<br>JOSEPH J. DEMOTT (Virginia Bar No. 93981,<br>   D.D.C. Bar ID #D00561)<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>paul.clement@clementmurphy.com<br><br>*Counsel for Plaintiff Wilmer Cutler*<br>*Pickering Hale and Dorr LLP* | CHAD MIZELLE<br>Acting Associate Attorney General<br><br>/s/ *Richard Lawson*_____<br>RICHARD LAWSON<br>Deputy Associate Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 445-8042<br><br>*Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILMER CUTLER PICKERING HALE
AND DORR LLP,

                *Plaintiff*,

    v.

EXECUTIVE OFFICE OF THE
PRESIDENT, *et al.*,

                *Defendants*.

Case No. 1:25-cv-917

Judge Richard J. Leon

**[PROPOSED] ORDER EXTENDING INJUNCTION
AND SCHEDULING FURTHER PROCEEDINGS**

The Court has considered the parties' Joint Status Report ("JSR") of March 31, 2025. It is hereby

**ORDERED** that the temporary restraining order issued by this Court on March 28, 2025, [Dkt. #10] shall be **EXTENDED** by agreement of all parties until final judgment in order to allow time for the parties to complete briefing on—and this Court to rule on—the contemplated dispositive motions.

**ORDERED** that the parties shall file dispositive motions according to the following schedule:

| | |
|---|---|
| Dispositive Motions and Opening Briefs | April 8, 2025 |
| Amicus Briefs (in support of either side) | April 11, 2025 |
| Opposition Briefs | April 17, 2025 |

The time and other details regarding the any motions hearing will be addressed in a separate scheduling notice.

**ORDERED** that discovery shall be **STAYED** pending further order of the Court, given the parties' agreement that no discovery will be requested in connection with the above-referenced dispositive motions, *see* JSR ¶ 3.

**SO ORDERED**

_____
RICHARD J. LEON
United States District Judge