IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>            Plaintiff,<br><br>      v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,<br><br>            Defendants. | Civil Action No. 1:25-0917 (RJL) |

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby move to dismiss. The grounds for the motion are explained in the accompanying memorandum in support of this motion. A proposed order is also submitted herewith.

Dated:  April 8, 2025
         Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General


/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*