IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 1:25-cv-917<br><br>Judge Richard J. Leon |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff Wilmer Cutler Pickering Hale and Dorr LLP's Motion for Summary Judgment; the memorandum, declarations, and exhibits submitted in support; and arguments in support and in opposition, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**. Executive Order 14250, entitled *Addressing Risks From WilmerHale* and issued by the President on March 27, 2025 ("Order"), is hereby **DECLARED** unconstitutional. It is further

**ORDERED** that Defendants are **PERMANENTLY ENJOINED** from implementing or giving effect to in any way, including by relying on any of the statements in Section 1 of the Order; it is further

**ORDERED** that Defendants must immediately issue guidance to their officers, staff, employees, and contractors, instructing them to disregard the Order and carry on with their ordinary course of business as if the Order had never issued; it is further

2

**ORDERED** that Defendants must take, in good faith, any other steps that are necessary to prevent the implementation or enforcement of the Order; and it is further

**ORDERED** that Defendant United States Department of Justice is directed to immediately issue guidance to all other agencies subject to the Order, instructing them to disregard the Order and carry on with their ordinary course of business as if the Order had never issued.

This Order shall serve as the judgment of the Court.

**SO ORDERED**.


Dated: _____      _/s/_ _____
                                                                          RICHARD J. LEON
                                                                          United States District Judge

2