Case 1:25-cv-00917-RJL   Document 17   Filed 04/07/25   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br>    Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>    Defendants. | Civil Action No. 1:25-cv-00917-RJL |

**<u>UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF</u>**

I request leave of Court to file an Amicus Curiae brief on my own behalf in support of the Plaintiff in accordance with Local Rule 7(o) of the United States District Court for the District of Columbia. The proposed brief is filed simultaneously with this motion.

I have been practicing law in the Commonwealth of Massachusetts for nearly thirty years. I am admitted to the courts of the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts, the First Circuit Court of Appeals, and the United States Tax Court. I request leave to file an Amicus Curiae brief because, as a solo practitioner, I have substantial interest in the impact the Administration's targeted executive orders will have on small law firms and solo practitioners.



RECEIVED
APR 7 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Although Executive Order 14250, *Addressing the Risks from WilmerHale*, signed by President Trump on March 27, 2025 ("Executive Order 14250"), names only WilmerHale, the ripple effect of such an order, in conjunction with other similar executive orders, will have a chilling effect on lawyers who take positions adverse to the U.S. government. I seek to submit the attached Amicus Curiae brief to highlight the effect that Executive Order 14250 will have on solo and small firm lawyers, as well as their clients.

The parties do not object to the filing of this Motion for Leave to File Amicus Curiae Brief. A proposed Order is filed herewith.

WHEREFORE, I respectfully request that the Court grant leave to file the Amicus Curiae Brief of Pickering Legal LLC in Support of Plaintiff's Request for a Permanent Injunction attached hereto as **Exhibit A**.

Respectfully submitted,

*/s/ Kenneth C. Pickering*

Kenneth C. Pickering, BBO #634121
Pickering Legal LLC
100 Grove Street
Worcester, MA 01605
*kpickering@pickering-legal.com*

Dated: April 7, 2025

**CERTIFICATE PURSUANT TO LOCAL RULE 7(o)**

Pursuant to Rule 7(o) of the Rules of the District Court of the District of Columbia, no party to this matter objects to the foregoing Motion for Leave to File Amicus Curiae Brief.

Kenneth C. Pickering

**CERTIFICATE OF SERVICE**

I, Kenneth C. Pickering, hereby certify that the foregoing Motion for Leave to File Amicus Curiae Brief was submitted for filing on April 7, 2025, and will be served on all registered counsel by way of the Court's CM/ECF system.

Kenneth C. Pickering