IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-917<br><br>Judge Richard J. Leon |

### UNOPPOSED MOTION TO RESCHEDULE ORAL HEARING

On March 31, 2025, the parties filed a Joint Status Report proposing an expedited schedule for briefing dispositive motions. *See* Dkt.13. On April 1, 2025, this Court entered a minute order approving that schedule and setting oral argument for April 23, 2025, at 3:00pm ET. On April 8, 2025, the parties filed their dispositive motions. *See* Dkt.15 (Defendants' motion to dismiss); Dkt.16 (Plaintiff's motion for summary judgment).

Plaintiff respectfully requests that the Court advance the time of the April 23 oral argument by two hours, moving it from 3:00pm ET to 1:00pm ET. As cause for this request, Plaintiff respectfully informs the Court that the attorney who will argue Plaintiff's motion for summary judgment (Dkt.16), Paul D. Clement, has a pre-existing conflict at 4:00pm ET that day. In addition, Mr. Clement's co-counsel, Erin E. Murphy, has a pre-existing commitment to travel to Texas that evening for a court hearing the following day. Moving the April 23 hearing to 1:00pm ET would accommodate both these scheduling conflicts.

Plaintiff's counsel has conferred with undersigned counsel for Defendants and is advised that Defendants concur in this request. Plaintiff appreciates the professional courtesy.

April 10, 2025

                                                    Respectfully submitted,

| | |
|---|---|
| */s/ Paul D. Clement* | CHAD MIZELLE |
| PAUL D. CLEMENT (D.C. Bar. No. 433215) | Acting Associate Attorney General |
| ERIN E. MURPHY (D.C. Bar No. 995953) | |
| MATTHEW D. ROWEN (D.C. Bar No. 176865) | /s/ *Richard Lawson* |
| JOSEPH J. DEMOTT (Virginia Bar No. 93981, D.D.C. Bar ID #D00561) | RICHARD LAWSON |
| CLEMENT & MURPHY, PLLC | Deputy Associate Attorney General |
| 706 Duke Street | 950 Pennsylvania Avenue, NW |
| Alexandria, VA 22314 | Washington, DC 20530 |
| (202) 742-8900 | Telephone: (202) 445-8042 |
| paul.clement@clementmurphy.com | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff Wilmer Cutler Pickering Hale and Dorr LLP* | |