# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP, <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et. al.*, <br><br> Defendants. | Case No. 1:25-cv-917-RJL |

## [PROPOSED] ORDER

Upon consideration of the motion of 808 Law Firms for leave to file an Amici Curiae brief and such matters as are just and proper, it is hereby

ORDERED that the aforementioned Motion is GRANTED; and it is further

ORDERED that the Amici Curiae brief attached as Exhibit 1 to the Motion and the accompanying Appendix A are deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2025

_____
Honorable Richard J. Leon
United States District Judge