# Appendix A

List of *Amici Curiae*

## Organizations:

<u>Atlanta Community Press Collective</u>

The Atlanta Community Press Collective is a nonprofit news outlet that empowers the people of Atlanta, Georgia to build a city led from the bottom up by holding those in power to account and uplifting the stories of Atlantans fighting for a more equitable future.

<u>CalMatters</u>

CalMatters is a nonprofit, non-partisan newsroom covering California policy and politics. The work we do requires analysis and oversight of state and local government, so that Californians may better understand and engage with their own governance. The protections afforded to the press under state and federal laws are essential to our effectiveness, and we strongly oppose improper efforts to intimidate or restrict journalists.

<u>The Center for Investigative Reporting</u>

The Center for Investigative Reporting, Inc. is the nation's oldest nonprofit investigative newsroom in the country that runs the brands *Mother Jones*, *Reveal*, and CIR Studios. *Mother Jones* is a reader-supported news magazine, *Reveal* is national public radio show and podcast, and CIR Studios produces feature length documentaries distributed on Netflix, Hulu and other streaming channels.

<u>Clarksdale Press Register</u>

Emmerich Newspapers Inc. maintains the daily operations of over 26 news publications across the states of Mississippi, Arkansas and Louisiana, offering everything from topical state-wide coverage to hyper-local, community-driven content. It operates the *Clarksdale Press Register*, which, in a case that made national news in February, relied on pro bono counsel to successfully oppose a judicial order purporting to require it to take down an editorial that upset city government.

<u>The Daily Beast</u>

*The Daily Beast* delivers award-winning original reporting and sharp opinion from big personalities in the arenas of politics, pop-culture, world news and more.

<u>Defending Rights & Dissent</u>

Defending Rights & Dissent is a national non-partisan non-profit (501(c)(3)) that defends the American people's right to know and freedom to act through grassroots mobilization, public education, policy expertise, and advocacy journalism. Defending Rights & Dissent frequently uses the Freedom of Information Act to conduct investigative journalism. Such public interest journalism would be impossible without lawyers willing to litigate Freedom of Information Act cases against national security, intelligence, and law enforcement agencies.

<u>Demand Progress Education Fund</u>

The Demand Progress Education Fund (DPEF) is a nonpartisan, nonprofit organization that educates its members and the general public about the impact of concentrated power on our economy, our nation's communications infrastructure, and our democracy. Core to DPEF's work is our mission to equip and empower everyday people to push back on abuses by these

concentrated power centers, hold them accountable, and bring them under democratic control. As part of our public education efforts, DPEF collaborates with other elements of American civil society to defend the press freedoms and other First Amendment rights that make the advocacy possible and underpin American democracy's system of checks and balances.

Digital Media Licensing Association

The Digital Media Licensing Association (DMLA) represents the interests of companies and individuals in the visual content licensing industry. As advocates for creators' rights and press freedom, we recognize that media organizations cannot fulfill their essential democratic function without robust legal representation. The executive order against Perkins Coie threatens to undermine access to legal counsel for the press, particularly smaller outlets relying on pro bono services. This chilling effect on legal representation directly threatens the media's constitutional watchdog role.

First Amendment Coalition

The First Amendment Coalition is a nonprofit, nonpartisan organization dedicated to defending freedom of speech, freedom of the press, and the people's right to know.

The Forum for Constitutional Rights

The Forum for Constitutional Rights (FCR) is a general non-partisan public-benefit corporation that is organized and operated under Minnesota law. FCR offers public education about constitutional history and rights, including (but not limited to) the First Amendment. FCR files amicus briefs in cases that involve key constitutional protections.

Free Press

Free Press is a non-partisan, nonprofit, nationwide media and technology advocacy organization. Founded in 2003, Free Press seeks to change the media in furtherance of a just society. It believes that positive social change and meaningful engagement in public life require equitable access to open channels of communication and journalism that holds leaders accountable. Free Press engages in litigation, congressional advocacy, and administrative agency proceedings, and is supported by over 1.4 million members.

Informed California Foundation, d/b/a Open Vallejo

Open Vallejo is an award-winning, independent, nonpartisan newsroom serving the public interest. We are a project of the Informed California Foundation, a periodical publication, wire service and press association that produces and supports impactful, responsive, local accountability journalism in communities across the state.

LION Publishers

LION Publishers is a nonprofit membership association that strengthens the local news industry by helping independent news publishers build more sustainable businesses. We focus primarily on the business side of news entrepreneurship, as many other support organizations exist to help publishers level up their journalism skills. Our role at LION is to help our 575+ members in the U.S. and Canada build and run better businesses.

