UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP<br>    *Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>    *Defendants.* | Case Number: 1:25-cv-00917-RJL |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF SIXTY MEDIA ORGANIZATIONS AND PRESS FREEDOM ADVOCATES IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the motion of sixty media organizations and press freedom advocates for leave to file an Amici Curiae brief and such matters as are just and proper, it is hereby:

ORDERED that the aforementioned Motion is GRANTED.

Dated: _____              _____
                                       Honorable Richard J. Leon
                                       United States District Judge

1