IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>        Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>        Defendants. | Civil Action No. 1:25-cv-00917-RJL |

## [PROPOSED] ORDER

The motion of 342 Former Judges for leave to file an amicus curiae brief in support of Plaintiff's motion for summary judgment is GRANTED.

Dated: _____

 

_____
Judge Richard J. Leon