UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-917 (RJL) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS AND NEW YORK COUNCIL OF DEFENSE LAYWERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On consideration of the Motion by National Association of Criminal Defense Lawyers and New York Council of Defense Lawyers for leave to file an amicus curiae brief in support of Plaintiff's motion for summary judgment, it is hereby:

ORDERED that the motion is GRANTED.

**SO ORDERED.**

This _____ day of _____, 2025.

**BY THE COURT:**

_____
The Honorable Richard J. Leon
United States District Judge