UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP,<br><br>   *Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-CV-00917-RJL |

## MOTION TO ADMIT RUTH GREENWOOD *PRO HAC VICE*

Pursuant to Local Rule 83.2, Kelsi Brown Corkran, a member of the Bar of this Court, respectfully moves for the admission pro hac vice of attorney Ruth Greenwood on behalf of *Amici Curiae*, Legal Ethics Professors, in the above captioned matter. Attached as Exhibit I hereto is a declaration by Ms. Greenwood in accordance with Local Rule 83.2. A certificate of good standing and proposed order are also attached.

Dated: April 14, 2025

                                                 Respectfully submitted,

                                                 /s/ *Kelsi Brown Corkran*
                                               Kelsi Brown Corkran (Bar No. 501157)
                                               INSTITUTE FOR CONSTITUTIONAL ADVOCACY
                                                   AND PROTECTION, GEORGETOWN LAW
                                               600 New Jersey Avenue, NW
                                               Washington, DC 20001
                                               (202) 661-6728
                                               kbc74@georgetown.edu