UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-CV-00917-RJL |

**[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE***

This matter came before the Court upon Kelsi Brown Corkran's motion to admit *pro hac vice* Ruth Greenwood to the Bar of this Court; and the Court having reviewed said motion and being duly advised in the premises, now finds that the motion should be **GRANTED**; and it is accordingly ORDERED that Ruth Greenwood is admitted *pro hac vice*, on behalf of *Amici Curiae,* Legal Ethics Professors, in the above-captioned matter.

Dated: _____     _____

                                                                          HONORABLE RICHARD J. LEON

                                                                          United States District Judge