APPENDIX TO AMICI BRIEF

<u>AMICI CURIAE</u>

<u>*Past Presidents of The District of Columbia Bar*</u>
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker 1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea C. Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

    Susan M. Hoffman (2019-2020)


### *Other Former Leaders of The District of Columbia Bar*

Katherine A. Mazzaferri
    (Executive Director, 1982-2010,
    Chief Executive Officer, 2010-2017)

Cynthia D. Hill
    (Assistant Executive Director for Programs, 1990-2010,
    Chief Programs Officer, 2010- 2017)

Maureen Thornton Syracuse
    (DC Bar Pro Bono Center,
    Director/Executive Director, 1992-2011)


### *Past Presidents of Voluntary Bars*
**(**appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, Past President of DC Women's Bar Association (2013-2014

Ralph P. Albrecht, Past President, The Bar Association of the District of Columbia (2008-2009)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024), President, The Counsellors, District of Columbia (2024-2025)

Constance L. Belfiore, Past President, Bar Association of the District of Columbia (1997-98)

Robert L. Bell, Past President, Washington Bar Association (2007-2008)

Joseph Cammarata, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2015-2016)

Harlow R Case, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (1987-1988)

Paulette E. Chapman, Past President, Women's Bar Association of the District of Columbia (2003-2004); Past President, Bar Association of the District of Columbia (2007-2008)

William E. Davis, Past President, Bar Association of the District of Columbia (2004-2005)

Karen E. Evans, Past President, Washington Bar Association (2014-2016); Past President, Trial Lawyers Association of Metropolitan Washington DC (2012)

L. Palmer Foret, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. (2003-2004)

Iris McCollum Green, Past President, Washington Bar Association (2010-2012)

Kathleen Gunning, Past President, Women's Bar Association of the District of Columbia (1991-1992)

David E. Hawkins, Past President, Bar Association of the District of Columbia (2013-2014)

David E. Haynes, Past President, Trial Lawyers Association of the District of Columbia (2016-2017)

Christopher G. Hoge, Past President, Bar Association of the District of Columbia (1998-99)

Ronald C. Jessamy, Sr., Past President, Washington Bar Association (2008 - 2010)

Matthew G. Kaiser, Past President, Bar Association of the District of Columbia (2017-18)

Nancy Aliquo Long, Past President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, Past President DC Trial Lawyers Association (2013-2014)

M. Elizabeth Medaglia, Past President, Women's Bar Association of the District of Columbia (1982-83); Past President, Assistant United States Attorneys Association of DC (1984-85); Past President, Charles Fahy American Inn of Court (1990-92)

W. Charles Meltmar, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (2021-2022)

Sonia Murphy, Past President, Women's Bar Association of the District of Columbia (2016-2017)

Dwight D. Murray, Past President, Bar Association of the District of Columbia (1996-97)

Michelle A. Parfitt, Past President, Trial Lawyers Association of Metropolitan Washington, D.C. ( 2002-2003)

Patrick M. Regan, Past President, Trial Lawyers Association of Metropolitan Washington D.C. (1991-92)

Sandra H. Robinson, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1997-1998)

Ira Sherman, Past President, Trial Lawyers Association of Metropolitan D.C. (1993-1994)

Gwendolyn Simmons, Past President, Women's Bar Association of the District of Columbia (1990-1991)

Gregory S. Smith, Past President, Bar Association of the District of Columbia (2011-12) Past President, Atlanta Bar Association (1998-99)

Suzanne M. Snedegar, Past President, Women's Bar Association of the District of Columbia (1979-1980)

Jim Taglieri, Past-President, Trial Lawyers Association of Metropolitan Washington, D.C. (1989-1990)

Lucy L. Thomson, Past President, Women's Bar Association of the District of Columbia (1988-1989)

Kenneth M. Trombly, Past President, Trial Lawyers Association of Metropolitan Washington, DC (1994-1995)

Keith W. Watters, Past President, Bar Association of the District of Columbia, Washington Bar Association, National Bar Association

Salvatore J. Zambri, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2007-2008)