AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP, )<br>*Plaintiff* )<br>v. )<br>Executive Office of the President, et al. )<br>*Defendant* ) | Case No. 1:25-cv-917 (RJL) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey                                                              .

Date:   04/14/2025                                    /s/ Sundeep Iyer
                                                           *Attorney's signature*

                                            Sundeep Iyer (NJ Bar ID 398162022)
                                            *Printed name and bar number*

                                            Office of the New Jersey Attorney General
                                            25 Market Street
                                            Trenton, NJ 08625
                                            *Address*

                                            Sundeep.Iyer@njoag.gov
                                            *E-mail address*

                                            (862) 350-5800
                                            *Telephone number*

                                            *FAX number*