IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILMER CUTLER PICKERING
HALE AND DORR LLP,

     Plaintiff,

          v.

EXECUTIVE OFFICE OF THE PRESIDENT,
et al.,

     Defendants

Civil Action No. 1:25-0917 (RJL)

**ENTRY OF APPEARANCE**

TO:   THE CLERK OF THE COURT

     Pursuant to LCvR 83.6(a), please enter my appearance as counsel for Amicus Professor

Aaron H. Caplan.

Dated: April 14, 2025

Respectfully submitted,

KALBIAN HAGERTY, LLP

By:   /s/ Stephen C. Leckar
       Stephen C. Leckar
         (Bar No. 281691)
       888 17th Street, N.W.
       Suite 1200
       Washington, D.C. 20006
       Telephone: (202) 223-5600
       Facsimile: (202) 223-6625
       sleckar@kalbianhagerty.com

       Attorney for Amicus
       Professor Aaron H. Caplan

**CERTIFICATE OF SERVICE**

I hereby certify on April 14, 2025 that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By:  /s/ Stephen C. Leckar
     Stephen C. Leckar