IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>  Plaintiff,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>  Defendants | Civil Action No. 1:25-0917 (RJL) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**

Upon consideration of the Motion for Leave to file the Amicus Brief of Professor Aaron H. Caplan Regarding Attainder, and for good cause shown:

It is hereby ORDERED that:

1. The Motion is Granted; and

2. The Clerk is directed to file the Amicus brief.

Dated: April ___ 2025

_____
United States District Judge

Copies to all Counsel