UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>*Plaintiff*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00917-RJL |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), Amici Fred T. Korematsu Center et al. move for admission and appearance of attorney Charlotte Garden *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Charlotte Garden. As set forth in that declaration, she is admitted and active member in good standing of the District of Columbia bar, and is also admitted to practice before various federal courts of appeals, along with the United States Supreme Court.

This motion is supported and signed by Jim Davy, an active and sponsoring member of the Bar of this Court.

Respectfully submitted, this 15th day of April, 2025.

1

*Counsel for Amici*

/s/ Jim Davy

Jim Davy
D.D.C. Bar No. PA0117
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

## CERTIFICATE OF SERVICE

    I certify that the foregoing motion is being served on all parties of record by the Court's ECF system on the date of filing, this 15th day of April, 2025.