IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,<br><br>    Defendants. | Civil Action No. 1:25-0917 (RJL) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT
OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h)(1), Defendants hereby respectfully submit the following response to Plaintiff's Statement of Undisputed Material Facts (ECF 16-2).

Preliminarily, Defendants note that this Response identifies which of the factual grounds asserted in Plaintiff's statement of material facts are disputed. In light of Defendants' separate dispositive motion, the term, "disputed," or similar references herein should not be construed to mean necessarily that Defendants believe that there are genuine issues of material fact that would necessitate a trial. Rather, such language simply means that Defendants disputes Plaintiff's statement regarding that matter. Defendants maintain their position that grounds exist entitling Defendants to dismissal and judgment as to Plaintiff's claims. Further, to the extent that matters stated in Plaintiff's statement of material facts are not disputed herein, they are not disputed at this time only for purposes of resolution of the pending cross-dispositive motions. Also, Defendants' position is that such matters are not necessarily material to resolution of the pending dispositive motions.

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| 1.-4. | Undisputed. |
| 5. | First sentence is characterization; assertion that Plaintiff is "top employer" disputed. *See* Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9[1] (discussed in Defs' Mem. in Support of Mot. to Dismiss § I (ECF 15-1); Defs' Opp. to Pls' Mot. for Summ. Judmt. § III (filed Apr. 17, 2025)). |
| 6.-14. | Undisputed. |
| 15. | Dispute characterization (but not topic) of pro bono litigation described. *See* EO 14250 § 1. |
| 16.-17. | Undisputed. |
| 18.-20. | Disputed that entrance into federal buildings is required for stated interactions. |
| 21.-23. | Undisputed. |
| 24. | Undisputed. |
| 25. | Undisputed, except dispute that entrance to federal buildings is required for stated interactions. |
| 26.-31. | Undisputed. |
| 32. | Undisputed. |
| 33. | Undisputed. |
| 34.-35. | Undisputed. |
| 36. | Disputed to extent inconsistent with EO 14250 § 1 |
| 37.-40. | Undisputed. |
| 41. | Disputed to extent inconsistent with EO 14250 § 1 |
| 42.-55. | Undisputed. |
| 56.-57. | Undisputed. |
| 58.-62. | Undisputed. |

---

[1] The numbered exhibits referenced in this Response are attached to the Declaration of Richard Lawson, submitted herewith.

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| 63. | First sentence undisputed.  Second sentence is characterization that is immaterial as the cited material speaks for itself. |
| 64.-67. | Characterization that is immaterial as the cited material speaks for itself. |
| 68. | First sentence undisputed.  Remainder is characterization that is immaterial as the cited material speaks for itself. |
| 69.-71. | Characterization that is immaterial as the cited material speaks for itself. |
| 72. | Undisputed. |
| 73.-82. | Characterization that is immaterial as the cited materials speak for themselves. |
| 83. | Undisputed. |
| 84.-86. | Characterization that is immaterial as the cited material speaks for itself. |
| 87.-88. | Characterization that is immaterial as the cited material speaks for itself. |
| 89. | First sentence undisputed.  The remainder of the paragraph is characterization that is immaterial as the cited executive order speaks for itself. |
| 90. | Characterization that is immaterial as the cited executive order speaks for itself. |
| 91.-93. | Characterization that is immaterial as the cited material speaks for itself. |
| 94.-95. | Characterization that is immaterial as the cited material speaks for itself. |
| 96. | Undisputed. |
| 97.-99. | Characterization that is immaterial as the cited material speaks for itself. |
| 100.-101. | Characterization that is immaterial as the cited material speaks for itself. |
| 102.-104. | Characterization that is immaterial as the cited material speaks for itself. |
| 105. | Undisputed. |
| 106. | Characterization that is immaterial as the cited material speaks for itself. |
| 107. | Characterization of material referenced in cited declaration; characterization is immaterial as the cited material speaks for itself. |

| Plaintiff's Statement of Undisputed Material Fact (by ¶ number) | Defendants' Response |
|---|---|
| 108.-112. | Characterization that is immaterial as the cited material speaks for itself. |
| 113. | Undisputed. |
| 114.-126. | Characterization that is immaterial as the cited executive order speaks for itself. |
| 127. | Undisputed. |
| 128.-130. | Characterization that is immaterial as the cited executive order speaks for itself. |
| 131. | Undisputed. |
| 132. | Disputed; Plaintiff is contesting the Order in this lawsuit. |
| 133. | Undisputed. |
| 134. | Undisputed. |
| 135.-136. | Undisputed. |
| 137. | Undisputed; immaterial. |
| 138. | Disputed. |
| 139.-141. | Undisputed. |
| 142.-145. | Disputed as speculative and legal conclusion or argument. |
| 146. | Undisputed. |
| 147. | Disputed as speculative and legal conclusion or argument. |
| 148. | Undisputed. |
| 149. | Disputed as speculative and legal conclusion or argument. |
| 150. | Undisputed. |
| 151.-152. | Disputed as speculative and legal conclusion or argument. |
| 153. | First sentence disputed as speculative and legal conclusion or argument.  Second and third sentences undisputed. |

| **Plaintiff's Statement of Undisputed Material Fact (by ¶ number)** | **Defendants' Response** |
|---|---|
| **154.-155.** | Disputed as speculative and legal conclusion or argument. |
| **156.** | Undisputed that Plaintiff has expended time and resources related to the Executive Order. The remainder of the paragraph is disputed as speculative, immaterial, and legal conclusion or argument. |

Dated: April 17, 2025　　　　　　　Respectfully submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　CHAD MIZELLE
　　　　　　　　　　　　　　　　　Acting Associate Attorney General


　　　　　　　　　　　　　　　　　/s/ *Richard Lawson*
　　　　　　　　　　　　　　　　　RICHARD LAWSON
　　　　　　　　　　　　　　　　　Deputy Associate Attorney General
　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　Telephone: (202) 445-8042

　　　　　　　　　　　　　　　　　*Counsel for Defendants*