AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Wilmer Culter Pickering Hale and Dorr LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00917-RJL |
| Executive Office of the President, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Fred T. Korematsu Center fo Law and Equality et al.                        .

Date:      04/14/2025

_____
*Attorney's signature*

Jeremiah Chin AZ 036775
*Printed name and bar number*

9622 s 221st Pl
Kent, WA 98031

_____
*Address*

jerchin@uw.edu
*E-mail address*

(480) 334-7703
*Telephone number*

_____
*FAX number*