IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al*., <br><br> *Defendants*. | Case No. 1:25-cv-917 (RJL) |

**MOTION FOR ADMISSION OF ATTORNEY JEANNIE SUK GERSEN *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), attorney Jeannie Suk Gersen seeks admission and appearance *pro hac vice* on behalf of the bar association *amici curiae* in the above-captioned matter. This motion is supported by the Declaration of Jeannie Suk Gersen, filed herewith. As set forth in the supporting papers, Ms. Gersen is a member in good standing of the bar of Massachusetts, as well as others listed in the Declaration.

This motion is supported and signed by John Paredes, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Jeannie Suk Gersen to appear *pro hac vice* in this matter.

Dated: April 24, 2025                                     Respectfully submitted,

 

                                       /s/ *John Paredes*
                                       John Paredes (D.D.C. Bar No. NY0418)
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.paredes@protectdemocracy.org