IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>*Defendants*. | Case No. 1:25-cv-917 (RJL) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JEANNIE SUK GERSEN *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Jeannie Suk Gersen *pro hac vice*. Upon consideration of the motion, the Court grants attorney Jeannie Suk Gersen *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated: _____, 2025          _____
                                              HON. RICHARD J. LEON
                                              United States District Judge