**ATTACHMENT**

## Central Intelligence Agency

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

9589 0710 5270 0350 2435 29

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

MAR 28 2025

Postage

$

Total Postage and Fees

$

**CENTRAL INTELLIGENCE AGENCY**
**Litigation Division, Office of General Counsel,**
**Central Intelligence Agency**
**Washington, DC 20505**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

**Remove ✕**

Tracking Number:

## 9589071052700350243529

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:17 am on April 7, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20505
April 7, 2025, 6:17 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20505
April 4, 2025, 12:46 pm

● **Arrived at Post Office**

WASHINGTON, DC 20018
April 4, 2025, 11:18 am

● **USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:33 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**    ⌄

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Department of Agriculture

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**DEPARTMENT OF AGRICULTURE**
**1400 Independence Avenue, SW,**
**Washington, DC 20250**

9590 9402 9412 5002 7350 13

2. Article Number *(Transfer from service label)*

9589 0710 5270 0350 2433 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

RECEIVED BY
APR  9 2025
DLW - OGC

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

MAR 28 2025

**DEPARTMENT OF AGRICULTURE**
**1400 Independence Avenue, SW,**
**Washington, DC 20250**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0350 2433 90

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9589071052700350243390

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:37 am on April 4, 2025 in WASHINGTON, DC 20228.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20228
April 4, 2025, 9:37 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 7:26 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**    ⌄



**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Department of Commerce



# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

Tracking Number:

## 9589071052700350243406

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:20 am on April 4, 2025 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20230
April 4, 2025, 7:20 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 5:37 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Douglas A. Collins



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans Affairs Department of Veterans Affairs 810 Vermont Avenue NW, Washington, DC 20420**

9590 9402 9412 5002 7384 58

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2321 17

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

**DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans Affairs Department of Veterans Affairs 810 Vermont Avenue NW, Washington, DC 20420**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs ›**

**Tracking Number:**

## 95890710527018312321117

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:23 am on April 8, 2025 in WASHINGTON, DC 20420.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20420
April 8, 2025, 5:23 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20420
April 7, 2025, 12:59 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
April 7, 2025, 12:07 pm

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                            ⌄

**USPS Tracking Plus®**                                             ⌄

**Product Information**                                             ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Doug Burgum**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOUG BURGUM, in his official
capacity as Secretary of the Interior
1849 C Street NW,
Washington, DC 20240

9590 9402 9372 5002 7075 94

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2318 68

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
G. Dodds    4/4/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

DOUG BURGUM, in his official capacity
as Secretary of the Interior
1849 C Street NW,
Washington, DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2318 68

# USPS Tracking®

FAQs ›

**Remove** ✕

Tracking Number:

## 9589071052701831231868

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:39 pm on April 4, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20240
April 4, 2025, 1:39 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 9:26 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**                                              ⌄

---

**Product Information**                                             ⌄

**See Less** ⌃

Track Another Package

    Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Department of Transportation**



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**DEPARTMENT OF TRANSPORTATION**
**1200 New Jersey Avenue SE,**
**Washington, DC 20590**

9590 9402 9412 5002 7350 75

2. Article Number *(Transfer from service label)*

9589 0710 5270 0350 2434 51

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☑ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Peter Plock.   4/8/25

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue SE,
Washington, DC 20590

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052700350243451

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:00 am on April 4, 2025 in WASHINGTON, DC 20590.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20590
April 4, 2025, 9:00 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 7:08 am

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                    ⌄

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Department of Homeland Security



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

**DEPARTMENT OF HOMELAND SECURITY**
**2707 Martin Luther King Jr Avenue SE, Mail Stop 0485,**
**Washington, DC 20528-052**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

Tracking Number:

## 9589071052700350243543

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 6:54 am on April 2, 2025 in WASHINGTON, DC 20528.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
April 2, 2025, 6:54 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 2, 2025, 6:26 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 2:50 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 9:40 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 1:12 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 10:31 am

**In Transit to Next Facility**

Feedback

April 1, 2025, 8:15 am



**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION
CENTER
April 1, 2025, 5:26 am

**In Transit to Next Facility**

March 31, 2025

**Arrived at USPS Regional Origin
Facility**

NEW YORK NY DISTRIBUTION
CENTER
March 28, 2025, 10:59 pm

**USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:30 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses
Mean?**
**(https://faq.usps.com/s/article/Where-
is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Department of Housing and Urban Development



# USPS Tracking®

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove** ✕

Tracking Number:

## 9589071052700350243413

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:06 am on April 4, 2025 in WASHINGTON, DC 20410.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20410
April 4, 2025, 9:06 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 7:15 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Securities and Exchange Commission



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SECURITIES AND EXCHANGE
COMMISSION
100 F Street NE,
Washington, DC 20549

9590 9402 9412 5002 7350 82

2. Article Number (Transfer from service label)

9589 0710 5270 0350 2434 68

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Corey Harris
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

SEC Mail Processing

APR 0 3 2025

Washington, DC

☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
        (000)
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees

SECURITIES AND EXCHANGE COMMISSION
100 F Street NE,
Washington, DC 2054

9589 0710 5270 0350 2434 68

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove** ✕

## 9589071052700350243468

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:39 am on April 3, 2025 in WASHINGTON, DC 20549.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20549
April 3, 2025, 8:39 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 7:50 am

