UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP, ) ) ) ) | |
| Plaintiff, ) ) | Civil Case No. 25-917 (RJL) |
| v. ) ) | |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, ) ) ) | |
| Defendants. ) ) | |

## ORDER

May **27**, 2025 [Dkt. #15; Dkt. #16]

For the reasons set forth in the accompanying Memorandum Opinion, defendants' Motion to Dismiss [Dkt. #15] and Wilmer Cutler Pickering Hale and Dorr LLP's ("WilmerHale") Motion for Summary Judgment [Dkt. #16] are each **GRANTED IN PART** and **DENIED IN PART**. Accordingly, it is hereby

**ORDERED** that defendants' Motion to Dismiss [Dkt. #15] is **GRANTED** to the extent it seeks to dismiss Counts VIII, IX, and XI and **DENIED** to the extent it seeks to dismiss Counts I–VII and X; it is further

**ORDERED** that Counts VIII, IX, and XI are **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that WilmerHale's Motion for Summary Judgment is **GRANTED** as to Counts I–VII and X and **DENIED AS MOOT** as to Counts VIII, IX, and XI; it is further

1

**DECLARED** that Executive Order 14250, 90 Fed. Reg. 14549 (Apr. 3, 2025), issued by the President on March 27, 2025 and entitled "Addressing Risks from WilmerHale," is unconstitutional because it violates the First, Fifth, and Sixth Amendments to the U.S. Constitution and is *ultra vires*, and is therefore null and void; it is further

**ORDERED** that all defendants other than defendant United States (together, the "agency defendants") are **PERMANENTLY ENJOINED** from implementing or giving effect to Executive Order 14250, including by relying on or considering any of the statements in § 1 of Executive Order 14250; it is further

**ORDERED** that the agency defendants shall immediately take any and all steps necessary to nullify and reverse any implementation or enforcement of Executive Order 14250 that has occurred or is occurring; it is further

**ORDERED** that the agency defendants shall immediately issue guidance to their officers, staff, employees, and contractors, instructing them to disregard Executive Order 14250; it is further

**ORDERED** that counsel for defendants shall provide counsel for WilmerHale with copies of such guidance within seven (7) days of issuance; it is further

**ORDERED** that counsel for defendants shall, within seven (7) days of this Order, file with the Court a status report describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements; it is further

**ORDERED** that WilmerHale's Motion for a Preliminary Injunction [Dkt. #3] is **DENIED AS MOOT**; and it is further

**ORDERED** that this Court shall retain jurisdiction to enforce or modify this Order.

This Order shall serve as the judgment of the Court.

**SO ORDERED**.

*[signature]*
RICHARD J. LEON
United States District Judge