## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

WILMER CUTLER PICKERING HALE
AND DORR LLP,

      Plaintiff,

    v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

      Defendants.

Civil Action No. 25-917 (RJL)

---

### DEFENDANTS' STATUS REPORT

Pursuant to this Court's Order (ECF No. 111 "Order") on Wilmer Cutler Pickering Hale and Dorr LLP's Motion for Summary Judgment (ECF No. 16) and Defendants' Motion to Dismiss (ECF No. 15), Defendants submit this status report certifying compliance with the Order and describing the steps have been taken to ensure compliance.

On May 30, 2025, counsel for the Defendants circulated to all agency defendants copies of this Court's order. This notification advised the agency defendants that Sections 1-5 of the Executive Order ("E.O.") had been enjoined, the agency defendants are to nullify and reverse implementation of the E.O. (noting that this provision encompassed steps undertaken pursuant to Section 2 of the E.O. regarding security clearances), that the agency defendants are to develop guidance for their staff instructing them to disregard the E.O., and that copies of their intra-agency guidance are to be provided to opposing counsel.

To date several agency defendants have issued guidance to their staff and copies of these notices have been provided to counsel for Plaintiffs. Undersigned counsel will continue to work

with the agency defendants to develop and issue these guidance notices and will provide an update

to opposing counsel no later than noon Friday, June 6, 2025.

Dated:  June 3, 2025                              Respectfully submitted,
        Washington, D.C.


                                                 /s/ *Richard Lawson*
                                                 RICHARD LAWSON
                                                 Deputy Associate Attorney General
                                                 950 Pennsylvania Avenue, NW
                                                 Washington, DC 20530
                                                 Telephone: (202) 445-8042

                                                 *Counsel for Defendants*