UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, )<br>)<br>Defendants. ) | Civil Case No. 25-917 (RJL) |

**AMENDED ORDER**
June 26, 2025 [Dkt. #15; Dkt. #16]

This Court's May 27, 2025 Order [Dkt. #111] is **VACATED**.

For the reasons set forth in the Court's May 27, 2025 Memorandum Opinion [Dkt. #110], defendants' Motion to Dismiss [Dkt. #15] and Wilmer Cutler Pickering Hale and Dorr LLP's ("WilmerHale") Motion for Summary Judgment [Dkt. #16] are each **GRANTED IN PART** and **DENIED IN PART**. Accordingly, it is hereby

**ORDERED** that defendants' Motion to Dismiss [Dkt. #15] is **GRANTED** to the extent it seeks to dismiss Counts VIII, IX, and XI and **DENIED** to the extent it seeks to dismiss Counts I–VII and X; it is further

**ORDERED** that Counts VIII, IX, and XI are **DISMISSED WITH PREJUDICE**; it is further

1

**ORDERED** that WilmerHale's Motion for Summary Judgment is **GRANTED** as to Counts I–VII and X and **DENIED AS MOOT** as to Counts VIII, IX, and XI; it is further

**DECLARED** that Executive Order 14250, 90 Fed. Reg. 14549 (Apr. 3, 2025), issued by the President on March 27, 2025 and entitled "Addressing Risks from WilmerHale," is unconstitutional because it violates the First, Fifth, and Sixth Amendments to the U.S. Constitution and is *ultra vires*, and is therefore null and void; it is further

**ORDERED** that (i) all defendants; (ii) the departments, agencies, and other entities listed in Appendix A hereto, including the responsible officials and their successors at each entity, also listed in Appendix A; and (iii) any officers, staff, employees, and contractors of any of the foregoing who were provided with Executive Order 14250 or guidance related to Executive Order 14250, are **PERMANENTLY ENJOINED** from implementing or giving effect to Executive Order 14250, including by relying on or considering any of the statements in § 1 of Executive Order 14250; it is further

**ORDERED** that (i) all defendants; (ii) the departments, agencies, and other entities listed in Appendix A hereto, including the responsible officials and their successors at each entity, also listed in Appendix A; and (iii) any officers, staff, employees, and contractors of any of the foregoing who were provided with Executive Order 14250 or guidance related to Executive Order 14250, shall immediately take any and all steps necessary to nullify and reverse any implementation or enforcement of Executive Order 14250 that has occurred or is occurring; it is further

**ORDERED** that this Order's injunctive relief as to Section 4 of Executive Order 14250 runs only in favor of WilmerHale (including its affiliates, predecessors, successors, assigns, directors, officers, partners, employees, and agents); it is further

**ORDERED** that defendants other than the United States shall immediately issue notice to their officers, staff, employees, and contractors, instructing them to disregard Executive Order 14250; it is further

**ORDERED** that defendant United States Department of Justice shall immediately issue guidance, which shall include a copy of this Order, to (i) all defendants; (ii) the departments, agencies, and other entities listed in Appendix A hereto, including the responsible officials and their successors at each entity, also listed in Appendix A; and (iii) any officers, staff, employees, and contractors of any of the foregoing who were provided with Executive Order 14250 or guidance related to Executive Order 14250, notifying each recipient that:

   a) Executive Order 14250 has been declared unconstitutional and *ultra vires* and is therefore null and void;

   b) The recipient is permanently enjoined from implementing or giving effect to Executive Order 14250, including by relying on or considering any of the statements in § 1 of Executive Order 14250; and

   c) The recipient shall immediately take any and all steps necessary to nullify and reverse any implementation or enforcement of Executive Order 14250 that has occurred or is occurring; it is further

**ORDERED** that counsel for defendants shall provide counsel for WilmerHale with copies of such guidance within seven (7) days of issuance; it is further

**ORDERED** that counsel for defendants shall, within seven (7) days of this Order, file with the Court a status report describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements; it is further

**ORDERED** that WilmerHale's Motion for a Preliminary Injunction [Dkt. #3] is **DENIED AS MOOT**; and it is further

**ORDERED** that this Court shall retain jurisdiction to enforce or modify this Order. This Order shall serve as the judgment of the Court.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge