## APPENDIX A

- Administration for Children and Families
  - Assistant Secretary of Health and Human Services for Children and Families
  - Deputy Assistant Secretaries of Health and Human Services for Children and Families
- Administration for Strategic Preparedness and Response
  - Assistant Secretary for Preparedness and Response
  - Principal Deputy Assistant Secretary for Preparedness and Response
- Administrative Conference of the United States
  - Chairman of the Administrative Conference of the United States
  - Council Members of the Administrative Conference of the United States
- Advisory Council on Historic Preservation
  - Chairman of the Advisory Council on Historic Preservation
  - Members of the Advisory Council on Historic Preservation
- American National Red Cross
  - Chairman of the Board of the American National Red Cross
  - President and Chief Executive Officer of the American National Red Cross
- AmeriCorps
  - Agency Head of AmeriCorps
  - Chair of the Board of Directors of AmeriCorps
- Appalachian Regional Commission
  - Federal Co-Chair of the Appalachian Regional Commission
  - Executive Director of the Appalachian Regional Commission
- Bonneville Power Administration
  - Administrator and Chief Executive Officer of the Bonneville Power Administration
  - Chief Operating Officer of the Bonneville Power Administration
- Bureau of Alcohol, Tobacco, Firearms and Explosives
  - Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives
  - Deputy Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives
- Bureau of the Census
  - Director of the Bureau of the Census
  - Deputy Director of the Bureau of the Census
- Bureau of Consumer Financial Protection
  - Director of the Bureau of Consumer Financial Protection
  - Deputy Director of the Bureau of Consumer Financial Protection
- Bureau of Economic Analysis
  - Director of the Bureau of Economic Analysis
  - Deputy Director of the Bureau of Economic Analysis
- Bureau of Indian Affairs
  - Assistant Secretary for Indian Affairs
  - Director of the Bureau of Indian Affairs
- Bureau of Industry and Security
  - Under Secretary of Commerce for Industry and Security
  - Deputy Under Secretary of Commerce for Industry and Security

- Bureau of International Labor Affairs
  - Deputy Undersecretary of Labor for International Affairs
  - Associate Deputy Undersecretaries of Labor for International Affairs
- Bureau of Land Management
  - Director of the Bureau of Land Management
  - Deputy Director of the Bureau of Land Management
- Bureau of Ocean Energy Management
  - Director of the Bureau of Ocean Energy Management
  - Deputy Director of the Bureau of Ocean Energy Management
- Bureau of Reclamation
  - Commissioner of the Bureau of Reclamation
  - Deputy Commissioners of the Bureau of Reclamation
- Bureau of Safety and Environmental Enforcement
  - Director of the Bureau of Safety and Environmental Enforcement
  - Deputy Director of the Bureau of Safety and Environmental Enforcement
- Centers for Disease Control and Prevention
  - Director of the Centers for Disease Control and Prevention
  - Principal Deputy Director of the Centers for Disease Control and Prevention
- Centers for Medicare & Medicaid Services
  - Administrator of the Centers for Medicare & Medicaid Services
  - Deputy Administrator of the Centers for Medicare & Medicaid Services
- Central Intelligence Agency
  - Director of the Central Intelligence Agency
  - Deputy Director of the Central Intelligence Agency
- CHIPS Research and Development Office
  - Director of the CHIPS Research and Development Office
  - Deputy Director of the CHIPS Research and Development Office
- Commission of Fine Arts
  - Chair of the Commission of Fine Arts
  - Members of the Commission of Fine Arts
- Committee on Foreign Investment in the United States
  - Chairperson of the Committee on Foreign Investment in the United States
  - Members of the Committee on Foreign Investment in the United States
- Commodity Futures Trading Commission
  - Chairman of the Commodity Futures Trading Commission
  - Commissioners of the Commodity Futures Trading Commission
- Consumer Product Safety Commission
  - Chairman of the Consumer Product Safety Commission
  - Commissioners of the Consumer Product Safety Commission
- Corporation for National and Community Service
  - Chair of the Corporation for National and Community Service
  - Vice Chair of the Corporation for National and Community Service
- Council of the Inspectors General on Integrity and Efficiency
  - Executive Chair of the Council of the Inspectors General on Integrity and Efficiency
  - Chair of the Council of the Inspectors General on Integrity and Efficiency

