**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP, <br><br>         Plaintiff, <br><br>   v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br>         Defendants. | Civil Action No. 25-917 (RJL) |

**DEFENDANTS' STATUS REPORT**

On June 26, 2025, this Court entered an Amended Order ECF No. 121. In relevant part, the Order directed "defendant United States Department of Justice" to "immediately issue guidance," including "a copy of this Order," to "(i) all defendants; (ii) the departments, agencies, and other entities listed in Appendix A hereto … and (iii) any officers, staff, employees, and contractors of any of the foregoing who were provided with Executive Order 14250 or guidance related to Executive Order." ECF No. 121 at 3. The Order further directed "counsel for defendants" to "provide counsel for WilmerHale with copies of such guidance within seven (7) days of issuance" and "within seven (7) days of this Order, file with the Court a status report describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements." ECF No. 121 at 4.

To that end, counsel for Defendants hereby files a status update and certifies compliance with the Court's Amended Order. Specifically, counsel for Defendants has distributed the attached notice (Exhibit A) describing the Court's order, explaining that the Court declared Executive Order 14250 unconstitutional, informing recipients that the agencies have been

permanently enjoined from implementing the Executive Order, and that the recipient must

immediately take steps to nullify or reverse any implementation of the Executive Order. This

notice also includes a copy of the Court's Order as an attachment.[1]

Dated: July 3, 2025                      Respectfully submitted,
        Washington, D.C.


                                         /s/ *Richard Lawson*
                                         RICHARD LAWSON
                                         Deputy Associate Attorney General
                                         950 Pennsylvania Avenue, NW
                                         Washington, DC 20530
                                         Telephone: (202) 445-8042

                                         *Counsel for Defendants*

---

[1] Undersigned counsel is coordinating with counsel for Plaintiff on the distribution of notice to these entities: American Red Cross; Court Services and Offender Supervision Agency for the District of Columbia (CSOSA); Department of Toxic Substance Control (DTSC); Federal National Mortgage Association (Fannie Mae); National Board of Respiratory Care; Pretrial Services Agency for the District of Columbia (PDS); U.S. Court of Appeals for Veterans Claims.