To: Agencies Subject to Executive Order 14250, "Addressing Risks from Wilmer Hale"

From: Department of Justice

Date: 7/3/25

Subject: Notice of Final Judgment / Permanent Injunction in *Wilmer Cutler Pickering Hale & Dorr LLP v. Executive Office of the President, et al.*, No. 25-cv-917, Dist. of Columbia District Court

---

This notice is to inform you of an Order entered in the above captioned case on Thursday, June 26, 2025, requiring entities subject to Executive Order 14250 ("E.O.") to cease, and as necessary rescind, any efforts to implement the E.O.

Pursuant to the court's Order (a copy of which is attached, along with the E.O.), the Department of Justice is to notify entities subject to the E.O. that:

1. Executive Order 14250 has been declared unconstitutional and *ultra vires* and is therefore null and void;

2. Your agency is permanently enjoined from implementing or giving effect to Executive Order 14250, including by relying on or considering any of the statements in § 1 of Executive Order 14250; and

3. Your agency is to immediately take any and all steps necessary to nullify and reverse any implementation or enforcement of Executive Order 14250 that has occurred or is occurring.

The position of the Executive Branch is that issuance of Executive Order 14250 was lawful and implementing its directives permissible, and the Department of Justice is reviewing all potential avenues of appeal of the court's Order. Until such time as a subsequent court order provides otherwise, it is important to comply with the terms of the court's Order as any failure to do so may result in a penalty of contempt.