# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **WILMER CUTLER PICKERING HALE**

vs.                                Civil Action No. **1:25-cv-917**

Defendant: **EXECUTIVE OFFICE OF THE PRES**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this **25** day of **July** 20**25**, that **Defendants** hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the **27** day of **May**, 20**25**, in favor of **Plaintiff** against said **Defendants**

Attorney/Pro Se Party Signature: *[signature]*

Name: **RICHARD LAWSON**

Address: **US DEPARTMENT OF JUSTICE**

**PO BOX 878**

**WASHINGTON DC 20044**

Telephone: (**202**) **445-8042**

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017