Marion County Record

*The Marion County Record* is a weekly newspaper covering Marion, Kansas and surrounding areas. The paper became the subject of national and international attention after a 2023 law enforcement raid of its newsroom and publisher's home, over allegations that a reporter

committed a crime by accessing a government website. It is currently involved in litigation against those who orchestrated the unconstitutional raid.

### Media Alliance

Media Alliance is a Bay Area democratic communications advocate and a California 501(c)(3) nonprofit organization since 1977. Our members include professional and citizen journalists and community-based media and communications professionals who work with the media.

### Muckrock Foundation

MuckRock Foundation is a 501(c)(3) nonprofit organization founded in 2010 to promote government transparency and accountability. MuckRock helps the public, journalists, and researchers access public records, understand government operations, and share verified primary source information, while offering a portfolio of transparency tools used by thousands of newsrooms globally. MuckRock is a leading advocate for the public's right to know, freedom of information, and open government.

### National Press Photographers Association

National Press Photographers Association (NPPA), Founded in 1946, is a 501(c)(6) non-profit professional organization dedicated to the advancement of visual journalism, its creation, editing and distribution in all news media. As the "Voice of Visual Journalists," NPPA encourages its members to reflect the highest standards of quality in their professional performance, in their business practices and in their personal code of ethics. NPPA vigorously promotes freedom of the press in all its forms. Its members include still and television photographers, editors, students and representatives of businesses that serve the visual journalism community.

### New England First Amendment Coalition

The New England First Amendment Coalition (NEFAC) is the region's leading advocate for First Amendment freedoms and the public's right to know about government. NEFAC is a non-partisan and non-profit 501(c)(3) corporation organized and existing under the laws of the Commonwealth of Massachusetts. In collaboration with other like-minded advocacy organizations, NEFAC works to advance understanding of the First Amendment and right-to-know issues throughout the region and across the world.

### New Jersey Center for Nonprofit Journalism, d/b/a The Jersey Vindicator

*The Jersey Vindicator* is a nonprofit, nonpartisan news organization founded in 2023 with a mission to serve the information needs of residents of New Jersey by shedding light on how government and other powerful interests function in the state. We also publish service and solutions journalism to inform and equip residents with the information they need to make decisions and improve their quality of life.

### New Jersey Foundation for Open Government

The New Jersey Foundation for Open Government is a nonprofit and nonpartisan 501(c)(3) organization founded in 2000. It seeks to increase transparency, accountability, honesty, and democracy in government at all levels by defending and expanding public access to government records and meetings.

### Online News Association

The Online News Association ("ONA") is the world's largest association of digital journalists. ONA's mission is to inspire innovation and excellence among journalists to better serve the

public. Membership includes journalists, technologists, executives, academics and students who produce news for and support digital delivery systems. ONA also hosts the annual Online News Association conference and administers the Online Journalism Awards.

PEN America

PEN American Center, Inc. ("PEN America") is a nonpartisan nonprofit organization working at the intersection of literature and human rights. Founded in 1922, PEN America advocates for free expression and the interests of writers and journalists in the United States and abroad. Its membership includes more than 5,000 writers, journalists, literary professionals, and readers nationwide. PEN America protects press freedom and journalists by combatting disinformation, defending journalists against online abuse, and supporting local news.

Project on Government Oversight

The Project On Government Oversight ("POGO"), founded in 1981, is a nonpartisan independent watchdog that investigates and exposes the government when it fails to serve the public or silences those who report wrongdoing. POGO champions reforms to achieve a more effective, ethical, and accountable federal government that safeguards constitutional principles. POGO produces *Bad Watchdog*, an award-winning investigative podcast.

Public Knowledge

Public Knowledge is a nonprofit public interest organization that advocates for robust protections for freedom of expression and the press. Public Knowledge is particularly concerned with ensuring that the law firms, the press, public-interest advocates, and other watchdog groups retain the right to represent causes and viewpoints that may be adversarial to government positions. It believes that the constitutional protections afforded to attorneys, press and advocacy organizations are foundational to democratic governance and accountability.

Reporters Without Borders (RSF)

Reporters Without Borders (RSF) is an international nonprofit that defends the right of every human being to have access to free and reliable information. This right is essential to know, understand, form an opinion and take action on vital issues in full awareness, both individually and collectively. Our mission? Act for the freedom, pluralism and independence of journalism and defend those who embody these ideals. Our mandate is in the spirit of Article 19 of the Universal Declaration of Human Rights, and of the major declarations and charters relating to journalistic ethics, notably the Munich Declaration of the Duties and Rights of Journalists.