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

⌄

Feedback

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

<u>**Pamela J. Bondi**</u>



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**PAMELA J. BONDI, in her official capacity as Attorney General of the United States,**
**950 Pennsylvania Avenue NW,**
**Washington, DC 20530**

9590 9402 9412 5002 7351 36

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2320 70

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   *Evie Sassak*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 07 2025

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

**PAMELA J. BONDI, in her official capacity**
**as Attorney General of the United States,**
**950 Pennsylvania Avenue NW,**
**Washington, DC 20530**

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1831 2320 70

# USPS Tracking®

FAQs ›

**Tracking Number:**                                                    Remove ✕

## 9589071052701831232070

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:14 am on April 7, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 7, 2025, 5:14 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
April 4, 2025, 10:16 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 9:14 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Case 1:25-cv-00917-RJL          Document 108-1          Filed 05/12/25

## Text & Email Updates          ⌄

## USPS Tracking Plus®          ⌄

## Product Information          ⌄

**See Less** ⌃

Track Another Package

[ Enter tracking or barcode numbers                                    ]

# Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

**Small Business Administration**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                   ☑ Agent<br>                       ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>OGC               4/7/25<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>**SMALL BUSINESS ADMINISTRATION**<br>**409 Third Street SW,**<br>**Washington, DC 20416** | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9412 5002 7350 44 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>    ('00) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 0350 2434 20 | Domestic Return Receipt |

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required     $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees

**SMALL BUSINESS ADMINISTRATION**
**409 Third Street SW,**
**Washington, DC 20416**

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0350 2434 20

# USPS Tracking®

FAQs ❯

Tracking Number:                                                                    Remove ✕

## 95890710527003502434 20

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:52 pm on April 4, 2025 in WASHINGTON, DC 20416.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20416
April 4, 2025, 12:52 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 7:02 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates                                                        ⌄

USPS Tracking Plus®                                                   ⌄

_____

Product Information                                                  ⌄

                                    See Less ⌃

Track Another Package

┌─────────────────────────────────────────────────────────────────┐
│  Enter tracking or barcode numbers                                │
└─────────────────────────────────────────────────────────────────┘

# Need More Help?

Contact USPS Tracking support for further assistance.

┌──────────────────────┐
│        FAQs           │
└──────────────────────┘

**Peter Hegseth**



SENDER: *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**PETE HEGSETH, in his official capacity as the Secretary of Defense U.S. Department of Defense 1000 Defense Pentagon, Washington, DC 20301**

9590 9402 9412 5002 7365 46

2. Article Number *(Transfer from service label)*

9589 0710 5270 1831 2320 87

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  CMD
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*
CMD

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

PETE HEGSETH, in his official capacity as the Secretary of Defense U.S. Department of Defense 1000 Defense Pentagon, Washington, DC 20301

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

9589 0710 5270 1831 2320 87

MAR 28 2025 Postmark Here

# USPS Tracking®

FAQs ❯

Tracking Number:                                                    Remove ✕

## 9589071052701831232087

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:54 am on April 4, 2025 in WASHINGTON, DC 20310.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
April 4, 2025, 6:54 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 6:43 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

Feedback

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Department of Labor

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

7020 3160 0000 3981 4987

**DEPARTMENT OF LABOR**
**200 Constitution Avenue NW,**
**Washington, DC 20210**

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Tracking Number:                                                          **Remove ✕**

## 70203160000039814987

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:31 am on March 31, 2025 in WASHINGTON, DC 20210.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20210
March 31, 2025, 7:31 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20210
March 30, 2025, 11:16 am

● **Arrived at Hub**
WASHINGTON, DC 20018
March 30, 2025, 9:12 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 29, 2025, 7:13 pm

● **In Transit to Next Facility**
March 29, 2025

● **Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
March 28, 2025, 11:00 pm

● **USPS in possession of item**
NEW YORK, NY 10007

Feedback

March 28, 2025, 6:31 pm



Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## Office of the United States Trade Representative



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE**
600 17th Street NW,
Washington, DC 20508

9590 9402 9412 5002 7350 51

2. Article Number (Transfer from service label)

9589 0710 5270 0350 2434 37

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

APR 21 REC'D

MSOD MAIL OPERATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees

Postmark
Here
MAR 28 2025

**OFFICE OF THE UNITED STATES
TRADE REPRESENTATIVE**
600 17th Street NW,
Washington, DC 20508

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs  >

Tracking Number:                                                      Remove  ✕

## 9589071052700350243437

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:09 am on April 15, 2025 in WASHINGTON, DC 20500.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 15, 2025, 4:09 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
April 10, 2025, 11:50 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 10, 2025, 9:31 am

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates                                                    ⌄

## USPS Tracking Plus®                                                      ⌄

## Product Information                                                      ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**United States of America**



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE UNITED STATES OF AMERICA,
U.S. Attorney's Office for the District of Columbia 601 D Street NW, Washington, DC 20530

9590 9402 9412 5002 7351 29

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2320 63

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  *Evie Nassal*    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

APR 07 2025

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

INSPECTED 3

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

THE UNITED STATES OF AMERICA,
U.S. Attorney's Office for the District of Columbia
601 D Street NW,
Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2320 63

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9589071052701831232063

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:14 am on April 7, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

     USPS Tracking Plus®

● **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 7, 2025, 5:14 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
April 4, 2025, 10:16 am

● **Arrived at Post Office**

WASHINGTON, DC 20018
April 4, 2025, 9:10 am

● **USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates                    ⌄

## USPS Tracking Plus®                      ⌄

## Product Information                      ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

**Jamesion Greer**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JAMIESON GREER, in his official capacity as United States Trade Representative**
**600 17th Street NW,**
**Washington, DC 20508**

MS.