- Council on Environmental Quality
  - o Chair of the Council on Environmental Quality
  - o Members of the Council on Environmental Quality
- Court Services and Offender Supervision Agency for the District of Columbia
  - o Director of the Court Services and Offender Supervision Agency for the District of Columbia
  - o Associate Director of the Court Services and Offender Supervision Agency for the District of Columbia
- Defense Contract Audit Agency
  - o Director of the Defense Contract Audit Agency
  - o Deputy Director of the Defense Contract Audit Agency
- Defense Contract Management Agency
  - o Director of the Defense Contract Management Agency
  - o Deputy Director of the Defense Contract Management Agency
- Defense Intelligence Agency
  - o Director of the Defense Intelligence Agency
  - o Deputy Director of the Defense Intelligence Agency
- Defense Logistics Agency
  - o Director of the Defense Logistics Agency
  - o Vice Director of the Defense Logistics Agency
- Denali Commission
  - o Federal Co-Chair of the Denali Commission
  - o Commissioners of the Denali Commission
- Department of the Air Force
  - o Secretary of the Air Force
  - o Under Secretary of the Air Force
- Department of the Army
  - o Secretary of the Army
  - o Under Secretary of the Army
- Department of Commerce
  - o Secretary of Commerce
  - o Deputy Secretary of Commerce
- Department of Defense
  - o Secretary of Defense
  - o Deputy Secretary of Defense
- Department of Education
  - o Secretary of Education
  - o Deputy Secretary of Education
- Department of Energy
  - o Secretary of Energy
  - o Deputy Secretary of Energy
- Department of Health and Human Services
  - o Secretary of Health and Human Services
  - o Deputy Secretary of Health and Human Services

- Department of Homeland Security
  - Secretary of Homeland Security
  - Deputy Secretary of Homeland Security
- Department of Housing and Urban Development
  - Secretary of Housing and Urban Development
  - Deputy Secretary of Housing and Urban Development
- Department of the Interior
  - Secretary of the Interior
  - Deputy Secretary of the Interior
- Department of Justice
  - Attorney General
  - Deputy Attorney General
- Department of Labor
  - Secretary of Labor
  - Deputy Secretary of Labor
- Department of the Navy
  - Secretary of the Navy
  - Under Secretary of the Navy
- Department of State
  - Secretary of State
  - Deputy Secretary of State
- Department of Toxic Substance Controls
  - Director of the Department of Toxic Substance Controls
  - Chief Deputy Director of the Department of Toxic Substance Controls
- Department of Transportation
  - Secretary of Transportation
  - Deputy Secretary of Transportation
- Department of the Treasury
  - Secretary of the Treasury
  - Deputy Secretary of the Treasury
- Department of Veterans Affairs
  - Secretary of Veterans Affairs
  - Deputy Secretary of Veterans Affairs
- Directorate of Defense Trade Controls
  - Deputy Assistant Secretary of the Directorate of Defense Trade Controls
  - Director of Compliance of the Office of Defense Trade Controls Compliance
  - Director of Licensing of the Office of Defense Trade Controls Licensing
  - Director of Management of the Office of Defense Trade Controls Management
  - Director of the Office of Defense Trade Controls Policy
- Drug Enforcement Administration
  - Administrator of the Drug Enforcement Administration
  - Deputy Administrator of the Drug Enforcement Administration
- Environmental Protection Agency
  - Administrator of the Environmental Protection Agency
  - Deputy Administrator of the Environmental Protection Agency