The Signals Network

The Signals Network is a 501(c)(3) independent, non-partisan organization working toward a more accountable world by empowering people to speak out about wrongdoing, protecting those who speak out, supporting investigations of wrongdoing, and helping to change policy and improve whistleblower protections.

Society of Professional Journalists

The Society of Professional Journalists is the nation's most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior. Founded in 1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry through the daily work of its thousands of members; works to inspire and educate current and future journalists through professional development; and protects First Amendment guarantees of freedom of speech and press through its advocacy efforts.

### Student Press Law Center

The Student Press Law Center is a nonprofit, nonpartisan organization established in 1974 that promotes, supports, and defends the press freedom and freedom of information rights of high school and college journalists. As the only national organization devoted exclusively to defending the legal rights of the student press, SPLC relies on the pro bono support of approximately 250 lawyers in its Attorney Referral Network, many of whom work at law firms that have joined other *amicus* briefs in this litigation.

### Thomas & LoCicero PL

Thomas & LoCicero is Florida's leading media law firm. Its attorneys have more than 200 years of experience representing media interests in the Supreme Court of the United States, the U.S. Courts of Appeals, all three federal district courts in Florida, and at all levels of the Florida state courts. The firm's practice areas include business litigation, intellectual property, and free speech defense. As the preeminent voice for freedom of speech in the nation's third largest state, Thomas & LoCicero brings to this brief an important perspective regarding the impact of Defendants' actions.

### Zansberg Beylkin LLC

Zansberg Beylkin is a law firm dedicated to defending the First Amendment rights of its news media, entertainment and individual clients.

## Individuals:

### Floyd Abrams

Floyd Abrams has represented individuals and entities in First Amendment cases for over the past 50 years. He has personally argued 13 cases in the U.S. Supreme Court, mostly in First Amendment cases and has tried numerous others. He is the author of three books that focused on the First Amendment—*Speaking Freely* (2005); *Friend of the Court: On the Front Lines With the First Amendment* (2013) and *The Soul of the First Amendment* (2017) and has taught First Amendment courses at Yale Law School, Columbia Law School, the Columbia Graduate School of Journalism and other universities. Among his awards are the 2024 Free Speech Defender award of the National Coalition Against Censorship.

### Seth D. Berlin

Seth D. Berlin is a First Amendment lawyer who has represented news organizations and a host of other "speakers" for over 30 years. He is an adjunct professor of First Amendment and Media Law at Georgetown University Law Center, a co-author of *Newsgathering and the Law* (Lexis Law Publishing, 6th ed., 2023), a co-chair of the First Amendment Salons, and the founder of the ABA's Media Advocacy Workshop, now in its third decade.

### David J. Bodney

David J. Bodney is a media and constitutional lawyer based in Phoenix, Arizona. Over the past 45 years, he has represented news organizations and journalists on an array of matters nationally and abroad. A past chair of the American Bar Association's Forum on Communications Law, he is a professor of practice at the James E. Rogers College of Law at the University of Arizona and co-author of *Extreme Speech and Democracy* (Oxford University Press).

### Chad R. Bowman

Chad R. Bowman is a Washington, D.C.-based media lawyer who has represented journalists and other speakers across the United States for more than 20 years, defending their free speech rights and assisting them in seeking information about their government. He is currently chair of the D.C. Bar Media Law Committee and is a co-author of the legal treatise *Newsgathering and the Law*.

Jay Ward Brown

Jay Ward Brown, originally a broadcast journalist, has for the past 33 years been a Washington, D.C.-based First Amendment lawyer representing the news media in courts throughout the United States, including the U.S. Supreme Court. He is a past president of the Media Law Resource Center Defense Counsel Section and a past member of the board of the ABA Forum on Communications Law.

Matthew S.L. Cate

Matthew S.L. Cate is an Oakland, Calif., based First Amendment lawyer and former journalist who represents the news media throughout the United States. He regularly helps the press seek and sue for access to public records, including under the Freedom of Information Act, and defends against threats to press freedom.

Sasha Dudding

Sasha Dudding is a New York City-based media and First Amendment lawyer, and a member of the New York City Bar Association's Communications and Media Law Committee.

Jennifer A. Dukarski

Jennifer A. Dukarski is the General Counsel of the Michigan Press Association, a Shareholder at Butzel Long, PC, adjunct faculty at the University of Detroit Mercy Law School, and lecturer at the University of Michigan Law School. She represents media organizations in First Amendment disputes.