9590 9402 9372 5002 7075 87

2. Article Number *(Transfer from service label)*

9589 0710 5270 1831 2318 51

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

RECEIVED

APR 21 2025

OPERATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees

MAR 2025
Postmark
Here

**JAMIESON GREER, in his official capacity as**
**United States Trade Representative**
**600 17th Street NW,**
**Washington, DC 20508**

9589 0710 5270 1831 2318 51

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Remove** ✕

Tracking Number:

## 9589071052701831231851

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:09 am on April 15, 2025 in WASHINGTON, DC 20500.

---

**Get More Out of USPS Tracking:**

     USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 15, 2025, 4:09 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
April 10, 2025, 11:50 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 10, 2025, 9:31 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

### Lee M. Zeldin

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency, 1200 Pennsylvania Avenue NW, Washington, DC 20460**

9590 9402 5532 9249 6184 62

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2319 50

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

APR 4 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

**LEE M. ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency, 1200 Pennsylvania Avenue NW, Washington, DC 20460**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2319 50

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527018 31231950

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:29 am on April 4, 2025 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
April 4, 2025, 8:29 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 5:38 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ⌄

Feedback

## USPS Tracking Plus®                                                                    ⌄

---

## Product Information                                                                    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Department of State**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

**DEPARTMENT OF STATE**
**Suite 5.600, 600 19th Street NW,**
**Washington, DC 2052**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 3981 4956

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

**Remove ✕**

Tracking Number:

## 70203160000039814956

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:03 am on April 4, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
April 4, 2025, 6:03 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20520
April 3, 2025, 1:01 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 10:29 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                                ⌄

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Attorney General of the United States**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 03 REC'D |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW,<br>Washington, DC 20530 | D. Is delivery address different from item 1?  □ Yes<br>   If YES, enter delivery address below:   □ No |
| | 3. Service Type<br>□ Adult Signature<br>□ Adult Signature Restricted Delivery<br>□ Certified Mail®<br>□ Certified Mail Restricted Delivery<br>□ Collect on Delivery<br>□ Collect on Delivery Restricted Delivery<br>□ Insured Mail<br>□ Insured Mail Restricted Delivery<br>($500)<br>□ Priority Mail Express®<br>□ Registered Mail™<br>□ Registered Mail Restricted Delivery<br>□ Signature Confirmation™<br>□ Signature Confirmation Restricted Delivery |

9590 9402 9372 5002 7099 25

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2319 29

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)   $
□ Return Receipt (electronic)   $
□ Certified Mail Restricted Delivery   $
□ Adult Signature Required   $
□ Adult Signature Restricted Delivery   $
Postage
$
Total Postage and Fees
$

MAR 3 1 2025
CHURCH STREET STATION
NEW YORK, NY

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW,
Washington, DC 20530

PS Form 3800, January 2023

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701831231929

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:15 am on April 3, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

● **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530

April 3, 2025, 5:15 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530

April 2, 2025, 11:23 am

● **Arrived at Post Office**

WASHINGTON, DC 20018

April 2, 2025, 9:30 am

● **Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER

April 2, 2025, 2:50 am

● **Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER

April 1, 2025, 10:06 pm

● **Departed USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 11:33 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 10:31 am

**In Transit to Next Facility**

April 1, 2025, 8:15 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
April 1, 2025, 5:26 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
March 31, 2025, 11:24 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Civil Process Clerk, U.S. Attorney's Office for the District of Columbia**

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Civil Process Clerk**
**U.S. Attorney's Office for D.C.**
**601 D Street, NW**
**Washington, DC 20530**

9590 9402 9372 5002 7099 32

2. Article Number *(Transfer from service label)*

9589 0710 5270 1831 2319 36

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                        ☐ Agent
APR 03 REC'D                             ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

INSPECTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

CHURCH STREET STATION
NEW YORK, NY 10007
MAR 31 2025
Postmark Here

**Civil Process Clerk**
**U.S. Attorney's Office for D.C.**
**601 D Street, NW**
**Washington, DC 20530**

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1831 2319 36

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052701831231936

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:15 am on April 3, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 3, 2025, 5:15 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
April 2, 2025, 11:23 am

● **Arrived at Post Office**

WASHINGTON, DC 20018
April 2, 2025, 9:30 am

● **Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 2:50 am

● **Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 10:07 pm

● **Departed USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 11:33 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 10:31 am

**In Transit to Next Facility**

April 1, 2025, 8:15 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
April 1, 2025, 5:26 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
March 31, 2025, 11:06 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                           ⌄

---

**USPS Tracking Plus®**                                            ⌄

---

**Product Information**                                            ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Howard Lutnick

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**HOWARD LUTNICK, in his official capacity as Secretary of Commerce 1401 Constitution Avenue NW, Washington, DC 20230**