- Equal Employment Opportunity Commission
  - Chair of the Equal Employment Opportunity Commission
  - Commissioners of the Equal Employment Opportunity Commission
- Executive Office of the President
  - White House Chief of Staff
  - White House Deputy Chief of Staff
- Executive Office for U.S. Trustees
  - Director of the U.S. Trustee Program
  - Principal Deputy Director of the U.S. Trustee Program
- Export-Import Bank of the United States
  - President and Chairman of the Export-Import Bank of the United States
  - First Vice President and Vice Chairman of the Export-Import Bank of the United States
- Farm Credit System Insurance Corporation
  - Chairman of the Board of the Farm Credit System Insurance Corporation
  - Members of the Board of the Farm Credit System Insurance Corporation
- Federal Aviation Administration
  - Administrator of the Federal Aviation Administration
  - Deputy Administrator of the Federal Aviation Administration
- Federal Bureau of Investigation
  - Director of the Federal Bureau of Investigation
  - Deputy Director of the Federal Bureau of Investigation
- Federal Bureau of Prisons
  - Director of the Federal Bureau of Prisons
  - Deputy Director of the Federal Bureau of Prisons
- Federal Communications Commission
  - Chairman of the Federal Communications Commission
  - Commissioners of the Federal Communications Commission
- Federal Deposit Insurance Corporation
  - Chairman of the Federal Deposit Insurance Corporation
  - Board Members of the Federal Deposit Insurance Corporation
- Federal Election Commission
  - Chair of the Federal Election Commission
  - Commissioners of the Federal Election Commission
- Federal Emergency Management Agency
  - Administrator of the Federal Emergency Management Agency
  - Deputy Administrator of the Federal Emergency Management Agency
- Federal Energy Regulatory Commission
  - Chairman of the Federal Energy Regulatory Commission
  - Commissioners of the Federal Energy Regulatory Commission
- Federal Highway Administration
  - Administrator of the Federal Highway Administration
  - Deputy Administrator of the Federal Highway Administration

- Federal Home Loan Mortgage Corporation (Freddie Mac)
  - o Chairman of the Federal Home Loan Mortgage Corporation
  - o President and Chief Executive Officer of the Federal Home Loan Mortgage Corporation
- Federal Housing Finance Agency
  - o Director of the Federal Housing Finance Agency
  - o Deputy Directors of the Federal Housing Finance Agency
- Federal Labor Relations Authority
  - o Chair of the Federal Labor Relations Authority
  - o Board Members of the Federal Labor Relations Authority
- Federal Maritime Commission
  - o Chairman of the Federal Maritime Commission
  - o Commissioners of the Federal Maritime Commission
- Federal Mediation and Conciliation Service
  - o Director of the Federal Mediation and Conciliation Service
  - o Chief Operating Officer of the Federal Mediation and Conciliation Service
- Federal Mine Safety and Health Review Commission
  - o Chair of the Federal Mine Safety and Health Review Commission
  - o Commissioners of the Federal Mine Safety and Health Review Commission
- Federal National Mortgage Association (Fannie Mae)
  - o Chairman of the Federal National Mortgage Association
  - o President and Chief Executive Officer of the Federal National Mortgage Association
- Federal Permitting Improvement Steering Council
  - o Executive Director of the Federal Permitting Improvement Steering Council
  - o Deputy Executive Director of the Federal Permitting Improvement Steering Council
- Federal Railroad Administration
  - o Administrator of the Federal Railroad Administration
  - o Deputy Administrator of the Federal Railroad Administration
- Federal Reserve System
  - o Chair of the Board of Governors of the Federal Reserve System
  - o Governors of the Federal Reserve System
- Federal Retirement Thrift Investment Board
  - o Chair of the Federal Retirement Thrift Investment Board
  - o Executive Director of the Federal Retirement Thrift Investment Board
- Federal Trade Commission
  - o Chairman of the Federal Trade Commission
  - o Commissioners of the Federal Trade Commission
- Federal Transit Administration
  - o Administrator of the Federal Transit Administration
  - o Deputy Administrator of the Federal Transit Administration
- Financial Crimes Enforcement Network
  - o Director of the Financial Crimes Enforcement Network
  - o Deputy Director of the Financial Crimes Enforcement Network