John C. Greiner

John C. Greiner is a lawyer who has practiced the field of media law for 30 years. In that time, he has fought to defend the First Amendment at every turn.

Matthew E. Kelley

Matthew E. Kelley is a former journalist and attorney who frequently represents news organizations, journalists and nonprofits in litigation seeking to vindicate their rights of access to government records and proceedings and defending them against infringements upon their First Amendment rights.

Ashley Kissinger

Ashley Kissinger is a First Amendment lawyer who, for over 25 years, has represented the news media throughout the United States. She has served as co-chair of the American Bar Association First Amendment and Media Litigation Committee and co-chair of the American Bar Association Women in Communications Law Committee.

Kennison Lay

Kennison Lay is a First Amendment lawyer based in Phoenix, Arizona. She represents news media organizations and individual journalists throughout the United States, helping them pursue access to public records, protect their confidential sources and other privileged newsgathering information, and defend against lawsuits based on their publications.

Lee Levine, Michael D. Sullivan, and Elizabeth C. Koch

Lee Levine, Michael Sullivan and Elizabeth (Betsy) Koch collectively had the privilege of representing journalists and news organizations in First Amendment litigation for more than a century. Prior to their retirement from the practice of law, they were the founding partners of Levine Sullivan & Koch (later Levine Sullivan Koch & Schulz), a firm dedicated to advocating for the rights of a free press.

Maxwell S. Mishkin

Maxwell S. Mishkin, a media lawyer based in Washington, DC, works with journalists, news organizations, NGOs, and other creative professionals of all types in a wide range of matters, including defending defamation, privacy, and other content-related claims, obtaining access to government documents, unsealing court records and proceedings, and opposing subpoenas for sources and other information protected by the reporter's privilege.

Isabella Salomão Nascimento

Isabella Salomão Nascimento is a Minnesota-based civil rights lawyer, whose practice is focused on the First Amendment. She represents news organizations throughout the United States.

Lynn B. Oberlander

Lynn B. Oberlander is a New York-based attorney who has been defending the First Amendment since 1996 as both in-house and outside counsel to media clients.  She is a past chair of the Media Law Resource Center and the New York State Bar Association's Committee on Media Law and a frequent writer and speaker on press freedom.   As an assistant professor at the New School, she teaches graduate classes in media law and media ethics.

Emmy Parsons

Emmy Parsons is a Washington, D.C.-based First Amendment lawyer who represents the media in defamation and public records litigation around the country, and in federal regulatory proceedings.

Jeffrey J. Pyle

Jeffrey J. Pyle is a Boston attorney who frequently represents the news media. As part of his practice, Attorney Pyle represents media organizations and reporters in lawsuits against government agencies for access to public records. Some of his news media clients retain his services on a reduced-cost or pro bono basis.

Jacquelyn N. Schell

Jacquelyn N. Schell is New York City based First Amendment lawyer who, for nearly 15 years, has represented media organizations, individual journalists, and others across the United States.  She is a past chair of the New York State Bar Association's Media Law Committee and a Member of the Governing Board of the American Bar Association's Forum on Communications Law.

David A. Schulz

David Schulz is Director of the Media Freedom & Information Access Clinic at Yale Law School. He has chaired the Media Law Committee of the International Bar Association, the Intellectual Property Council and the Communications Law Committee of the New York City Bar Association, is a past President of the Defense Counsel Section of the Media Law Resource Center and has served on the Governing Board of the American Bar Association's Forum on Communications Law.

Elizabeth Seidlin-Bernstein

Elizabeth Seidlin-Bernstein is a First Amendment lawyer based in Philadelphia who has represented news organizations and journalists around the country for over a decade.

Alia L. Smith

Alia L. Smith has been practicing media law in New York, NY, and Washington, DC, for more than 20 years, representing publishers, broadcasters and other communicators. She is also an adjunct professor of media law who tries to instill in her students the importance of vindicating and protecting freedom of speech and of the press.

Thomas Sullivan

Thomas Sullivan is an attorney in New York who represents the news media in a variety of defamation, copyright, access, and other cases. He is a past secretary of the Communications and Media Law Committee of the New York City Bar Association.

Charles D. Tobin

Charles D. Tobin is a Washington, D.C.-based First Amendment lawyer who, for the past 35 years, has represented the news media throughout the United States. He is a past chair of the American Bar Association Forum on Communications Law, the Media Law Committees of the Florida and D.C. Bars, and he is a past president of the Media Law Resource Center Defense Counsel Section and a past editor-in-chief of the ABA journal LITIGATION.

Saumya Vaishampayan

Saumya Vaishampayan is a media lawyer based in New York City and a former journalist.