9590 9402 5532 9249 6184 93

2. Article Number *(Transfer from service label)*

9589 0710 5270 1831 2320 25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

$

Total Postage and Fees

HOWARD LUTNICK, in his official capacity as
Secretary of Commerce
1401 Constitution Avenue NW,
Washington, DC 20230

9589 0710 5270 1831 2320 25

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

FAQs ❯

Tracking Number:                                              Remove ✕

## 95890071052701831232025

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:47 am on March 31, 2025 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20230
March 31, 2025, 7:47 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20230
March 30, 2025, 11:05 am

● **Arrived at Hub**
WASHINGTON, DC 20018
March 30, 2025, 10:25 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 9:13 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:37 am

● **Departed USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:02 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 2:46 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 2:24 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 29, 2025, 7:14 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 29, 2025, 2:17 pm

**In Transit to Next Facility**

March 29, 2025, 11:38 am

**In Transit to Next Facility**

March 29, 2025, 9:38 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
March 29, 2025, 7:02 am

**Arrived at USPS Regional Origin Facility**

NEW YORK NY DISTRIBUTION CENTER
March 28, 2025, 10:59 pm

**USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:30 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

USPS.com® - USPS Tracking® Results

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

### Department of the Treasury



# USPS Tracking®

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Tracking Number:

**Remove ✕**

**70203160000039814970**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:15 am on April 3, 2025 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20220
April 3, 2025, 4:15 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20220
April 2, 2025, 11:27 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 2, 2025, 9:28 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 9:42 pm

**In Transit to Next Facility**
April 1, 2025

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
March 28, 2025, 11:01 pm

**USPS in possession of item**
NEW YORK, NY 10007

Feedback



Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**U.S. Department of Education**



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X    ☐ Agent   ☐ Addressee <br> B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> **U.S. DEPARTMENT OF EDUCATION** <br> **400 Maryland Avenue SW,** <br> **Washington, DC 20202** | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 9590 9402 5532 9249 6184 55 | 3. Service Type <br> ☐ Adult Signature   ☐ Priority Mail Express® <br> ☐ Adult Signature Restricted Delivery   ☐ Registered Mail™ <br> ☐ Certified Mail®   ☐ Registered Mail Restricted Delivery <br> ☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise <br> ☐ Collect on Delivery   ☐ Signature Confirmation™ <br> ☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation Restricted Delivery <br> ☐ Insured Mail <br> ☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label) <br> 7020 3160 0000 3981 4659 | Domestic Return Receipt |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7020 3160 0000 3981 4659

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

**U.S. DEPARTMENT OF EDUCATION**
**400 Maryland Avenue SW,**
**Washington, DC 20202**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                    Remove ✕

## 70203160000039814659

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:32 pm on April 2, 2025 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
April 2, 2025, 12:32 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 2, 2025, 10:02 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 2:50 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 9:42 pm

● **In Transit to Next Facility**
April 1, 2025

● **Arrived at USPS Regional Origin Facility**

NEW YORK NY DISTRIBUTION CENTER
March 28, 2025, 11:01 pm

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:30 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                               ⌄

---

**USPS Tracking Plus®**                                                                 ⌄

---

**Product Information**                                                                 ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

### Environmental Protection Agency



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

**ENVIRONMENTAL PROTECTION AGENCY**
**1200 Pennsylvania Avenue NW,**
**Washington, DC 20460**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0350 2435 36

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

**Remove ✕**

**Tracking Number:**

## 9589071052700350243536

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:45 am on March 31, 2025 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
March 31, 2025, 8:45 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20460
March 30, 2025, 11:06 am

● **Arrived at Hub**
WASHINGTON, DC 20018
March 30, 2025, 10:31 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 9:13 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:37 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:02 am

● **Arrived at USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION
CENTER
March 30, 2025, 2:46 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION
CENTER
March 30, 2025, 2:24 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION
CENTER
March 29, 2025, 7:14 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION
CENTER
March 29, 2025, 2:17 pm

**In Transit to Next Facility**

March 29, 2025, 11:38 am

**In Transit to Next Facility**

March 29, 2025, 9:38 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION
CENTER
March 29, 2025, 7:02 am

**Arrived at USPS Regional Origin
Facility**

NEW YORK NY DISTRIBUTION
CENTER
March 28, 2025, 11:00 pm

**USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:30 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses
Mean?**
**(https://faq.usps.com/s/article/Where-
is-my-package)**

**Text & Email Updates**                                                          ⌄

---

**USPS Tracking Plus®**                                                           ⌄

---

**Product Information**                                                           ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Kelly Loeffler**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

1. Article Addressed to:

KELLY LOEFFLER, in her official
capacity as Administrator of the U.S.
Small Business Administration
409 Third Street SW,
Washington, DC 20416

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 5532 9249 6185 16

2. Article Number *(Transfer from service label)*

9589 0710 5270 1831 2320 49

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery *(over $500)*

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

KELLY LOEFFLER, in her official capacity as
Administrator
of the U.S. Small Business Administration
409 Third Street SW, Washington, DC 20416

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ›

Tracking Number:                                                                    Remove ✕

## 95890711052701831232049

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:45 am on April 3, 2025 in WASHINGTON, DC 20416.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20416
April 3, 2025, 11:45 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 10:31 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                                    ⌄