- Food and Drug Administration
  - Commissioner of Food and Drugs
  - Principal Deputy Commissioner of Food and Drugs
- General Services Administration
  - Administrator of the General Services Administration
  - Deputy Administrator of the General Services Administration
- Government Accountability Office
  - Comptroller General of the United States
  - Deputy Comptroller General of the United States
- Grid Deployment Office
  - Under Secretary of Energy for Infrastructure
  - Director of the Grid Deployment Office
  - Deputy Director for Grid Modernization of the Grid Deployment Office
  - Deputy Director for Resource Adequacy of the Grid Deployment Office
- Gulf Coast Ecosystem Restoration (RESTORE) Council
  - Chair of the Gulf Coast Ecosystem Restoration (RESTORE) Council
  - Members of the Gulf Coast Ecosystem Restoration (RESTORE) Council
- Health Resources and Services Administration
  - Administrator of the Health Resources and Services Administration
  - Deputy Administrator of the Health Resources and Services Administration
- Institute of Museums and Library Services
  - Director of the Institute of Museums and Library Services
  - Deputy Directors of the Institute of Museums and Library Services
- Inter-American Foundation
  - President and Chief Executive Officer of the Inter-American Foundation
  - Managing Director of the Inter-American Foundation
- Interior Business Center
  - Director of the Interior Business Center
  - Deputy Director of the Interior Business Center
- Internal Revenue Service
  - Commissioner of Internal Revenue
  - Deputy Commissioner of Internal Revenue
- International Trade Administration
  - Under Secretary of Commerce for International Trade
  - Deputy Under Secretary of Commerce for International Trade
- John F. Kennedy Memorial Center for the Performing Arts
  - Chairman of the Board of the John F. Kennedy Memorial Center for the Performing Arts
  - Executive Director of the John F. Kennedy Memorial Center for the Performing Arts
- Joint Chiefs of Staff
  - Chairman of the Joint Chiefs of Staff
  - Vice Chairman of the Joint Chiefs of Staff
- Loan Programs Office
  - Director of the Loan Programs Office
  - Deputy Director of the Loan Programs Office

- Marine Mammal Commission
  - Chair of the Marine Mammal Commission
  - Commissioners of the Marine Mammal Commission
- Millennium Challenge Corporation
  - Chair of the Board of Directors of the Millennium Challenge Corporation
  - Chief Executive Officer of the Millennium Challenge Corporation
- National Aeronautics and Space Administration
  - Administrator of the National Aeronautics and Space Administration
  - Associate Administrator of the National Aeronautics and Space Administration
- National Archives and Records Administration
  - Archivist of the United States
  - Deputy Archivist of the United States
- National Board for Respiratory Care
  - President of the National Board for Respiratory Care
  - Vice President of the National Board for Respiratory Care
- National Capital Planning Commission
  - Chair of the National Capital Planning Commission
  - Executive Director of the National Capital Planning Commission
- National Council on Disability
  - Chair of the National Council on Disability
  - Vice Chair of the National Council on Disability
- National Counterterrorism Center
  - Director of the National Counterterrorism Center
  - Deputy Director of the National Counterterrorism Center
- National Endowment for the Arts
  - Chair of the National Endowment for the Arts
  - Senior Deputy Chair of the National Endowment for the Arts
- National Endowment for the Humanities
  - Council Chair of the National Endowment for the Humanities
  - Council Members of the National Endowment for the Humanities
- National Geospatial-Intelligence Agency
  - Director of the National Geospatial-Intelligence Agency
  - Deputy Director of the National Geospatial-Intelligence Agency
- National Indian Gaming Commission
  - Chairwoman of the National Indian Gaming Commission
  - Vice-Chair of the National Indian Gaming Commission
- National Institutes of Health
  - Director of the National Institutes of Health
  - Principal Deputy Director of the National Institutes of Health
- National Highway Traffic Safety Administration
  - Administrator of the National Highway Traffic Safety Administration
  - Deputy Administrator of the National Highway Traffic Safety Administration
- National Labor Relations Board
  - Chairman of the National Labor Relations Board
  - Members of the National Labor Relations Board