Feedback

**USPS Tracking Plus®**                                                          ⌄

---

**Product Information**                                                          ⌄

**See Less** ⌃

Track Another Package

> Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

**JOHN L. RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency, Office of Public Affairs, Central Intelligence Agency Washington, DC 20505**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Tracking Number:

Remove ✕

## 9589071052701831232148

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:17 am on April 7, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20505
April 7, 2025, 6:17 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20505
April 4, 2025, 12:46 pm

● **Arrived at Post Office**

WASHINGTON, DC 20018
April 4, 2025, 11:18 am

● **USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**

⌄

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Kristi Noem, in her official capacity as Secretary of Homeland Security**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

**KRISTI NOEM, in her official capacity as Secretary
of Homeland Security
2707 Martin Luther King Jr Avenue SE, Mail Stop 0485,
Washington, DC 20528-0525**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2319 67

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

**Remove ✕**

## 9589071052701831231967

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:07 am on April 7, 2025 in WASHINGTON, DC 20528.

─────────────────────

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
April 7, 2025, 9:07 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20528
April 5, 2025, 11:32 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 5, 2025, 10:14 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

─────────────────────

**Text & Email Updates**                    ⌄

Feedback



**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## U.S. Department of Health and Human Services

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
**200 Independence Avenue SW,**
**Washington, DC 20201**

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 5532 9249 6184 48

2. Article Number (Transfer from service label)

7020 3160 0000 3981 5021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

7020 3160 0000 3981 5021

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
**200 Independence Avenue SW,**
**Washington, DC 20201**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

**Remove ✕**

## 70203160000039815021

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:43 am on March 31, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### ● Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
March 31, 2025, 7:43 am

### ● Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20201
March 30, 2025, 12:08 pm

### ● Arrived at Hub
WASHINGTON, DC 20018
March 30, 2025, 11:02 am

### ● Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 9:13 am

### ● Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:37 am

### ● Departed USPS Regional Facility

Feedback

WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:02 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 2:46 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 2:24 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 29, 2025, 7:13 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 29, 2025, 2:17 pm

**In Transit to Next Facility**
March 29, 2025, 11:38 am

**In Transit to Next Facility**
March 29, 2025, 9:38 am

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
March 29, 2025, 7:02 am

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
March 28, 2025, 10:59 pm

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:30 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Lori Chavez-DeRemer, in her official capacity as Secretary of Labor**



# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

Tracking Number:

## 9589071052701831232001

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:41 pm on April 3, 2025 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20210
April 3, 2025, 12:41 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 9:56 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Brooke Rollins**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Patrice A Pettus_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Pettus Patrice A.  4.3.25<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

BROOKE L. ROLLINS, in her official
capacity as Secretary of Agriculture
1400 Independence Avenue SW,
Washington, DC 20250

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 9372 5002 7075 70

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2320 18

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees

Postmark
Here
NEW YORK, NY 10007
MAR 28 2025

9589 0710 5270 1831 2320 18

BROOKE L. ROLLINS, in her official capacity as
Secretary of Agriculture
1400 Independence Avenue SW,
Washington, DC 20250

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Tracking Number:**                                                                      Remove ✕

## 95890071052701831232018

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:38 am on April 3, 2025 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20250
April 3, 2025, 9:38 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 7:15 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                              ⌄

Feedback

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## Office of the Director of National Intelligence



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage

$

Total Postage and Fees

$

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,
Office of General Counsel,
Washington, DC 20511

Postmark
Here

MAR 28 2025

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Tracking Number:                                                    **Remove ✕**

## 9589071052700350243512

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:17 am on April 7, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20505
April 7, 2025, 6:17 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20505
April 4, 2025, 12:46 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 4, 2025, 11:18 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

<u>**Russell Vought, in his official capacity as Director of the U.S. Office of Management and Budget**</u>



# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

**Remove ✕**

## 95890710527018311232124

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 11:54 am on April 18, 2025 in WASHINGTON, DC 20502.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20502
April 18, 2025, 11:54 am

● **Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20503
April 3, 2025, 11:43 am

● **Arrived at Post Office**

WASHINGTON, DC 20018
April 3, 2025, 9:57 am

● **USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Department of Energy**



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**DEPARTMENT OF ENERGY**
**1000 Independence Avenue SW,**
**Washington, DC 20585**

9590 9402 8863 4005 3200 45

2. Article Number *(Transfer from service label)*

7020 3160 0000 3981 4963

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☑ Agent   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
JMathis    4/3/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

**DEPARTMENT OF ENERGY**
**1000 Independence Avenue SW,**
**Washington, DC 20585**

7020 3160 0000 3981 4963

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs** >

**Remove** ✕

**Tracking Number:**

## 70203160000039814963

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:56 am on April 3, 2025 in WASHINGTON, DC 20585.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20585
April 3, 2025, 9:56 am

### Arrived at Post Office
WASHINGTON, DC 20018
April 3, 2025, 7:51 am

### USPS in possession of item
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                                          ⌄

---

**Product Information**                                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Scott Bessent, in his official capacity as Secretary of the Treasury**



# USPS Tracking®

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

**Remove ✕**

Tracking Number:

## 9589071052701831231998

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:32 am on April 4, 2025 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20220
April 4, 2025, 4:32 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20220
April 3, 2025, 1:03 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 12:22 pm

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                                   ⌄