- National Marine Fisheries Service
  - Assistant Administrator for Fisheries
  - Deputy Assistant Administrator for Fisheries
- National Mediation Board
  - Chair of the National Mediation Board
  - Members of the National Mediation Board
- National Nuclear Security Administration
  - Under Secretary of Energy for Nuclear Security and Administrator of the National Nuclear Security Administration
  - Principal Deputy Administrator of the National Nuclear Security Administration
- National Oceanic and Atmospheric Administration
  - Under Secretary of Commerce for Oceans and Atmosphere
  - Administrator of the National Oceanic and Atmospheric Administration
- National Park Service
  - Director of the National Park Service
  - Deputy Director of the National Park Service
- National Renewable Energy Laboratory
  - Director of the National Renewable Energy Laboratory
  - Deputy Director of the National Renewable Energy Laboratory
- National Science Foundation
  - Director of the National Science Foundation
  - Deputy Director of the National Science Foundation
- National Security Agency
  - Director of the National Security Agency
  - Deputy Director of the National Security Agency
- National Security Council
  - Vice President of the United States
  - Members of the National Security Council
- National Transportation Safety Board
  - Chair of the National Transportation Safety Board
  - Members of the National Transportation Safety Board
- Nuclear Regulatory Commission
  - Chair of the Nuclear Regulatory Commission
  - Commissioners of the Nuclear Regulatory Commission
- Occupational Safety and Health Administration
  - Assistant Secretary of Labor for Occupational Safety and Health
  - Deputy Assistant Secretaries of Labor for Occupational Safety and Health
- Occupational Safety and Health Review Commission
  - Chair of the Occupational Safety and Health Review Commission
  - Commissioners of the Occupational Safety and Health Review Commission
- Office of Clean Energy Demonstrations
  - Director of the Office of Clean Energy Demonstrations
  - Deputy Director of the Office of Clean Energy Demonstrations
- Office of the Comptroller of the Currency
  - Comptroller of the Currency
  - Senior Deputy Comptrollers of the Currency

- Office of the Director of National Intelligence
  - Director of National Intelligence
  - Principal Deputy Director of National Intelligence
- Office of Federal Contract Compliance Programs
  - Director of the Office of Federal Contract Compliance Programs
  - Deputy Director of the Office of Federal Contract Compliance Programs
- Office of Foreign Assets Control
  - Director of the Office of Foreign Assets Control
  - Deputy Director of the Office of Foreign Assets Control
- Office of Government Ethics
  - Director of the Office of Government Ethics
  - Deputy Director for Compliance of the Office of Government Ethics
- Office of Homeland Security Situational Awareness
  - Director of the Office of Homeland Security Situational Awareness
  - Deputy Director of the Office of Homeland Security Situational Awareness
- Office of Management and Budget
  - Director of the Office of Management and Budget
  - Deputy Director of the Office of Management and Budget
- Office of National Drug Control Policy
  - Director of the Office of National Drug Control Policy
  - Deputy Director of the Office of National Drug Control Policy
- Office of Personnel Management
  - Director of the Office of Personnel Management
  - Deputy Director of the Office of Personnel Management
- Office of Science and Technology Policy
  - Director of the Office of Science and Technology Policy
  - Deputy Director of the Office of Science and Technology Policy
- Office of the Secretary of Defense
  - Secretary of Defense
  - Deputy Secretary of Defense
- Office of Special Counsel
  - Special Counsel
  - Principal Deputy Special Counsel
- Offices of the United States Attorneys
  - Director of the Executive Office for U.S. Attorneys
  - Deputy Director of the Executive Office for U.S. Attorneys
- Office of the United States Trade Representative
  - United States Trade Representative
  - Deputy United States Trade Representative
- Overseas Private Investment Corporation
  - President and Chief Executive Officer of the Overseas Private Investment Corporation
  - Executive Vice President of the Overseas Private Investment Corporation
- Patent Trial and Appeal Board
  - Director of the Patent Trial and Appeal Board
  - Deputy Director of the Patent Trial and Appeal Board