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Coke Morgan Stewart**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* Donnell H    C. Date of Delivery |
| 1. Article Addressed to:<br><br>COKE MORGAN STEWART, in her official capacity as Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office, 600 Dulany Street, Alexandria, VA 22314 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9372 5002 7076 31 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 1831 2319 05 | Domestic Return Receipt |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 1831 2319 05

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

COKE MORGAN STEWART, in her official capacity as Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the U. S Patent and Trademark Office, 600 Dulany Street, Alexandria, VA 22314

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs >**

Tracking Number:                                                                      **Remove ✕**

## 95890710527018312319O5

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:34 pm on April 1, 2025 in ALEXANDRIA, VA 22314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
ALEXANDRIA, VA 22314
April 1, 2025, 1:34 pm

**Out for Delivery**
ALEXANDRIA, VA 22314
April 1, 2025, 8:11 am

**Arrived at Post Office**
ALEXANDRIA, VA 22314
April 1, 2025, 8:00 am

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates                                              ⌄

## USPS Tracking Plus®                                               ⌄

## Product Information                                               ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Sean Duffy**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SEAN DUFFY, in his official capacity as Secretary of Transportation**
**1200 New Jersey Avenue SE,**
**Washington, DC 20590**

9590 9402 9372 5002 7076 00

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2318 75

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ (agent)

B. Received by (Printed Name)    4/8/25
Peter Flocka

D. Is delivery address different from item
   If YES, enter delivery address below

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (00)

☐ Prior
☐ Regist
☐ Registe
   Delivery
☐ Signatu
☐ Signat
   Restri

Domestic F

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Postmark
Here

MAR 8 2025

NEW YORK, NY

**SEAN DUFFY, in his official capacity as**
**Secretary of Transportation**
**1200 New Jersey Avenue SE,**
**Washington, DC 20590**

9589 0710 5270 1831 2318 75

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs** ❯

**Tracking Number:**

**Remove** ✕

## 9589071052701831231875

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:28 am on April 3, 2025 in WASHINGTON, DC 20590.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20590
April 3, 2025, 10:28 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 6:53 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                  ⌄

Product Information                                                  ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## United States Patent and Trademark Office

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES PATENT AND
TRADEMARK OFFICE
600 Dulany Street,
Alexandria, VA 22314

9590 9402 9412 5002 7351 05

2. Article Number (Transfer from service label)

9589 0710 5270 0350 2434 82

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Donnell H

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

9589 0710 5270 2434 82

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

UNITED STATES PATENT AND TRADEMARK OFFICE
600 Dulany Street,
Alexandria, VA 22314

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052700350243482

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:34 pm on April 1, 2025 in ALEXANDRIA, VA 22314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
ALEXANDRIA, VA 22314
April 1, 2025, 1:34 pm

● **Out for Delivery**
ALEXANDRIA, VA 22314
April 1, 2025, 8:11 am

● **Arrived at Post Office**
ALEXANDRIA, VA 22314
April 1, 2025, 8:00 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

4/28/25, 4:14 PM
Case 1:25-cv-00917-RJL
Document 108-1
USPS.com® - USPS Tracking® Results
Filed 05/12/25
Page 118 of 171

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Chris Wright**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHRIS WRIGHT, in his official capacity
as Secretary of Energy
1000 Independence Avenue SW,
Washington, DC 20585

9590 9402 9372 5002 7075 56

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2319 81

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
J Moths                          4/3/2r

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here
MAR 28 2025

Postage
$

Total Postage and Fees
$

CHRIS WRIGHT, in his official capacity as
Secretary of Energy
1000 Independence Avenue SW,
Washington, DC 20585

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2319 81

# USPS Tracking®

FAQs ⟩

**Remove** ✕

Tracking Number:

## 9589071052701831231981

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:56 am on April 3, 2025 in WASHINGTON, DC 20585.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20585
April 3, 2025, 9:56 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 7:51 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                            ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## Department of the Interior

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF THE INTERIOR
1849 C Street NW,
Washington, DC 20240

9590 9402 9412 5002 7350 68

2. Article Number (Transfer from service label)

9589 0710 5270 0350 2434 44

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
G. Dodds    4/3/25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
MAR 2 2025

DEPARTMENT OF THE INTERIOR
1849 C Street NW,
Washington, DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0350 2434 44

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052700350243444

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:06 pm on April 3, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20240
April 3, 2025, 12:06 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 9:52 am

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

Feedback

4/28/25, 4:14 PM
Case 1:25-cv-00917-RJL
Document 108-1
USPS.com® - USPS Tracking® Results
Filed 05/12/25
Page 124 of 171

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Andrea R. Lucas**



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREA R. LUCAS, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission, 131 M Street NE, Washington, DC 20507

9590 9402 9372 5002 7099 18

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2319 12

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Q. Murphy
☑ Agent
☐ Addressee

B. Received by (Printed Name)
R. Murphy
C. Date of Delivery
4/3/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

ANDREA R. LUCAS, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission, 131 M Street NE, Washington, DC 20507

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2319 12

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052701831231912

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:23 am on April 3, 2025 in WASHINGTON, DC 20507.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## ● Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20507
April 3, 2025, 10:23 am

**Arrived at Post Office**

WASHINGTON, DC 20018
April 3, 2025, 7:49 am

**USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:35 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Linda M. McMahon**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LINDA M. MCMAHON, in her official
capacity as Secretary of Education,
U.S. Department of Education
400 Maryland Avenue SW,
Washington, DC 20202