- Peace Corps
  - Chief Executive Officer of the Peace Corps
  - Deputy Chief Executive Officer of the Peace Corps
- Pension Benefit Guaranty Corporation
  - Director of the Pension Benefit Guaranty Corporation
  - Deputy Director of the Pension Benefit Guaranty Corporation
- Permitting Council
  - Executive Director of the Permitting Council
  - Deputy Executive Director of the Permitting Council
- Presidio Trust
  - Chair of the Board of the Presidio Trust
  - Vice-Chair of the Board of the Presidio Trust
- Pretrial Services Agency for the District of Columbia
  - Director of the Pretrial Services Agency for the District of Columbia
  - Deputy Director of the Pretrial Services Agency for the District of Columbia
- Public Defender Service for the District of Columbia
  - Director of the Public Defender Service for the District of Columbia
  - Deputy Director of the Public Defender Service for the District of Columbia
- Rural Utilities Service
  - Administrator of the Rural Utilities Service
  - Assistant Administrator of the Rural Utilities Service
- Science and Technology Directorate
  - Under Secretary of Homeland Security for Science and Technology
  - Deputy Under Secretary of Homeland Security for Science and Technology
- Securities and Exchange Commission
  - Chairman of the Securities and Exchange Commission
  - Commissioners of the Securities and Exchange Commission
- Selective Service System
  - Director of the Selective Service System
  - Deputy Director of the Selective Service System
- Small Business Administration
  - Administrator of the Small Business Administration
  - Deputy Administrator of the Small Business Administration
- Smithsonian Institution
  - Secretary of the Smithsonian
  - Deputy Secretary and Chief Operation Officer of the Smithsonian
- Social Security Administration
  - Commissioner of the Social Security Administration
  - Deputy Commissioner of the Social Security Administration
- Surface Transportation Board
  - Chairman of the Surface Transportation Board
  - Members of the Surface Transportation Board
- Tennessee Valley Authority
  - Chair of the Board of the Tennessee Valley Authority
  - Members of the Board of the Tennessee Valley Authority

- Trademark Trial and Appeal Board
  - o Director of the Trademark Trial and Appeal Board
  - o Deputy Director of the Trademark Trial and Appeal Board
- Transportation Security Administration
  - o Administrator of the Transportation Security Administration
  - o Deputy Administrator of the Transportation Security Administration
- U.S. Access Board
  - o Chair of the U.S. Access Board
  - o Members of the U.S. Access Board
- U.S. Agency for International Development
  - o Administrator of the U.S. Agency for International Development
  - o Deputy Administrators of the U.S. Agency for International Development
- U.S. Agency for Global Media
  - o Chief Executive Officer of the U.S. Agency for Global Media
  - o Chairman of the Board of the U.S. Agency for Global Media
- U.S. Army Corps of Engineers
  - o Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers
  - o Deputy Commanding General of the U.S. Army Corps of Engineers
- U.S. Capitol Police
  - o Chief of the U.S. Capitol Police
  - o Assistant Chiefs of the U.S. Capitol Police
- U.S. Chemical Safety Board
  - o Chairperson of the U.S. Chemical Safety Board
  - o Members of the U.S. Chemical Safety Board
- U.S. Citizenship and Immigration Services
  - o Director of U.S. Citizenship and Immigration Services
  - o Deputy Director of U.S. Citizenship and Immigration Services
- U.S. Coast Guard
  - o Commandant of the U.S. Coast Guard
  - o Vice Commandant of the U.S. Coast Guard
- U.S. Commission on Civil Rights
  - o Chairperson of the U.S. Commission on Civil Rights
  - o Commissioners of the U.S. Commission on Civil Rights
- U.S. Commission for the Preservation of America's Heritage Abroad
  - o Chair of the U.S. Commission for the Preservation of America's Heritage Abroad
  - o Members of the U.S. Commission for the Preservation of America's Heritage Abroad
- U.S. Copyright Office
  - o Register of Copyrights and Director of the U.S. Copyright Office
  - o Associate Register of Copyrights
- U.S. Court of Appeals for Veterans Claims
  - o Chief Judge of the U.S. Court of Appeals for Veterans Claims
  - o Judges of the U.S. Court of Appeals for Veterans Claims