9590 9402 9412 5002 7384 41

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2321 00

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X O. M                         ☑ Agent
                               ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   A Murray                          9/3/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

LINDA M. MCMAHON, in her official capacity as Secretary
of Education, U.S. Department of Education
400 Ryland Avenue SW,
Washington, DC 20202

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2321 00

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 9589071052701831232100

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:55 am on April 3, 2025 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
April 3, 2025, 11:55 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 7:12 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                                                ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Mark T. Uyeda



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anthony Thomas_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |

1. Article Addressed to:

**MARK T. UYEDA, in his official capacity as Acting Chairman of the Securities and Exchange Commission 100 F Street NE, Washington, DC 20549**

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

SEC Mail Processing

APR 0 3 2025

Washington, DC

9590 9402 9372 5002 7076 17

2. Article Number *(Transfer from service label)*

9589 0710 5270 1831 2318 82

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☑ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required      $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Postmark Here

**MARK T. UYEDA, in his official capacity as Acting Chairman of the Securities and Exchange Commission 100 F Street NE, Washington, DC 20549**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1831 2318 82

USPS.com® - USPS Tracking® Results

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

## 9589071052701831231882

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:39 am on April 3, 2025 in WASHINGTON, DC 20549.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20549
April 3, 2025, 8:39 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 7:50 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates    ⌄

**USPS Tracking Plus®**                                                    ⌄

**Product Information**                                                    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Equal Employment Opportunity Commission**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street NE,
Washington, DC 20507

9590 9402 9412 5002 7351 12

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2320 56

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Q. Murphy
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Q. Murphy
C. Date of Delivery
4/3/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
131 M Street NE,
Washington, DC 20507

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

9589 0710 5270 1831 2320 56

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052701831232056

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:23 am on April 3, 2025 in WASHINGTON, DC 20507.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20507
April 3, 2025, 10:23 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 7:50 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Robert F. Kennedy, Jr.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>K. KIRTA |
| 1. Article Addressed to:<br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, U.S. Department of Health and Human Services<br>200 Independence Avenue SW, Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>APR 0 4 2025<br>BY: |
| 9590 9402 9412 5002 7384 34 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1831 2320 94 | Domestic Return Receipt |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
MAR 2 8 2025

ROBERT F. KENNEDY, JR., in his official capacity as
Secretary of Health and Human Services,
U.S. Department of Health and Human Services
200 Independence Avenue SW, Washington, DC 20201

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1831 2320 94

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove** ✕

## 9589071052701831232094

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:23 am on April 3, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
April 3, 2025, 11:23 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 10:28 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                              ⌄

Feedback

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## Executive Office of the President



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**EXECUTIVE OFFICE OF THE PRESIDENT**
1600 Pennsylvania Avenue NW,
Washington, DC 20500

9590 9402 9372 5002 7099 49

2. Article Number (Transfer from service label)

7020 3160 0000 3981 4994

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

**EXECUTIVE OFFICE OF THE PRESIDENT**
1600 Pennsylvania Avenue NW,
Washington, DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 3981 4994

# USPS Tracking®

FAQs >

**Tracking Number:**                                                        Remove ✕

## 70203160000039814994

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:00 am on April 3, 2025 in WASHINGTON, DC 20500.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 3, 2025, 4:00 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
March 30, 2025, 10:38 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 9:13 am

● **Arrived at Hub**
WASHINGTON, DC 20018
March 30, 2025, 7:51 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:37 am

● **Departed USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 3:02 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 2:46 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 30, 2025, 2:24 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 29, 2025, 7:14 pm

**In Transit to Next Facility**

March 29, 2025

**Arrived at USPS Regional Origin Facility**

NEW YORK NY DISTRIBUTION CENTER
March 28, 2025, 11:03 pm

**USPS in possession of item**

NEW YORK, NY 10007
March 28, 2025, 6:30 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                             ⌄

**USPS Tracking Plus®**                                              ⌄

**Product Information**                                              ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Scott Turner, in his official capacity as Secretary of Housing and Urban Development**



# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:**

**Remove ✕**

## 9589071052701831232032

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:42 am on April 3, 2025 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20410
April 3, 2025, 9:42 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 6:58 am

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ˅ |
| --- | --- |
| USPS Tracking Plus® | ˅ |
| Product Information | ˅ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## U.S. Department of Justice

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      APR 0 4 REC'D   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br>**950 Pennsylvania Avenue NW,**<br>**Washington, DC 20530** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| <br>9590 9402 5532 9249 6184 24 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (*Transfer from service label*)<br>7020 3160 0000 3981 5007 | Domestic Return Receipt |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7020 3160 0000 3981 5007

OFFICIAL

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

MAR 2 8 2025
Postmark
Here

**U.S. DEPARTMENT OF JUSTICE,**
**950 Pennsylvania Avenue NW,**
**Washington, DC 20530**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70203160000039815007

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:15 am on April 4, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

  USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 4, 2025, 5:15 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
April 3, 2025, 10:47 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 9:41 am

**In Transit to Next Facility**
April 2, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 31, 2025, 8:15 am

**USPS in possession of item**
NEW YORK, NY 10007

Feedback

March 28, 2025, 6:32 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                                                        ⌄