- U.S. Customs and Border Protection
  - Commissioner of U.S. Customs and Border Protection
  - Deputy Commissioner of U.S. Customs and Border Protection
- U.S. Department of Agriculture
  - Secretary of Agriculture
  - Deputy Secretary of Agriculture
- U.S. Department of Agriculture Rural Development
  - Under Secretary of Agriculture for Rural Development
  - Deputy Under Secretary of Agriculture for Rural Development
- U.S. Election Assistance Commission
  - Chairman of the U.S. Election Assistance Commission
  - Executive Director of the U.S. Election Assistance Commission
- U.S. Fish & Wildlife Service
  - Director of the U.S. Fish & Wildlife Service
  - Principal Deputy Director of the U.S. Fish & Wildlife Service
- U.S. Forest Service
  - Forest Service Chief
  - Associate Forest Service Chief
- U.S. Holocaust Memorial Museum
  - Director of the U.S. Holocaust Memorial Museum
  - Deputy Director of the U.S. Holocaust Memorial Museum
- U.S. Immigration and Customs Enforcement
  - Director of U.S. Immigration and Customs Enforcement
  - Deputy Director of U.S. Immigration and Customs Enforcement
- U.S. International Trade Commission
  - Chair of the U.S. International Trade Commission
  - Commissioners of the U.S. International Trade Commission
- U.S. Marshals Service
  - Director of the U.S. Marshals Service
  - Deputy Director of the U.S. Marshals Service
- U.S. Marine Corps
  - Commandant of the U.S. Marine Corps
  - Assistant Commandant of the U.S. Marine Corps
- U.S. Merit Systems Protection Board
  - Chairman of the U.S. Merit Systems Protection Board
  - Members of the U.S. Merit Systems Protection Board
- U.S. Nuclear Waste Technical Review Board
  - Chair of the U.S. Nuclear Waste Technical Review Board
  - Members of the U.S. Nuclear Waste Technical Review Board
- U.S. Patent & Trademark Office
  - Director of the U.S. Patent & Trademark Office
  - Deputy Director of the U.S. Patent & Trademark Office
- U.S. Postal Inspection Service
  - Chief Postal Inspector
  - Deputy Chief Postal Inspector

- U.S. Postal Service
  - o Postmaster General
  - o Deputy Postmaster General
- U.S. Privacy and Civil Liberties Oversight Board
  - o Chair of the U.S. Privacy and Civil Liberties Oversight Board
  - o Members of the U.S. Privacy and Civil Liberties Oversight Board
- U.S. Railroad Retirement Board
  - o Chairman of the U.S. Railroad Retirement Board
  - o Members of the U.S. Railroad Retirement Board
- U.S. Secret Service
  - o Director of the U.S. Secret Service
  - o Deputy Director of the U.S. Secret Service
- U.S. Space Force
  - o Secretary of the Air Force
  - o Under Secretary of the Air Force
- U.S. Trade and Development Agency
  - o Director of the U.S. Trade and Development Agency
  - o Director of Policy and Program Management of the U.S. Trade and Development Agency
- Woodrow Wilson International Center for Scholars
  - o Chairman of the Board of Trustees of the Woodrow Wilson International Center for Scholars
  - o Members of the Board of Trustees of the Woodrow Wilson International Center for Scholars