---

**USPS Tracking Plus®**                                                                                          ⌄

---

**Product Information**                                                                                          ⌄

---

**See Less** ⌃

Track Another Package

```
Enter tracking or barcode numbers
```

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Tulsi Gabbard, in her official capacity a s U.S. Director of National Intelligence**



# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

Tracking Number:

## 70203160000039814727

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:55
am on April 11, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20505
April 11, 2025, 5:55 am

● **Redelivery Scheduled for Next
Business Day**
WASHINGTON, DC 20505
April 10, 2025, 11:49 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 10, 2025, 10:51 am

● **In Transit to Next Facility**
April 8, 2025

● **Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION
CENTER
April 4, 2025, 6:34 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses
Mean?**
**(https://faq.usps.com/s/article/Where-
is-my-package)**

Feedback

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Andrew N. Ferguson**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580

9590 9402 9372 5002 7076 24

Article Number (Transfer from service label)

9589 0710 5270 1831 2318 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _PTC_    APR 0 7 REC'D    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required     $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9589071052701831231899

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:02 am on April 4, 2025 in WASHINGTON, DC 20580.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20580
April 4, 2025, 9:02 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20580
April 3, 2025, 1:05 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 12:25 pm

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Marco Rubio**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARCO RUBIO, in his official capacity
as Secretary of State
Suite 5.600, 600 19th Street NW,
Washington DC 20522

9590 9402 4542 8278 2269 07

2. Article Number (Transfer from service label)

9589 0710 5270 1831 2319 74

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Inspected and Processed

APR 0 7 2025

DoS Official Mail Center

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

MARCO RUBIO, in his official capacity as
Secretary of State
Suite 5.600, 600 19th Street NW,
Washington DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9589071052701831231974

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:03 am on April 4, 2025 in WASHINGTON, DC 20521.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
April 4, 2025, 6:03 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20520
April 3, 2025, 1:01 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 10:30 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:34 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Federal Trade Commission**



**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

**FEDERAL TRADE COMMISSION**
**600 Pennsylvania Avenue NW,**
**Washington, DC 20580**

9590 9402 9412 5002 7350 99

2. Article Number (Transfer from service label)

9589 0710 5270 0350 2434 75

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  FTC  APR 0 7 REC'D    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

**FEDERAL TRADE COMMISSION**
**600 Pennsylvania Avenue NW,**
**Washington, DC 20580**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0350 2434 75

# USPS Tracking®

FAQs >

Tracking Number:

**Remove ✕**

## 9589071052700350243475

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:02 am on April 4, 2025 in WASHINGTON, DC 20580.

**Get More Out of USPS Tracking:**

     USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20580
April 4, 2025, 9:02 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20580
April 3, 2025, 1:05 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 12:25 pm

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:35 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## Office of Management and Budget

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF MANAGEMENT AND BUDGET,
725 17th Street NW,
Washington, DC 20503

9590 9402 9372 5002 7099 56

2. Article Number (Transfer from service label)

9589 0710 5270 0350 2435 05

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

APR 1 ⌄ REC'D

MSOD MAIL OPE...

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (...00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

9589 0710 5270 0350 2435 05

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

MAR 28 2025
NEW YORK, NY 10001
CHURCH ST STATION POST OFFICE

OFFICE OF MANAGEMENT AND BUDGET,
725 17th Street NW,
Washington, DC 20503

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

FAQs ❯

Tracking Number:

**Remove** ✕

## 9589071052700350243505

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 11:54 am on April 18, 2025 in WASHINGTON, DC 20502.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20502
April 18, 2025, 11:54 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20503
April 3, 2025, 11:43 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 9:57 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:33 pm

● **Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates                                              ⌄

## USPS Tracking Plus®                                               ⌄

## Product Information                                               ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## U.S. Department of Defense



U.S. DEPARTMENT OF DEFENSE,
1000 Defense Pentagon,
Washington, DC 20301

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

**Remove ✕**

Tracking Number:

## 70203160000039815014

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:55 am on April 3, 2025 in WASHINGTON, DC 20310.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
April 3, 2025, 6:55 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 3, 2025, 6:17 am

● **In Transit to Next Facility**
April 2, 2025

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 31, 2025, 8:15 am

● **USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:32 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

## U.S. Department of Veteran Affairs



# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

**Remove ✕**

Tracking Number:

## 9589071052700350243499

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:13 am on April 3, 2025 in WASHINGTON, DC 20420.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20420
April 3, 2025, 5:13 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20420
April 2, 2025, 11:26 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
April 2, 2025, 9:26 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 2, 2025, 2:50 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 9:44 pm

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2025, 1:12 pm

● **Arrived at USPS Regional Facility**

Feedback



WASHINGTON DC DISTRIBUTION
CENTER
April 1, 2025, 10:31 am

**In Transit to Next Facility**
April 1, 2025, 8:15 am

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION
CENTER
April 1, 2025, 5:26 am

**In Transit to Next Facility**
March 31, 2025

**Arrived at USPS Regional Origin
Facility**
NEW YORK NY DISTRIBUTION
CENTER
March 28, 2025, 11:05 pm

**USPS in possession of item**
NEW YORK, NY 10007
March 28, 2025, 6:30 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses
Mean?
(https://faq.usps.com/s/article/Where-
is-my-package)**

---

**Text & Email Updates**                                          ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs